**MUSICK, PEELER & GARRETT LLP**
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626-1925
Telephone (714) 668-2400
Facsimile (714) 668-2490
Donald E. Bradley (State Bar No. 145037)
  *d.bradley@musickpeeler.com*

Attorneys for Defendant PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHRISTIAN WELLISCH,<br><br>Plaintiff,<br><br>vs.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY and DOES 1-100,<br><br>Defendants. | Case No. 7:22-cv-06897<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332 AND 1441(b) [DIVERSITY JURISDICTION]; DECLARATION OF DONALD E. BRADLEY** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT AND TO PLAINTIFF:

PLEASE TAKE NOTICE THAT Defendant Pennsylvania Higher Education Assistance Agency[1] ("PHEAA" or "Defendant") hereby removes the above-entitled action from the Superior Court of the State of California for the County of

---

[1] PHEAA is a statutorily created instrumentality of the Commonwealth of Pennsylvania. 24 P.S. §§5101-5199.9.

Monterey, Case No. 22CV002077 to the United States District Court, Northern District of California, pursuant to 28 U.S.C. §§1332 and 1441, *et seq.* Removal is proper for the following reasons:

## I. INTRODUCTION

1. On July 18, 2022, Plaintiff Christian Wellisch ("Plaintiff") filed a Complaint against Defendant PHEAA in the Superior Court of California, County of Monterey, entitled *Christian Wellisch v. Pennsylvania Higher Education Assistance Agency*, Case No. 22CV002077 (the "State Action"). A copy of the Complaint in the State Action is attached as **Exhibit A**.

2. On November 3, 2022, PHEAA filed an answer to Plaintiff's Complaint. A copy of the Answer in the State Action is attached as **Exhibit B**.

3. A copy of the current docket from the State Action is attached hereto as **Exhibit C**. PHEAA will supplement the Court's file once copies of all documents have been received.

4. As explained below, there is complete diversity of citizenship between Plaintiff and PHEAA, and the amount in controversy in this action exceeds the $75,000 jurisdictional minimum.

## II. THIS REMOVAL NOTICE IS TIMELY

5. PHEAA was served with the Verified Complaint and Summons on October 6, 2022. (The Summons is attached as **Exhibit D**.)

6. Pursuant to 28 U.S.C. §1441(b), "[the] Notice of Removal of a civil action or proceedings shall be filed within thirty days after receipt by the Defendant, through service or otherwise, of a copy of the initial pleading."

7. Thirty days from the initial date of service on PHEAA is November 5, 2022, which is a Saturday. Per FRCP 6, this removal is due the first business day thereafter, or November 7, 2022. As this notice is being filed by November 4, 2022, PHEAA's Notice of Removal is timely.

**MUSICK, PEELER & GARRETT LLP**

2029904.1

2

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332 AND 1441(b) [DIVERSITY JURISDICTION]; DECLARATION OF DONALD E. BRADLEY

### III. DIVERSITY JURISDICTION LIES OVER THIS ACTION

8. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by PHEAA pursuant to 28 U.S.C. §1441(b).

9. Defendant is informed and believes that Plaintiff was and still is a citizen of the State of California. Per Paragraph 1 of the State Action Complaint, Plaintiff is a resident of Monterey County, California.

10. PHEAA is a statutorily created instrumentality of the Commonwealth of Pennsylvania and has its principal place of business in Harrisburg, Pennsylvania.

### IV. THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

11. The allegations in Plaintiff's Verified Complaint, coupled with the available facts surrounding Plaintiff's claims, demonstrate that the amount in controversy exceeds $75,000, exclusive of interests and costs. Plaintiff alleges causes of action for abusive loan servicing, failure to respond to qualified written request, failure to respond to request under state militia protections, negligence, and intentional interference with prospective economic advantage arising out of his student loans serviced by PHEAA. (See Exhibit A.)

12. The prayers in Plaintiff's Complaint fail to allege a specific monetary figure as damages. However, the factual allegations of the Complaint and the Complaint's exhibits confirm that Plaintiff's damage claim exceeds $75,000.

13. Paragraph 50 of Plaintiff's Complaint (Page 18, Line 8), within his first cause of action under California Civil Code Section 1788.100 *et seq.*, claims entitlement to and a demand for treble damages. The previous paragraph, Paragraph 49 (Page 17, Lines 26-28) references demand letters sent in October and December of 2021 to support his damage claims. Those letters are attached as Exhibits E and I to his Complaint. Other than the dates, the substantive allegations of these exhibits are identical, and include damage claims (at Heading 2 on Page 1) of $32,398.54 and "a lump sum of $25,000." Combined, the damage claim in these exhibits is

$57,398.54. Trebling this damage claim under Plaintiff's first cause of action (and others) results in a total damage claim of at least $172,195.62. This figure easily exceeds the $75,000 minimum for diversity jurisdiction.

14. Therefore, as there is complete diversity of citizenship and the amount in controversy exceeds $75,000, this Court has original jurisdiction over the case under 28 U.S.C. §1332(a).

## V. THE OTHER REMOVAL PREREQUISITES HAVE BEEN SATISFIED

15. PHEAA has sought no similar relief with respect to this matter.

16. Written notice of the filing of this Notice of Removal will be given to Plaintiff and filed in the State Action as required by 28 U.S.C. §1446(d).

17. Pursuant to 28 U.S.C. §1446(a), Exhibits A, B, C, and D, and the documents PHEAA will file as a supplement, consist of all process, pleadings, and orders in the State Action.

18. The allegations of this Notice are true and correct and this case is within the jurisdiction of the United States District Court for the Northern District of California.

DATED: November 4, 2022        MUSICK, PEELER & GARRETT LLP

By: _____
Donald E. Bradley
Attorneys for Defendant Pennsylvania
Higher Education Assistance Agency

MUSICK, PEELER & GARRETT LLP

2029904.1

4

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332 AND 1441(b) [DIVERSITY JURISDICTION]; DECLARATION OF DONALD E. BRADLEY

# DECLARATION OF DONALD E. BRADLEY

I, Donald E. Bradley, declare as follows:

1. I am an attorney at law, duly licensed to practice in all courts of the State of California, and I am a partner in the law firm of Musick, Peeler & Garrett LLP, attorneys of record herein for Defendants Pennsylvania Higher Education Assistance Agency ("PHEAA). I have personal knowledge of the facts set forth herein, except where stated on information and belief, and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a complete and accurate copy of Plaintiff's Verified Complaint in the State Action.

3. Attached hereto as **Exhibit B** is a complete and accurate copy of Defendant's Answer in the State Action.

4. Attached hereto as **Exhibit C** is a complete and accurate copy of the current docket in the State Action.

5. Attached hereto as **Exhibit D** is a complete and accurate copy of the Summons in the State Action.

I declare under penalty of perjury pursuant to the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 4th day of November, 2022, at Costa Mesa, California.

Donald E. Bradley

MUSICK, PEELER & GARRETT LLP

2029904.1

5

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332 AND 1441(b) [DIVERSITY JURISDICTION]; DECLARATION OF DONALD E. BRADLEY

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of . My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, CA 92626-1925.

On November 4, 2022, I served true copies of the following document(s) described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332 AND 1441(b) [DIVERSITY JURISDICTION]; DECLARATION OF DONALD E. BRADLEY** on the interested parties in this action as follows:

> Christian Wellisch
> P.O. Box 222732
> Carmel, CA  93922
> Email: Christian@WellischLaw.com
> *Plaintiff in Pro Per*

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address a.yusay@musickpeeler.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 4, 2022, at Costa Mesa, California.

*April Yusay* (signature)
April Yusay

MUSICK, PEELER & GARRETT LLP

2029904.1

6

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332 AND 1441(b) [DIVERSITY JURISDICTION]; DECLARATION OF DONALD E. BRADLEY