# EXHIBIT A

ELECTRONICALLY FILED BY
Superior Court of California,
County of Monterey
On 7/18/2022 6:30 PM
By: Christina Flores, Deputy

Christian Wellisch
PO Box 222732
Carmel, CA 93922
Email: christian@wellischlaw.com

In pro per

## MONTEREY COUNTY SUPERIOR COURT

### MONTEREY DIVISION

| | |
|---|---|
| CHRISTIAN WELLISCH,<br><br>Plaintiff,<br><br><br>v.<br><br><br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY and DOES 1 - 100,<br><br>Defendants | Case No.: 22CV002077<br><br>**VERIFIED COMPLAINT FOR:**<br>**1. ABUSIVE LOAN SERVICING (Civ. Code § 1788.101);**<br>**2. FAILURE TO RESPOND TO QUALIFIED WRITTEN REQUEST (Civ. Code § 1788.102);**<br>**3. FAILURE TO RESPOND TO REQUEST UNDER STATE MILITIA PROTECTIONS (Mil. & Vets Code § 409.15);**<br>**4. NEGLIGENCE;**<br>**5. INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE;**<br>**5. DECLARATORY RELIEF;**<br>**6. INJUNCTIVE RELIEF.**<br><br>**JURY TRIAL DEMANDED** |

### INTRODUCTION

1. Plaintiff (hereafter "I," "me," my," "Petitioner," or "CPT Wellisch") is, and at all relevant times has been, a military service member and resident of Monterey County, California. I will make every effort to avoid "legalese" and make my complaint – dare I say – more entertaining than the average legal pleading, specifically to encourage

public consumption of the account of my years-long battle to seek justice against my

student loan servicer. This is a verified complaint, meaning that I swear under penalty of

perjury that what I am writing is true to the best of my knowledge. What I do not know to

be true, I nonetheless believe to be true, and I base my allegations on these beliefs.

Because this complaint seeks to enforce rights under Chapter 7.5 of the Military &

Veterans Code, no filing fees or costs shall be charged. Mil. & Vets. Code § 409.14.

2. My purpose is to expose the abusive treatment and misconduct I have endured

from my student loan servicer, Pennsylvania Higher Education Assistance Agency

(PHEAA), doing business as FedLoan Servicing. In the interest of simplicity, I will refer

to PHEAA as FedLoan. Along those lines, to cut right to the chase, I have created the

below chart as a visual representation of FedLoan's despicable conduct. The chart uses

FedLoan's own data to prove that FedLoan has ignored the Monterey County Court's

order dated December 29, 2017, which required FedLoan to credit my account balance

by $9,495.80. Worse yet, I believe FedLoan has lied about this to this court. However,

the numbers don't lie. Below is the illustrative chart based on FedLoan's own records:

| Exhibit: | L-1 | L-2 | L-1 | C-2 | L-1 | | | M | U | L2 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date: | 10-Dec-17 | 10-Nov-19 | 2-Dec-19* | 1-Jan-20 | 10-Mar-20 | 27-Dec-20 | 16-Nov-21 | 14-Jul-22 | | |
| Notes: | Prior bal. | No chng. | Notice* | Capitalized | Jan. 10 PMT | On date | Unkn. | PSLF (4-11) | | |
| Change: | $0.00 | $0.00 | Acc. Intrst | $21,481.16 | -$1,355.05 | $0.00 | $1,424.77 | -$156,160.05 | | |
| Balance: | $156,084.30 | $156,084.30 | $176,840.51 | $177,565.46 | $176,210.41 | $176,210.41 | $177,635.18 | $20,050.36 | | |
| Interest: | N/A | N/A | $20,756.21* | N/A | N/A | N/A | N/A | $178.29 | | Diff: |
| Loan 1 | N/A | N/A | $5,375.77 | N/A | N/A | N/A | $5,401.34 | $5,353.30 | | ($48.04) |
| Loan 2 | N/A | N/A | $8,678.28 | N/A | N/A | N/A | $8,732.88 | $8,655.23 | | ($77.65) |
| Loan 3 | N/A | N/A | $5,887.89 | N/A | N/A | N/A | $5,916.14 | $5,863.54 | | ($52.60) |
| Loan 4 | N/A | N/A | $10,678.21 | N/A | N/A | N/A | $10,729.98 | $0.00 | | |
| Loan 5 | N/A | N/A | $19,206.59 | N/A | N/A | N/A | $19,231.14 | $0.00 | | |
| Loan 6 | N/A | N/A | $10,448.02 | N/A | N/A | N/A | $10,498.66 | $0.00 | | |
| Loan 7 | N/A | N/A | $19,517.16 | N/A | N/A | N/A | $19,641.17 | $0.00 | | |
| Loan 8 | N/A | N/A | $2,538.53 | N/A | N/A | N/A | $2,521.82 | $0.00 | | |
| Loan 9 | N/A | N/A | $15,966.21 | N/A | N/A | N/A | $16,067.41 | $0.00 | | |
| Loan 10 | N/A | N/A | $45,317.99 | N/A | N/A | N/A | $45,592.86 | $0.00 | | |
| Loan 11 | N/A | N/A | $33,225.86 | N/A | N/A | N/A | $33,301.78 | $0.00 | | |

$178.29

PSLF loan forgiveness
Feb. 16, 2022

Exhibit N

* Letter warning that payments may increase, listed balances without separating interest. The amount of interest that was ultimately capitalized on January 1, 2020 was $21,481.16; $724.95 higher than the interest calculated based on substracting the prior balance shown on November 10 from the aggregate total balance shown on December 2, 2019.

3. I will explain the details of what these numbers mean later. For now, a quick summary will do. The numbers are taken from FedLoan's own data, attached as the exhibits referenced in the table. The long and short of it is that since December 2017, apart from the balance-reducing portion of a payment on January 10, 2020 that I should not have been required to make, the only decrease to the total balance occurred when loans 4 – 11 were forgiven through the Public Service Loan Forgiveness program. The balance on the remaining three loans remained exactly the same as prior to forgiveness of loans 4 - 11. In other words, no credit was applied at any time between December 2017 and now, at least as to loans 1 - 3. Having introduced the basics of just one of FedLoan's objectionable actions, let me now introduce FedLoan.

4.  FedLoan is a corporation headquartered in Harrisburg, Pennsylvania. It is registered with the California Secretary of State as entity number 1180886. The Secretary of State's website lists 'Business Filings Incorporated' as FedLoan's agent to receive complaints and other legal process on behalf of FedLoan in California, at the address of: 330 N. Brand Blvd., Ste 700, Glendale, CA.[1] However, since November 5, 2018, FedLoan has also been required to register as a student loan servicer with the California Department of Financial Protection & Innovation, or PFPI. FedLoan's registration information with DFPI is available online via the Nationwide Multistate Licensing System (NMLS) at www.nmlsconsumeraccess.org, which also lists Business Filings Incorporated as FedLoan's agent for service of process, but at a different address: 818 West Seventh Street, Suite 839, Los Angeles, CA 90017.[2] More on this discrepancy later. It is enough for now to note that, alas, FedLoan has been my student loan servicer at all times relevant to this complaint.

---

[1] Available online at: https://bizfileonline.sos.ca.gov/search/business, accessed on July 12, 2022
[2] Available online at: https://www.nmlsconsumeraccess.org/, accessed on July 12, 2022

**BACKGROUND**

5. I have been on an Income-Based Repayment (IBR) plan at all relevant times. IBR is one of several repayment plans (to include Income-Contingent Repayment, for example) that are collectively known as Income-Driven Repayment (IDR), where the monthly payment due is calculated based on the borrower's disposable income. As a military service member, I have qualified for partial financial hardship.

6. IBR allows borrowers to make a lower than regular monthly payment, leaving more to be spent on basic necessities. IBR is a qualifying repayment plan for purposes of Public Service Loan Forgiveness, or PSLF. PSLF is a program created to incentivize public service by allowing borrowers who work in a qualifying public service job and make 120 monthly payments on a qualifying repayment plan to have the remainder of their student loans forgiven. This allows those in public service to plan for a future while working in what generally are lower-paying jobs, relying on the promise of PSLF. If all payments qualify, loan forgiveness can occur after 10 years, at the soonest. If some payments do not qualify, loan forgiveness may take longer than 10 years. Military service is one of several qualifying public service jobs for purposes of PSLF.

7. To maintain eligibility for IBR, borrowers must certify their income each year. This requires submitting specific paperwork through the borrower's loan servicer. A loan servicer is the intermediary between the federal government as lender, and the borrower. The federal government also tracks borrowers' payments and loan balances at www.studentaid.gov. However, loan servicers process billing and account-related paperwork, and borrowers depend on their loan servicers for timely and accurate processing. FedLoan's incompetence and misconduct as a loan servicer, some of which

will become evident in this complaint, is an example of what has fueled public outrage about the failure of the promise of loan forgiveness under the PSLF program.[3]

### THE 2016 PETITION

8. In 2016, I was a member of the California Army National Guard, which I will abbreviate as CAARNG. While deployed overseas, I was shocked to find that my monthly IBR payment amounts increased, and interest on my loans was capitalized adding thousands to my total outstanding debt, despite my best efforts to prevent this from happening. It was impossible to get effective assistance from FedLoan.

9. In December 2016, after I returned from my overseas service, I filed a petition pursuant to California Military and Veterans Code § 409.3, which I will call the § 409.3 petition for short. Military & Veterans Code § 409.3 was enacted specifically to provide an expedited hearing for service members who must contend with frequent relocation and deployments, so as to avoid potentially dire financial consequences resulting from delays.[4] FedLoan robbed me of the opportunity for a quick resolution by removing my petition to federal court. Of note, FedLoan was barred from litigation at this time, because its rights and privileges as a corporation had been forfeited by both the Secretary of State and the Franchise Tax Board, for failure to pay its required taxes. I provided documents demonstrating forfeiture of FedLoan's rights by both SoS and FTB to the court, but it was to no avail.[5] I believe the court incorrectly allowed FedLoan to

---

[3] This is not simply a personal gripe. A recent article noted: "[A] CFPB report found numerous problems with the administration of the PSLF program, and the agency blamed servicers for many of the issues." *See* Adam S Minsky, *New Federal Report: Student Loan Servicers Often Harm Borrowers Seeking Public Service Loan Forgiveness*, Forbes, (June 29, 2021); The report referenced in the article is available at: https://files.consumerfinance.gov/f/documents/cfpb_supervisory-highlights_issue-24_2021-06.pdf. Prior CFPB reports have also noted specific problems faced by service member borrowers dating back as far as 2012 and 2015. See: The Next Front? - Student Loan Servicing and the Cost to Our Men and Women in Uniform (CFPB 2012); *see also* Overseas and Underserved – Student Loan Servicing and the Cost to Our Men and Women in Uniform (CFPB 2015).

[4] See 2013 California Senate Bill No. 720, California 2013-2014 Regular Session; *see also* Concurrence in Senate Amendments, AB 2365 (Lieu), as amended August 2, 2010 (Explaining need for expedited hearing within 25 days of filing for ongoing violations of service members' rights, and noting that: "[o]btaining the representation of an attorney is often a difficult endeavor for service members seeking financial relief or the enforcement of protections…")

[5] FedLoan's forfeited status by SoS as of December 24, 2015 and by FTB as of January 4, 2016 is verifiable via a search at: https://bizfileonline.sos.ca.gov/search/business. I'd also be happy to provide copies of the certified documents evidencing FedLoan'

continue to litigate despite its powers having been forfeited, but that is all water under the bridge now. I mention it here only as background information.

10. After protracted litigation in which I had to represent myself, I succeeded in having my §409.3 petition remanded to State court. The Northern District Court recognized that the § 409.3 petition is a separate proceeding from a concurrently filed complaint, subject to separate expedited hearing and procedural rules.[6] Eventually, on December 29, 2017 – a year after I filed the § 409.3 petition that by law is supposed to be heard within 25 days[7] – I won an order in Monterey County Superior Court requiring FedLoan to credit my account with a total of $9,495.08. A true and accurate copy of this order is attached as Exhibit A. However, FedLoan has never complied with this order.

## CHRONOLOGY OF FACTS LEADING TO THIS COMPLAINT

11. Meanwhile, in August 2017 I transferred from the CAARNG to the active component. Since then, I have been serving on active-duty military orders, stationed outside the State of California throughout.

12. In September 2019, I submitted my annual paperwork for certification of my income as required to maintain my IBR plan. On September 20, 2019, FedLoan sent an email confirming receipt of my IBR paperwork.[8] Exhibit B is a true and accurate copy of this reply email sent by FedLoan.

---

status in early 2017. A forfeited entity cannot litigate or defend against suits. Falsely stating that it can do so should have subjected FedLoan to sanctions. *See* § 18:17. Corporations in suspended status, 1 Cal. Affirmative Def. § 18:17 (2d ed.); *see also Brown v. Superior Court*, 242 Cal.App.2d 519, 522, 51 Cal.Rptr. 633, 634 (3d Dist.1966); *Schwartz v. Magyar House, Inc.,* 168 Cal.App.2d 182, 335 P.2d 487 (2d Dist.1959); *Alhambra-Shumway Mines, Inc. v. Alhambra Gold Mine Corp.*, 155 Cal.App.2d 46, 49–51, 317 P.2d 649, 649–51 (3d Dist.1957), *appeal dism'd,* 356 U.S. 583, 78 S.Ct. 993, 2 L.Ed.2d 1063 (1958) (right to defend action is one of corporate rights, powers and privileges suspended or forfeited for failure to pay taxes).

[6] *See Wellisch v. Pennsylvania Higher Educ. Assistance Agency*, No. 17-CV-00213-BLF, Order (1) Granting Motion for Reconsideration, (2) Severing and Remanding MIL 010 Petition, and (3) Staying Claim under Cal. Mil. & Vet. Code § 409.3, at 3 (N.D. Cal. April 14, 2017) ("…Captain Wellisch could have filed the [§ 409.3] Petition separate from his underlying state action… the Court is cognizant that its prior decision deprives [me] of the special procedural rules set forth in CMVC section 409.3(b), i.e., that a hearing is to be held within 25 days of filing the petition…)

[7] *See* Mil. & Vets. Code § 409.3 ("The court shall set a hearing on the petition within 25 days from the date the petition is filed…")

[8] Note that FedLoan's message references "IDR plan documents." As discussed above, IBR is one of several IDR plans. FedLoan's usage of IDR to refer to all IDR plans rather than the borrower's particular plan (such as IBR, or another IDR plan) is for convenience.

13. On December 4, 2019, FedLoan - for the first time since acknowledging receipt of the IBR documents I submitted in September - sent a message warning that my payments may increase. Exhibit C-1 is a true and accurate copy of this email, and Exhibit C-2 is a true and accurate copy of the letter linked from that email in an online inbox.[9]

14. I immediately contacted FedLoan to address this situation. Naturally, I was surprised by FedLoan's warning given that FedLoan had previously confirmed receipt of my IBR paperwork. In reply to my inquiries, FedLoan stated in relevant part:

> "We received your complete request for an Income-Driven Repayment (IDR) plan on September 20, 2019. Once your request is processed, we will send you a notice with the results."

Attached as Exhibit D is a true and accurate copy of the above-quoted email thread, which occurred on the same date: December 4, 2019.

15. Despite my immediate action upon FedLoan's first warning that my payments "could increase," FedLoan failed to prevent this from happening. In January 10, 2020, I was forced to pay $1,583.84 instead of the lower amount regularly due under my IBR plan. Also, in January 2020 interest on my loans was capitalized, resulting in an increase of my total outstanding debt by $21,481.16.

16.  In October 2021 I relocated to California and sent a letter to FedLoan, identifying myself as a service member and demanding that:

> 1)  FedLoan honor the requirement to credit my account by $9,495.80 as required by the December 29, 2017 order issued by the Monterey County Superior Court on the § 409.3 petition I filed back in 2016;

---

[9] The email references a message in an 'online inbox' containing the letter dated December 2, 2019, a copy of which is also attached. These were sent on December 4.

2) FedLoan additionally credit my account by $21,481.16 to reverse the capitalized interest, and by an additional $1,582.84 to reverse the payment I was forced to make in January 2020;

3) FedLoan correct inaccurate information reflected on my credit report;

4) FedLoan pay me a lump sum of $25,000 as compensation for the several years of its failure to abide by its obligations and its failure to provide correct information to credit reporting agencies for my accounts; and

5) As a guarantee that all payments previously accepted by FedLoan as PSLF-qualifying payments continue to be honored if and when my loans are transferred to a new servicer, agree to make monthly payments on my behalf for as many months as the number of payments previously accepted by FedLoan as PSLF-qualifying payments that are disputed by a new servicer, should such disputes occur.

Attached as Exhibit E is a true and accurate copy of this letter. I received no reply.

17. In the interim, I submitted certification of my qualifying employment as a military service member for purposes of PSLF, as I had done in prior years. Attached as Exhibit F is a true and accurate copy of the paperwork I submitted on November 16, 2021, on a form called "Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification & Application."

18. Because I had not received a response to my demand letter, in December 2021 I decided to seek judicial enforcement of my demands. However, having noticed the inconsistency between the different addresses listed for FedLoan's agent for service of

process on the Secretary of State's website and DFPI records, I did not serve the complaint on FedLoan.[10]

19. Meanwhile, I became aware of the federal government's announcement of changes to the PSLF program, recognizing the "broken system" due to the abysmal performance and misconduct of loan servicers standing in the way of student borrowers attempting to secure loan forgiveness. Attached as Exhibit G is a true and accurate copy of a press release dated October 6, 2021, available at www.ed.gov, quoting U.S. Secretary of Education Miguel Cardona: "If a borrower qualifies for student loan relief, it shouldn't take mountains of paperwork or a law degree to obtain it." Exhibit H is a true and accurate copy of the Department of Education's description of the PSLF waiver program, announced online at https://studentaid.gov, offering a temporary expansion of the PSLF program intended to allow more borrowers to receive loan forgiveness as a countermeasure against the negligent and intentional misconduct of loan servicers.

20. I decided to give the PSLF process a chance. Therefore, and also in light of FedLoan's contradictory information regarding the address of its agent for service of process listed with the Secretary of State and the address displayed in NMLS, in December 2021 I voluntarily dismissed the complaint shortly after I filed it, without prejudice (leaving me free to re-file it). I never served the complaint on FedLoan. Instead, I decided to send a second letter clarifying substantially the same demands as the first, to FedLoan's agent for service of process at the address listed with DFPI. Attached as Exhibit I is a true and accurate copy of my second letter.

---

[10] Pursuant to 10 California Code of Regulations §§ 2032.5, 2033.5, student loan servicers must keep on file with the National Multistate Licensing System & Registry (NMLS) certain information, including providing "a registered agent for service of process." *See* subs. (a)(10). Civil Code § 1798.18 and 10 C.C.R. § 2036.5 require loan servicers to keep this information current & accurate.

21. On March 8, 2022, I received an email from FedLoan's counsel. A true and accurate copy of this email is attached as Exhibit J. The email does not address any of the requests in my prior letters in October and December 2021. Instead, it states:

> "I have reviewed [the complaint] and [FedLoan] has asked me to reach out to you to inquire whether there are any issues with your student loans with which you would like assistance."

22. Repayment on my loans is scheduled to resume in August, 2022. I learned that my loans would at some point in the near future be transferred to a new loan servicer.[11] I was also scheduled to relocate at the end of June, 2022, assigned to a duty station outside California. Meanwhile, FedLoan had not addressed any of my requests in my prior two letters.

23. In light of the above, on May 27, 2022, I decided to initiate an expedited proceeding concerning my loans, within the jurisdiction and relief available under Military & Veterans Code § 409.3. This § 409.3 petition is a related case pending before the court as case number 22CV001497. Although the hearing was originally scheduled for June 17 – and per CMVC § 409.3 was to be conducted within 25 days of filing – it has been delayed. First, it was continued to accommodate what appears to have been counsel for FedLoan's vacation plans. It is now subject to another delay request, because the court rescheduled the hearing to a date when I am unavailable due to military service out of state (i.e., a primary reason for the expedited proceeding).

24. A declaration of one of FedLoan's agents, Shannon Wrumb, a true and accurate copy of which is attached as Exhibit K, states in relevant part:

> "[FedLoan] complied with the Court's Order to refund Wellisch $9,495.80. Specifically, [FedLoan] reversed capitalized interest on Wellisch's account in the amount of $5,295.80. Further, [FedLoan] issued Wellisch three checks on January 30, 2018 in the amounts of $1,400.93, $1,400.92, and $1,400.92, for

---

[11] A summary of these changes is described in several published articles. One example: Courtney Johnston, *Eligible for Public Service Loan Forgiveness? You Have a New Student Loan Servicer*, CNET, (July 9, 2022).

a total of $4,202.77. These checks, combined with the $5,295.80, total $9,497.85, slightly above the amount required to be paid pursuant to the Court Order… The capitalization of $22,902.74 in interest was due to Wellisch's failure in 2019 to submit a completed Income-Driven Repayment recertification request… the majority of this amount was discharged via a limited waiver with effective dates of May and July 2018. The adjusted amount of interest that capitalized on January 1, 2020 is $2,669.27."

**FEDLOAN'S RECORDS PROVE NONCOMPLIANCE WITH THE 2017 ORDER**

25. Shannon Wrumb's declaration is flat-out false. First, I do not recall ever having received three checks for $1,400.92 from FedLoan, but I may be mistaken. What is conclusively established by FedLoan's own records is that no credit of $5,295.80 (or any other amount) was applied since the December 2017 court order. The only reduction in my loan balance is due to the portion of a payment I was forced to make in January 2020 that went toward the principal. It may help to follow along my chart:

| Exhibit: | L-1 | L-2 | L-1 | C-2 | L-1 | | | M | U | L2 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date: | 10-Dec-17 | 10-Nov-19 | 2-Dec-19* | 1-Jan-20 | 10-Mar-20 | 27-Dec-20 | 16-Nov-21 | 14-Jul-22 | | | |
| Notes: | Prior bal. | No chng. | Notice* | Capitalized | Jan. 10 PMT | On date | Unkn. | PSLF (4-11) | | | |
| Change: | $0.00 | $0.00 | Acc. Intrst | $21,481.16 | -$1,355.05 | $0.00 | $1,424.77 | -$156,160.05 | | | |
| Balance: | $156,084.30 | $156,084.30 | $176,840.51 | $177,565.46 | $176,210.41 | $176,210.41 | $177,635.18 | $20,050.36 | | | |
| Interest: | N/A | N/A | $20,756.21* | N/A | N/A | N/A | N/A | $178.29 | | | Diff: |
| Loan 1 | N/A | N/A | $5,375.77 | N/A | N/A | N/A | $5,401.34 | $5,353.30 | ($48.04) | | $178.29 |
| Loan 2 | N/A | N/A | $8,678.28 | N/A | N/A | N/A | $8,732.88 | $8,655.23 | ($77.65) | | |
| Loan 3 | N/A | N/A | $5,887.89 | N/A | N/A | N/A | $5,916.14 | $5,863.54 | ($52.60) | | |
| Loan 4 | N/A | N/A | $10,678.21 | N/A | N/A | N/A | $10,729.98 | $0.00 | | PSLF loan forgiveness Feb. 16, 2022 | Exhibit N |
| Loan 5 | N/A | N/A | $19,206.59 | N/A | N/A | N/A | $19,231.14 | $0.00 | | | |
| Loan 6 | N/A | N/A | $10,448.02 | N/A | N/A | N/A | $10,498.66 | $0.00 | | | |
| Loan 7 | N/A | N/A | $19,517.16 | N/A | N/A | N/A | $19,641.17 | $0.00 | | | |
| Loan 8 | N/A | N/A | $2,538.53 | N/A | N/A | N/A | $2,521.82 | $0.00 | | | |
| Loan 9 | N/A | N/A | $15,966.21 | N/A | N/A | N/A | $16,067.41 | $0.00 | | | |
| Loan 10 | N/A | N/A | $45,317.99 | N/A | N/A | N/A | $45,592.86 | $0.00 | | | |
| Loan 11 | N/A | N/A | $33,225.86 | N/A | N/A | N/A | $33,301.78 | $0.00 | | | |

* Letter warning that payments may increase, listed balances without separating interest. The amount of interest that was ultimately capitalized on January 1, 2020 was $21,481.16; $724.95 higher than the interest calculated based on substracting the prior balance shown on November 10 from the aggregate total balance shown on December 2, 2019.

26. Exhibit L-1 is a true and accurate copy of all of my loan transactions from inception through December 27, 2020. I downloaded these records through my account on FedLoan's website at www.myfedloan.org on December 27, 2020. Due to the COVID pandemic, loan payments were suspended in March, 2020. Hence no transactions appear beyond March 10, 2020. Payments are scheduled to resume in August 2022.

27. Directly contradicting Shannon Wrumb's statement quoted above, FedLoan's own records displayed in Exhibit L-1 show that my loan balance was never credited with

any amount by FedLoan. From 2017 through December 27, 2020, my outstanding balance only increased. It increased by $21,481.16 due to the capitalization of interest in 2020 as described above, bringing the total from $156,084.30 to $177,565.46. This was lowered by $1,355.05 ($413.40 + $941.65), reflecting the portion of the $1,583.84 payment I was forced to make on January 10, 2020 that was applied toward the principal. The total balance through December 27, 2020 was $176,210.41.

28. On November 17, 2021, FedLoan sent me a letter acknowledging receipt of the PSLF paperwork I submitted online a day or two prior to that. Attached as Exhibit M is a true and accurate copy of this letter. The letter also includes the outstanding balance on each of my 11 separate loans, in an aggregate total of $177,635.18. Therefore, as of November 17, 2021, this was the total outstanding balance according to FedLoan's records; $1,424.77 higher than the total balance reflected on January 10, 2020, without crediting my balance as required by the December 29, 2017 order.

**FEDLOAN'S REVISED RECORDS ALSO PROVE NONCOMPLIANCE**

29. On July 14, 2022, I again downloaded a list of all transactions concerning my loans from FedLoan's website at www.myfedloan.org. A true and accurate copy of this list is attached as Exhibit L-2. I also downloaded the current balance of my remaining loans, a true and accurate copy of which is attached as Exhibit U. These two documents show the current aggregate balance of loans 1 – 3 as $19,872.07, with another $178.29 in interest, for a grand total remaining balance on loans 1 – 3 of $20,050.36.

30. The reason why only loans 1 – 3 appear with this balance currently is that records of my loan transactions were retroactively altered due to forgiveness of loans 4 – 11, backdated to effective dates in May and July 2018, as per Exhibit L-2. A letter dated February 16, 2022 confirms this, stating in relevant part:

"…we conducted another review of your Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSFL (TEPSLF) Certification & Application (PSLF Form)

and payment history. We have determined that you have successfully made the required 120 monthly payments in order to have all or a portion of your loans listed below forgiven."

The letter listed loans 4 -11 as having a $0 balance. The letter also lists the amounts forgiven, which add up to $148,492.75. A true and accurate copy of this letter is attached as Exhibit N.

31. The balance listed for loans 1 – 3 as of November 17, 2021 (Exhibit M), are $5,401.34, $5,916.14, and $8,732.88, for a total of $20,050.36. This is <u>the exact same amount</u> as the current outstanding balance for these three loans listed in Exhibits L-2 and U. Thus, no credit occurred, at least as to loans 1 – 3 between November 17, 2021 and the present.

32. Exhibits L-1 (showing FedLoan's records as of December 27, 2020) and L-2 (records as of July 14, 2022) both agree that from prior to the December 2017 court order through May of 2018, the total balance on my loans as $156,084.30 (with no credit pursuant to the December 29, 2017 order). The retroactively-cooked-books in Exhibit L-2 indicate credits totaling $148,492.75 effective May 31 and July 31, 2018, leaving the aforementioned balance of $20,050.36. This $148,492.75 credit is <u>the exact same amount</u> as what appears on the February 16, 2022 letter (Exhibit N) as the aggregate amount forgiven on loans 4 -11.

33. In other words, even pursuant to FedLoan's revised records, no credits apart from PSLF loan forgiveness have been applied to my accounts between December 2017 and today. Another way to interpret this might be that according to FedLoan's own data, Shannon Wrumb's declaration is false, since FedLoan's data is incompatible with the claim that "[FedLoan] complied with the Court's Order to refund Wellisch $9,495.80." *See* Exhibit K.

**FEDLOAN CANNOT KEEP TRACK OF MY PSLF-QUALIFYING PAYMENTS**

34. On January 7, 2022, FedLoan sent approximately four copies of the same letter (dated January 6) indicating I have made between 98-99 qualifying payments on the 11 student loans listed above. Attached as Exhibit O is a true and accurate copy of one of these identical letters.

35. Also on January 7 (in letters dated January 6), FedLoan sent three separate letters listing loans 1 – 4, 5 – 8, and 9 – 11, indicating that I had made 98, 99, and 99 qualifying payments on these groups of loans, respectively. Attached as Exhibit P1 – P3 are true and accurate copies of these letters.

36. On January 18, 2022, in letters dated January 14, FedLoan indicated that these same groups of 11 loans had only been credited with 84 and 85 qualifying payments. Attached as Exhibit Q1 – Q3 are true and accurate copies of these letters.

37. On March 16, 2022, in a letter dated March 15, FedLoan stated my PSLF-qualifying payments for loans 1 – 3 were 84 for each. A true and accurate copy of this letter is attached as Exhibit R.

38. On March 18, 2022, FedLoan sent a letter (dated March 17) indicating the PSLF qualifying payments on loans 1 – 3 were now 91, 91, and 89, respectively. A true and accurate copy of this letter is attached as Exhibit S. The number of eligible payments had also fluctuated throughout these various notifications.

39. Thus, according to FedLoan's records, in January 2022 the count of my PSLF-qualifying payments was between 98-99 for each of my 11 loans. About 10 days later, this inexplicably dropped to a range of 84-85. Approximately a month thereafter, the count of qualifying payments increased to 120 on loans 4 – 11, which were therefore forgiven pursuant to PSLF. Moreover, this was retroactive to 2018, meaning that the true

count of PSLF-qualifying payments had reached 120 some four years prior. However, for loans 1 – 3 I have not yet reached 120 payments according to FedLoan. Instead, the count is somewhere between 84 as of March 16, and 91, 91, and 89 as of March 18, 2022, respectively.

40. I believe that not FedLoan, but the Department of Education of the federal government, audited my loans due to public outrage about the abysmal performance and misconduct of student loan servicers. Attached as Exhibit T is a true and accurate copy of a letter from a department of education official indicating that "[b]oth Federal Student Aid and your PSLF servicer are working hard to monitor your accounts and make sure you get credit for your progress."

41. I believe and allege that this audit revealed that FedLoan was not properly accounting for my PSLF-qualifying payments, and the audited count revealed that 120 PSLF-qualifying payments on loans 4 – 11 had been reached in 2018. I further believe and allege that FedLoan now wrongfully seeks to escape any responsibility for its failure to abide by its obligations, relying on loan forgiveness through PSLF to wipe out my loans without ever crediting me by the amount required by the court's 2017 order, without refunding amounts I was forced to – but should not have been required to – pay, and without otherwise accounting for the incorrect reporting of my outstanding loan balance and incorrect count of my PSLF-qualifying payments.

42. Moreover, I believe my case illustrates many of the problems with the student loan servicing industry, including FedLoan's inadequate communications, untimely processing of paperwork, and failure to take any measures to prevent the capitalization of interest on my loans and me being charged amounts in excess of my regular monthly IBR payment amounts. Instead of acting in my best interests, FedLoan has time and

again taken advantage of my reliance on FedLoan's inaccurate communications or the complete absence thereof, as well as unconscionably taking advantage of the hardships I face as an incident of active-duty military service. FedLoan's appalling conduct also illustrates the difficulties faced by anyone, not just military service members, in the unfortunate position of having to battle the immense resources of large organizations to seek justice, and the ease with which loan servicers can escape liability even when their own records prove their wrongful conduct. This action seeks to right this wrong.

### FIRST CAUSE OF ACTION
### Student Borrower Bill of Rights
### Cal. Civ. Code § 1788.100, et. seq.

43. Instead of the archaic language traditionally used in most complaints stating, "Plaintiff repeats and re-alleges paragraphs 1-42 above as though fully set forth herein," I will simply state that each paragraph of this complaint is incorporated into the first cause of action. I feel this is a better statement, while avoiding the annoying 'legalese.'

44. Civil Code sections 1788.100 through 1788.105 codify certain requirements of student loan servicing in California. Section 1788.100 provides relevant definitions, with § 1788.101 listing prohibited acts. The definition of 'abusive acts' includes any act that:

1) "Materially interferes with the ability of a borrower to understand a term or condition of a student loan;" (Subs. (a)(2)(A))

2) "Takes unreasonable advantage of… [t]he inability of a borrower to protect the interests of the borrower when selecting or using… a feature, term, or condition of a student loan" (subs. (a)(2)(B)(ii)(II)) or

3) "Takes unreasonable advantage of… [t]he reasonable reliance by the borrower on a person engaged in servicing a student loan to act in the interests of the borrower." (subs. (a)(2)(B)(iii)) Servicers also must not:

4)  "Engage in an unfair or deceptive practice toward a borrower or misrepresent or omit material information in connection with the servicing of a student loan…" (subs. (b)(2)) or

5)  "…fail to accurately report each borrower's payment performance to at least one consumer reporting agency…" (subs. (b)(4)(A));

6)  "Engage in an unfair or deceptive practice toward a military borrower or misrepresent or omit material information in connection with the servicing of a student loan owed by a military borrower." (subs. (b)(7))

45. FedLoan's actions and communications with me between September 2019 and January 2020, as described in more detail above, are abusive acts and are otherwise prohibited under California law.

46. FedLoan's failure to credit my account as required by a court order dated December 29, 2017 is also an abusive act and otherwise prohibited by California law.

47. FedLoan's failure to make accurate reports to credit reporting agencies concerning my student loan debts is an abusive act and is otherwise prohibited by law.

48. The acts described in this complaint also constitute unfair or deceptive practices toward a military borrower, and are otherwise prohibited by California law.

49. Pursuant to § 1788.103, an action for damages for violations of the Student Borrower Bill of Rights (§ 1788.102) may be maintained if the borrower has provided written notice regarding the nature of the alleged violations and demanded correction and remedy at least 45 days before bringing an action for damages. The notice must be sent by certified or registered mail to the address on file with DFPI.[12] The demand letters I sent in October and December of 2021 satisfy § 1788.103's requirements.

---

[12] Formerly known as the Department of Business Oversight. See: https://docqnet.dbo.ca.gov/

50. Pursuant to § 1788.100, available relief includes actual damages, injunctive relief, restitution, punitive damages, attorney's fees, and any other relief the court deems proper. Additionally, treble (legalese for triple) damages are available on a showing that more likely than not, the loan servicer has engaged in conduct that substantially interferes with a borrower's right to loan forgiveness, cancellation, or discharge, among other things. FedLoan's actions have substantially interfered with my right to loan forgiveness, and I therefore am entitled to, and demand, triple damages.

**SECOND CAUSE OF ACTION**
**Failure to Respond to Qualified Written Request**
**(Cal. Civil Code § 1788.102)**

51. Each paragraph of this complaint is incorporated into this second cause of action.

52. Pursuant to Civil Code § 1788.103(a)(1) and § 1788.102(t), student loan servicers must respond to a qualified written request from a borrower within 10 business days, and must provide information, take action to correct the account, or provide an explanation that the borrower's account is correct. § 1788.100 defines a "qualified written request" as "written correspondence made by a borrower… transmitted by mail… or electronically… that… (1) Enables the student loan servicer to identify the name and account of the borrower. [And] (2) Includes a statement of the reasons for the belief by the borrower… that the account is in error…" A response is required within 10 business days, and with an explanation of actions taken (approval or denial of the request) within 30 business days. Civ. Code § 1788.102(t).

53. I have sent qualified written requests to FedLoan identifying me by name and as a military borrower and explaining various errors, including those concerning my account balance and PSFL-eligible payment count.

54. FedLoan did not respond to my qualified written requests. FedLoan also did not take action to correct my account or provide an explanation for denial of my request within 30 business days.

55. By failing to respond as required, FedLoan has violated Civil Code § 1788.102. A violation of this section is subject to enforcement under §1788.103.

56. I complied with the notification requirements of Civil Code § 1788.103(d). I have provided written notice regarding the nature of the violations. In the notice I provided, I requested that FedLoan correct and remedy the methods, acts, and practices to which my notices referred. I filed this action more than 45 days after I provided written notice to FedLoan. FedLoan has never replied to my qualified written requests.

57. I am entitled to, and demand all available relief, including triple damages, because FedLoan has engaged in conduct that substantially interferes with my right as a borrower to loan forgiveness.

**THIRD CAUSE OF ACTION**
**Relief under California State Militia Protections**
**(Cal. Mil. & Vets Code § 409.15)**

58. Each paragraph of this complaint is incorporated into this third cause of action.

59. Military & Veterans Code § 415 is the last section within Chapter 7.5 (Mil. & Vets. Code §§ 400 – 415). It states in relevant part that:

> (a) Any person who receives a good faith request from a service member for relief pursuant to this chapter… shall, within 30 days of the request, provide the service member with a written response acknowledging the request…

> (b) If the person fails to make such a response in the timeframe set forth in this section, the person waives any objection to the request, and the service member shall be entitled to the relief requested."

60. Section 415 requires no specific format for a good faith request made by a service member for relief pursuant to Chapter 7.5. Chapter 7.5's protections apply to

both service members in the active component as well as the reserve component. *See* Mil. & Vets. Code § 400.

61. The demand letters I sent to FedLoan in October and December 2021 as described in more detail above, constitute requests for relief pursuant to Chapter 7.5 of the Military & Veterans Code.

62. FedLoan did not make a response within 30 days of my good faith requests.

63. By failing to respond, FedLoan has waived any objection to my requests. I am therefore entitled to, and demand, the relief requested in my demand letters, true and accurate copies of which are attached as Exhibits E and I.

## FOURTH CAUSE OF ACTION
### Negligence
### (Evid. Code § 669)

64.  Each paragraph of this complaint is incorporated into this fourth cause of action.

65.  In California, student loan servicers must abide by requirements of the Student Loan Servicing Act (Financial Code §§ 28100 et. seq.) and Civil Code §§ 1788.100 – 105 (the Student Borrower Bill of Rights), and regulations under authority of these laws. The Student Borrower Bill of Rights establishes requirements on loan servicers and prohibits abusive practices, as described in more detail above, and cross-references the Student Loan Servicing Act, which imposes registration requirements. The purpose of the legislative scheme is stated in Stats. 2020 ch 154, § 1(b):

> "(1) Promote meaningful access to affordable repayment and loan forgiveness benefits for student loan borrowers in California.
> (2) Ensure California borrowers can rely on information about student loans and loan repayment options provided by student loan servicers.
> (3) Build upon the Student Loan Servicing Act to set effective minimum student loan servicing standards and to ensure that California borrowers are protected from predatory student loan industry practices.
> (4) Promote the public interest in furtherance of the state's historic police powers to protect the health, welfare, and safety of the state and, in furtherance of the public interest, the act should be liberally construed to effectuate that intent."

Legislative intent is also stated in the 2016 note following Fin. Code § 28100.[13]

66. FedLoan conducts student loan servicing in California, and therefore is required to be, and has been, licensed as a student loan servicer in California pursuant to Financial Code § 28102. FedLoan is further required to maintain up-to-date and accurate registration information, and to comply with and to develop policies and procedures reasonably intended to promote compliance with the Student Loan Servicing Act and regulations issued pursuant to it.

67. I believe and allege that FedLoan has failed to maintain accurate registration information and otherwise has failed to comply with the Student Loan Servicing Act and regulations issued pursuant to it.

68. Additionally, as a student loan servicer, FedLoan must abide by the Student Borrower Bill of Rights and the "Rules of the Road" for the student loan servicing industry established under Civil Code § 1788.102. FedLoan's actions as described above violated Civil Code §§ 1788.100 - 103 by:

1) Failing to timely process paperwork I submitted concerning my IBR plan (§ 1788.102, subs. (g));

2) Failing to timely process my PSLF application and account for my PSLF-qualifying payments (*Id.*);

3) Failing to respond to my qualified written requests as required (*Id.*, subs. (t));

4) Failing to protect me as a borrower from negative consequences identified in my qualified written requests (*Id.*, subs. (k)); and additionally,

---

[13] After reciting data and problems identified by the Consumer Financial Protection Bureau, the legislature stated: "It is the intent of the Legislature to promote all of the following: (1) Meaningful access to federal affordable repayment and loan forgiveness benefits. (2) Reliable information about student loans and loan repayment options. (3) Quality customer service and fair treatment."

5) FedLoan's actions as described above constituted abusive acts and practices in violation of §1788.103;

6) FedLoan has misrepresented or omitted material information in connection with the servicing of my student loans as a military borrower and borrower working in public service, in violation of § 1788.103, subs. (b)(2). (b)(7), and (b)(8); and

7) FedLoans actions as described above were otherwise prohibited under California law.

69. As a consequence of FedLoan's negligent operations as a student loan servicer in violation of these laws, I was forced to make payments in excess of the amounts I should have paid, my outstanding balance was increased and calculated incorrectly, my PSLF-qualifying payments were not accounted for accurately, and forgiveness of my loans pursuant to the PSLF program was delayed. Furthermore, my credit has been damaged by the incorrect data concerning my outstanding loan balances. My demands for correction of these issues were left unanswered.

70. I request judgment against FedLoan, damages according to proof, interest, costs, and such other relief as the court may deem proper.

**FIFTH CAUSE OF ACTION**
**Intentional Interference with Economic Advantage**

71. Each paragraph of this complaint is incorporated into this fifth cause of action.

72. I borrowed student loans pursuant to promissory notes and agreements between the federal government and I. The federal government has implemented various programs that confer an economic advantage on certain borrowers. One is Public Service Loan Forgiveness, which incentivizes public service employment by providing for loan forgiveness after 120 qualifying payments. Another is Income-Based

Repayment, which allows qualified borrowers to make lower monthly payments based on the borrower's disposable income. Both programs require submission of paperwork through loan servicers. I have at all relevant times been eligible for and pursued loan forgiveness through the PSLF program while participating in IBR.

73. FedLoan is, and has at all relevant times been, the servicer of my student loans. Loan servicers function as intermediaries handling billing and process paperwork concerning repayment options and other matters.[14] FedLoan has at all relevant times known or should have been aware of requirements concerning eligibility for PSLF and IBR plans, actions necessary to avoid capitalization of interest, and achieving loan forgiveness through the PSLF program in the quickest possible timeframe while avoiding delays due to forbearance periods or the non-qualification of payments for purposes of PSLF.

74. I believe and allege that FedLoan (1) intentionally failed to alert me prior to December 2, 2019 that I was in jeopardy of losing my eligibility for IBR despite having submitted IBR paperwork as early as September 20, 2019; (2) that FedLoan intentionally phrased its December 2 notification letter to imply that there was something I could do to prevent the increase of my monthly payment amount (Exhibit C-1: "Your payments could increase! Act now") when in fact there was nothing I could do to prevent the increase of my monthly payment; and (3) that when I reached out to FedLoan on the same day to inquire what actions I can take to prevent the increase of payments, FedLoan intentionally implied that I had complied with all requirements (Exhibit D: "We received your complete request for an Income-Driven Repayment (IDR) plan on

---

[14] https://studentaid.gov/manage-loans/repayment/servicers: "A loan servicer is a company that [the U.S. government assigns] to handle the billing and other services on your federal student loan on our behalf, at no cost to you. Your loan servicer will work with you on repayment options (such as income-driven repayment plans and loan consolidation) and will assist you with other tasks related to your federal student loans."

September 20, 2019. Once your request is processed, we will send you a notice with the results.").

75. As a result of FedLoan's failure to timely process my IBR paperwork, my loan was placed in a forbearance status. Consequently, no bill for December 2019 appears on my record of loan transactions (Exhibits L-1 and L-2). This delays and jeopardizes loan forgiveness under the PSLF program, which requires 120 qualifying payments.

76. As a result of FedLoan's misleading communications, my eligibility for IBR was jeopardized. My monthly payment amount increased, and I was debited $1,583.84 for the month of January 2020.

77. I request judgment against FedLoan, damages according to proof, interest, costs, and such other relief as the court may deem proper.

78. FedLoan's actions were willful, oppressive, and malicious. I am therefore entitled to punitive damages.

### SIXTH CAUSE OF ACTION
### Declaratory Relief

79. Each paragraph of this complaint is incorporated into this sixth cause of action.

80. An actual controversy has arisen and now exists between FedLoan and I concerning our respective rights and duties in that I contend FedLoan (1) has a duty to, but never has credited my accounts as required by the December 29, 2017 order attached as Exhibit A; (2) had a duty to reply to my qualified written requests and good faith request for relief pursuant to Chapter 7.5 of the Military & Veterans Code attached as Exhibits E and I, respectively; (3) as a consequence of its failure to reply to my good faith request for relief, FedLoan has waived any objections and must therefore provide the relief I requested; (4) has taken unreasonable advantage of my reliance on FedLoan as my loan servicer and has failed to communicate effectively with me concerning my

student loans, resulting in the capitalization of interest and increased monthly payment amounts I incurred; (5) has inaccurately accounted for my outstanding loan balances and PSLF-qualifying payments; and (6) has violated the Student Loan Servicing Act and the Student Borrower Bill of Rights; and FedLoan denies these contentions.

81. I request a judicial determination of rights and duties concerning the above matters. A judicial determination is necessary due to the upcoming resumption of payments in August on my student loans, the outstanding balance of which is in dispute, and due to the imminent transfer of my loans to a new servicer, with a disputed balance and disputed count of PSLF-qualifying payments.

82. Absent declaratory relief, I am in jeopardy of losing my opportunity for loan forgiveness under the PSLF program on my remaining loans, and being required to pay incorrect monthly payment amounts based on an incorrect calculation of the total outstanding balance for an unspecified length of time. Additionally, FedLoan may escape liability for its actions that I allege violated applicable laws, because FedLoan intends to get out of the business of servicing student loans in California.

83. I have made repeated efforts to request relief from FedLoan and to enforce my rights through demand letters and petitions, as outlined above. None have worked.

84. I therefore request a declaration that (1) FedLoan has a duty to, but has failed to credit my accounts as required by the December 29, 2017 order attached as Exhibit A; (2) FedLoan had a duty to, but failed to reply to my written requests; (3) that by failing to reply, FedLoan has waived any objection to my demands and must therefore provide the relief I requested; (4) that FedLoan, as my student loan servicer, has failed its obligations toward me as a borrower by failing to effectively process paperwork and communicate with me concerning my loans; (5) that FedLoan has kept an inaccurate

accounting of my outstanding balances and PSLF-qualifying payments; and (6) that FedLoan has violated the Student Loan Servicing Act and the Student Borrower Bill of Rights.

### SEVENTH CAUSE OF ACTION
### Injunctive Relief

85. Each paragraph of this complaint is incorporated into this seventh cause of action.

86. FedLoan has never credited my accounts, contrary to the court's December 29, 2017 order. FedLoan has falsely stated that it did comply with this order, when it has not done so. FedLoan has failed to properly account for my PSLF-qualifying payments, which in February 2022 resulted in the retroactive forgiveness of loans 4 – 11 effective May and July, 2018. FedLoan has provided inconsistent counts of PSLF-qualifying payments on my remaining three loans. FedLoan's acts and omissions have resulted in capitalization of my interest, increase of my loan balance by tens of thousands of dollars, increased monthly payments I was forced to make, and delay & jeopardization of loan forgiveness under the PSLF program due to inaccurate count of my qualifying payments and due to my loans being placed in forbearance.

87. My loans will soon be transferred to a new servicer. FedLoan's website states: "FSA will begin transitioning the PSLF program, borrowers, and their loans in stages from FedLoan Servicing to MOHELA in early July 2022 into September 2022."[15]

88. I will suffer irreparable harm and injury if FedLoan transfers my accounts to a new servicer with an inaccurate balance and incorrect count of PSLF-qualifying payments. I will have no adequate legal remedy, because it will be impossible to

---

[15] https://myfedloan.org, accessed on July 17, 2022.

determine the precise amount of damage and the correct number of PSLF-qualifying payments after my loans are transferred to a new servicer. I will also be forced to initiate multiple suits against various defendants to obtain adequate compensation for my injuries if FedLoan is allowed to transfer my loans to the new servicer.

89. I am likely to prevail, because I have already prevailed once before, resulting in the December 29, 2017 order with which FedLoan has yet to comply. On the other hand, FedLoan's actions demonstrate that FedLoan is willing to ignore court orders, that it is unable to properly account for my PSLF-qualifying payments, and that it cannot fulfill its functions as a loan servicer. These problems will be magnified upon transfer to a new servicer, with little chance of correcting them thereafter.

90. An injunction is necessary to (1) prevent FedLoan from transferring my loans to a new servicer until this matter is finally resolved; (2) to require FedLoan to credit the current balance of my accounts by $9,495.80 pursuant to the court's December 29, 2017 order and to otherwise correctly account for my outstanding loan balances; (3) to require FedLoan to account for all of my PSLF-qualifying payments on my remaining loans, including all periods that qualify under the temporarily expanded PSLF rules, and periods when I was forced into a forbearance status on account of FedLoan's failure to timely process my paperwork, such as in December 2018; (4) and to prohibit FedLoan from continuing to engage in the abusive actions with which FedLoan has treated me.

91. I therefore request:

    1) An order requiring FedLoan to show cause, if any exists, why FedLoan should not be enjoined as set forth in this complaint;

    2) A temporary restraining order, a preliminary injunction, and a permanent injunction, enjoining FedLoan and its agents as set forth in this complaint;

3)  Costs of suit incurred, and such other relief as the court deems proper.

**RELIEF REQUESTED**

Based on the above, I request:

4)  Declaratory relief as stated above;

5)  A bill of particulars concerning all loan transactions from December 2017 through the present, all credits and checks or other transactions undertaken pursuant to the December 29, 2017 order, and the record and contents of all communications between FedLoan and I from September 1, 2019 through March 20, 2022;

6)  A temporary restraining order, preliminary injunction, and permanent injunction as stated above;

7)  Damages according to proof;

8)  Restitution according to proof;

9)  Costs & attorney's fees;

10) Triple (treble) damages;

11) Punitive damages in an amount sufficient to deter FedLoan and others from similar future conduct;

12) Any other appropriate remedy.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  July 17, 2022

*Christian Wellisch*

CHRISTIAN WELLISCH
Service member, student borrower, and self-represented plaintiff

EXHIBIT A
Order dtd. December 29, 2017

ELECTRONICALLY FILED BY
Superior Court of California,
County of Monterey
On 12/29/2017
By Deputy: Dalia, Lisa

1    **MUSICK, PEELER & GARRETT LLP**
           ATTORNEYS AT LAW
2        650 TOWN CENTER DRIVE, SUITE 1200
       COSTA MESA, CALIFORNIA 92626-1925
          TELEPHONE (714) 668-2400
3           FACSIMILE (714) 668-2490

Donald E. Bradley (State Bar No. 145037)
4    *d.bradley@mpglaw.com*

5    Attorneys for Defendants PENNSYLVANIA HIGHER
   EDUCATION ASSISTANCE AGENCY and JAMES L. PRESTON
6

7

8           **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                  **COUNTY OF MONTEREY**

10    Christian Wellisch,                 Case No. 16CV004093

11

        Plaintiff,              Hon. Susan J. Matcham, Department 15
12

13        vs.                  ~~[PROPOSED]~~ **ORDER ON PLAINTIFF'S**
                                   **MILITARY & VETERANS CODE**
14    Pennsylvania Higher Education Assistance    **SECTION 409.3 PETITION**
   Agency, James L. Preston, and DOES 1-100,
15                            Date:     July 10, 2017
           Defendants.          Time:    9:00 a.m.
16                            Dept.:    15

17        The hearing on the Petition of Plaintiff Christian Wellisch ("Wellisch") for relief pursuant

18 to Military & Veterans Code Section 409.3 ("409.3 Petition") was held on July 10, 2017, before

19 Judge Susan J. Matcham of the Monterey County Superior Court. Wellisch appeared *in propria*

20 *persona*. Defendant Pennsylvania Higher Education Assistance Agency ("PHEAA") appeared via

21 special designation by the Attorney General of the Commonwealth of Pennsylvania through

22 Donald E. Bradley of Musick, Peeler & Garrett. After consideration of the documentary evidence,

23 testimony, briefing, and argument of the parties, and GOOD CAUSE APPEARING, the Court

24 rules as follows:

25       1.     Wellisch was deployed on active duty from February 3, 2016, through October 23,

26 2016.

27       2.     Wellisch's 2015/2016 Income-Based Repayment ("IBR") plan, which provided for

28 reduced student loan payments for one year, had been in place from July 10, 2015. Pursuant to

1060821.1

EXHIBIT A

1    this IBR plan, Wellisch's student loan payments were reduced from $1,583.84 to $182.92. During

2    this IBR period, interest on Wellisch's student loan balance was deferred. Wellisch was

3    responsible to pay the deferred interest once his final IBR plan expired.

4          3.    Wellisch's deadline to submit documentation to renew his IBR plan was June 6,

5    2016. On March 24, 2016, PHEAA sent Wellisch a letter advising him of this deadline. On May

6    17, 2016, PHEAA sent Wellisch an email advising him of this deadline.

7          4.    Wellisch did not submit a complete IBR renewal application by the June 6, 2016

8    deadline. As a result, Wellisch's student loan payments for August 10, September 10, and

9    October 10, 2016, were increased from $182.92 to $1,583.84.

10         5.    In addition, because of Wellisch's failure to submit a complete renewal application,

11   pursuant to 34 CFR 685.221(e), PHEAA was required to capitalize the deferred interest payments

12   for the year during which Wellisch had made reduced payments pursuant to his IBR plan. This

13   total of interest recapitalization was $5,293.03, and was applied to Wellisch's principal balance on

14   July 1, 2016. This amount of deferred interest would have ultimately been applied to Wellisch's

15   principal balance at the expiration of the final IBR plan that Wellisch qualified for.

16         6.    The Court finds that pursuant to Military & Veterans Code Section 409.3, Wellisch

17   is entitled to deferral of the increased payments in August, September, and October 2016, and

18   deferral of the July 1, 2016 interest capitalization of $5,293.03.

19         7.    Accordingly, PHEAA is ordered to credit Wellisch's known balance in the amount

20   of $5,293.03, until his final IBR plan expires, after which that deferred interest shall be

21   recapitalized.

22         8.    PHEAA is further ordered to credit Wellisch's loan balance in the amount of

23   $4,202.77, representing the $1,400.92 increase[1] in Wellisch's August, September, and October,

24   2016 payments .

25         IT IS SO ORDERED.

26

27

_____

28   [1]    ($1,583.84, less $182.92)

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

1060821.1                                    2

[PROPOSED] ORDER ON PLAINTIFF'S MILITARY & VETERANS CODE SECTION 409.3 PETITION

16CV004093

EXHIBIT A

1   DATED: ~~July~~ ____, ~~2017~~     **December 29, 2017**     *Susan J Matcham*
                                                                  _____

2                                                                 Hon. Susan J. Matcham
                                                                  Judge of the Superior Court

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

1060821.1                                       3

[PROPOSED] ORDER ON PLAINTIFF'S MILITARY & VETERANS CODE SECTION 409.3 PETITION

16CV004093

EXHIBIT B

Letter dtd. September 20, 2019, confirming receipt of IBR paperwork

We received your IDR request!

EXHIBIT B

**Subject:** We received your IDR request!
**From:** FedLoan Servicing <noreplyth@myfedloan.org>
**Date:** 9/20/2019, 11:16 PM
**To:** ████████████████

Thank you for submitting your additional Income-Driven Repayment (IDR) plan documents.

You may receive additional emails regarding the status of this request. At any time you can view real time status updates, make a payment and more through your online account at MyFedLoan.org/signin.

Once your request has been processed, we will send a communication advising of the outcome.

Reminder: Continue to make your normal monthly payment amount until you are approved and receive a bill with your adjusted monthly payment.

**Please do not reply directly to this message**. Instead, Contact Us with any questions.



You may have already requested to unsubscribe from emails not specifically related to your account, but you are receiving this email because it is an important message about your loans and/or grants.

FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184

v8.0.0

##83000000426006756|FD|N##

This message contains privileged and confidential information intended for the above addressees only. If you receive this message in error please delete or destroy this message and/or attachments.

The sender of this message will fully cooperate in the civil and criminal prosecution of any individual engaging in the unauthorized use of this message.

Code:PHEAA

EXHIBIT C

Notification & Letter dtd. December 4, 2019
"Your payments could increase"

Action Required: View the message in your Paperless Inbox and take ...

Case 5:22-cv-06897-SVK   Document 1-1   Filed 11/04/22   Page 37 of 123

EXHIBIT C-1

**Subject:** Action Required: View the message in your Paperless Inbox and take action!
**From:** FedLoan Servicing <noreplyth@myfedloan.org>
**Date:** 12/4/2019, 8:40 PM
**To:** ████████████████████



**Account Number: XX XXXX 7678**

We added the following message to your Paperless Inbox at MyFedLoan.org.

- Your Payments Could Increase! Act Now

**GO TO PAPERLESS INBOX ▶**

**PLEASE DO NOT REPLY TO THIS MESSAGE.**

Instead, Contact Us ! Or write to us at:

FedLoan Servicing • P.O. Box 69184 • Harrisburg, PA 17106-9184

We sent this message to you based on your existing relationship with us (FedLoan Servicing). Did you receive this email in error? Please call us at 1-800-699-2908 and delete this email.

No longer want to receive emails from us? Unsubscribe today . Or, change your Paperless Enrollment preferences in Account Access if you no longer wish to participate in paperless services.



##83000000458958512-GeneralServicing-FD-83000000461531688##

This message contains privileged and confidential information intended for the above addressees only. If you receive this message in error please delete or destroy this message and/or attachments.

The sender of this message will fully cooperate in the civil and criminal prosecution of any individual engaging in the unauthorized use of this message.

Code:PHEAA

 

**U.S. Department of Education**
Information about your federal student loan

| YOUR NEW PAYMENT AMOUNT |
| --- |

| Account Number: 48 0356 7678 |
| --- |

December 2, 2019

```
#BWBBCFT
#B301 7684 0012 02L8#
```

As part of the Income-Based Repayment (IBR) plan, you are required to recertify annually, even if your income or family size has not changed. We needed this updated information to recalculate your monthly payment based on your income and family size.

Since we did not receive your complete annual documentation, your new payment amount is not based on your income and family size; however, your loans will remain on the Income-Based Repayment (IBR) plan. Your new monthly payment is $1,583.84. This will remain your monthly payment unless you recertify your Income-Based Repayment (IBR) plan or change to a new repayment plan.

If you want to have your payment amount recalculated based on your income and family size, apply online at StudentLoans.gov.

**Good to Know**
- Options such as deferment and forbearance or changing repayment plans are available if you cannot afford your monthly payment. Visit MyFedLoan.org/TroublePaying to learn more.
- Since you are enrolled in *Direct Debit*, we will continue to debit your account with your new monthly payment amount and any additional funds that you requested
- Any unpaid interest capitalized (was added to the principal balance of your loans).
- We will still remind you annually when it is time to recertify your IDR plan.
- The eligibility requirements for all Income-Driven Repayment (IDR) plans are included.

TLXFQD   FS06BIDRPS   4803567678       ENOTIFY         83000000458958512

P.O. Box 69184, Harrisburg, PA 17106-9184 | M-F 8AM to 9PM (ET) |  800-699-2908 | International 717-720-1985 | ☎ 711
**MyFedLoan.org**

EXHIBIT C-2

(return to chart)

**Loan Information**

| Loan Program | Disbursement Date | Current Principal Balance | Interest Rate |
|:---:|:---:|---:|:---:|
| DLSTFD | 08/18/2010 | $5,375.77 | 5.750% |
| DLUNST | 08/18/2010 | $8,678.28 | 5.750% |
| DLSTFD | 02/13/2012 | $5,887.89 | 5.750% |
| DLSCST | 06/27/2012 | $10,678.21 | 5.750% |
| DLSCSC | 06/27/2012 | $19,206.59 | 4.250% |
| DLSCST | 06/27/2012 | $10,448.02 | 5.750% |
| DLSCUN | 06/27/2012 | $19,517.16 | 5.750% |
| DLSCST | 06/27/2012 | $2,538.53 | 1.260% |
| DLSCUN | 06/27/2012 | $15,966.21 | 5.750% |
| DLSCPG | 07/27/2012 | $45,317.99 | 5.750% |
| DLSCUC | 09/14/2012 | $33,225.86 | 4.250% |

EXHIBIT C-2

**ELIGIBILITY CRITERIA FOR INCOME-DRIVEN REPAYMENT PLANS**

**INCOME-BASED REPAYMENT (IBR) PLAN**
In order for you to qualify, the payment that you would be required to make under the IBR plan (based on your income and family size) must be less than what you would pay under the Standard Repayment Plan with a 10-year repayment period.

All Direct and FFEL Program loans made to student borrowers are eligible except for those that are in default. Direct and FFEL parent PLUS Loans and Direct and FFEL Consolidation Loans that repaid a Direct or FFEL parent PLUS Loan are not eligible.

**INCOME-CONTINGENT REPAYMENT (ICR) PLAN**
You may qualify to repay your loans under the ICR Plan if you have eligible loans.

All Direct Loan Program loans made to student borrowers are eligible except for those that are in default. Direct parent PLUS Loans and Direct PLUS Consolidation Loans are not eligible. FFEL Program loans are not eligible.

**PAY AS YOU EARN (PAYE) REPAYMENT PLAN**
In order for you to qualify, the payment that you would be required to make under the PAYE plan (based on your income and family size) must be less than what you would pay under the Standard Repayment Plan with a 10-year repayment period. You must also be a new borrower.

You are a new borrower for the PAYE plan if:
(1)     you have no outstanding balance on a Direct Loan or FFEL program loan as of October 1, 2007, or have no outstanding balance on a Direct Loan or FFEL program loan when you obtain a new loan on or after October 1, 2007, and
(2)     you receive a disbursement of a Direct Subsidized Loan, Direct Unsubsidized Loan, or student Direct PLUS Loan on or after October 1, 2011, or you receive a Direct Consolidation Loan based on an application received on or after October 1, 2011. However, you are not considered a new borrower if the Direct Consolidation Loan you received repaid loans that would make you ineligible under part (1) of this definition.

All Direct Loan Program loans made to student borrowers are eligible except for those that are in default. Direct parent PLUS Loans and Direct Consolidation Loans that repaid a Direct or FFEL parent PLUS Loan are not eligible. FFEL Program loans are not eligible.

**REVISED PAY AS YOU EARN (REPAYE) REPAYMENT PLAN**
You may qualify to repay your loans under the REPAYE Plan if you have eligible loans.

All Direct Loan Program loans made to student borrowers are eligible except for those that are in default. Direct parent PLUS Loans and Direct Consolidation Loans that repaid a Direct or FFEL parent PLUS Loan are not eligible. FFEL Program loans are not eligible.

EXHIBIT D
Reply emails dtd. December 4, 2019

EXHIBIT D

**Subject:** [2312135] Re: Income-Driven Repayment plan << Reference ID: 2312135 >>
**From:** accountinfo@myfedloan.org
**Date:** 12/4/2019, 10:23 PM
**To:** ████████████████████

Thank you for contacting FedLoan Servicing!

We received your complete request for an Income-Driven Repayment (IDR) plan on September 20, 2019.  Once your request is processed, we will send you a notice with the results.

If your request is approved, it may take approximately 1-2 billing cycles for your new repayment plan to take effect.  You will need to continue to make your regular monthly payments until you receive your first bill with a new payment amount.

Please use the "Contact Us" link through your online account at MyFedLoan.org to submit inquiries via a secure email form. You may also call us toll-free at 1-800-699-2908 to reach our Customer Service Department, which is open Monday through Friday, 8:00 AM - 9:00 PM (ET).

Sincerely,

Mason

FedLoan Servicing

>> **Original Message ...**
>> To: accountinfo@myfedloan.org
>> Subject: Income-Driven Repayment plan
>> Sent: 12/05/2019 03:23
>>
>> Message: I applied for annual IDR recertification in September 2019 and I provided my tax return

EXHIBIT D

as documentation of income. But today I got an email that I failed to provide documentation. What the hell else do youwant?  I hate FedLoan

---

This message contains privileged and confidential information intended for the above addressees only. If you receive this message in error please delete or destroy this message and/or attachments.

The sender of this message will fully cooperate in the civil and criminal prosecution of any individual engaging in the unauthorized use of this message.

Code:PHEAA

EXHIBIT E
Letter dtd. October 29, 2021

EXHIBIT E

To whom it may concern;

You (PHEAA and its subsidiaries, employees, or agents acting on behalf of PHEA) have violated applicable federal and state laws and substantially interfered with my right as a borrower to alternative payment arrangements, loan forgiveness, and other financial benefits as described in more detail below. I am and have at all relevant times been a military service member eligible for the Public Service Loan Forgiveness (PSLF) program and for Income-Based Repayment (IBR), which is a subset of Income-Driven Repayment (IDR) plans. **I demand that you:**

1   **Credit my account in the amount of $32,398.54** ($9,495.80 + $22,902.74):

   1.a  The amount of $9,495.80 reflects the payments and interest capitalization you charged to my account between July and October 2016, which you were legally required to credit back to my account;

   1.b  The $22,902.74 reflects the difference between the payment you charged for January 2020 ($1,583.84) and the monthly payment amount due under IBR ($162.26), plus the capitalized interest you added to the principal balance on my account in January 2020 ($21,481.16). These charges resulted from your failure to timely process the IBR paperwork I submitted in September 2019. You contacted me regarding my IBR plan on or about December 4 2019, stating "Your payments could increase! Act now." In response to my immediate reply you stated: "We received your complete request for an Income-Driven Repayment (IDR) plan on September 20, 2019. Once your request is processed, we will send you a notice with the results." Although I acted immediately in response to your messages to me, you failed to timely compete processing of my paperwork and as a result I was charged the higher monthly payment amount, and several years worth of interest was capitalized, increasing my total outstanding balance.

2   **Update all credit reporting agencies and verify that the outstanding balance reflected on credit reports is lowered by $32,398.54; and pay me a lump sum of $25,000:**

   2.a  The $32,398.4 reflects the total amount you are to credit to my account.

   2.b  The $25,000 reflects compensation in the amount of $5,000 for each of the five years beginning in 2017 and ending in 2021 during which you incorrectly reported the outstanding balance on my accounts to credit reporting agencies.

3   **Guarantee at least 103 payments will count as qualifying payments for PSLF through December 2021; and agree to make any payments due as a result of any delay, rejection, or question as to the qualification for PSLF of any of these 103 payments** (48+3+37+15=103):

   3.a  You have previously stated that through July 2017 I have made 48 qualifying payments on loans 1, 2, 3, 4, and 9; and 49 qualifying payments on loans 5, 6, 7, 9, 10, and 11. For the sake of simplicity, this is rounded down to 48.

   3.b  You deemed three payments ineligible (December 2019, November 2016, and April 2014) because no bill was due for the payment period, and one payment (January 2015) ineligible because payment was received outside the payment window. However, I was on active duty military service during each of these months, except November 2016. Therefore, under the updated PSLF rules, at least three of these payments qualify for PSLF.

   3.c  In September 2020, I submitted paperwork verifying my active duty military service for the months listed below, but you have not yet accounted for the months from August 2017 – September 2020 (37 months):

EXHIBIT E

       c.i   Periods of military service previously certified through other means:
             i.1  June – October 2013
             i.2  March – December 2014
             i.3  February – September 2015
             i.4  February – October 2016
       c.ii  Employment certification previously submitted but not yet processed by you:
             ii.1  August 2017 – September 2020 (37 months)

3.d I continue to serve on active duty and will remain on active duty through December 2021. That is an additional 15 months beyond September 2020. This brings the total qualifying payments during the time you act as my loan servicer to 103. (48+3+37+15=103)

3.e You will no longer be servicing my student loans after expiration of your contract with the Department of Education (DoE) in December 2021. Consequently, I may not be able to seek redress from you thereafter. Loan forgiveness under PSLF occurs after 120 qualifying payments. Therefore, I will be eligible for loan forgiveness after making 17 otherwise qualifying payments beyond the 103 qualifying payments through December 2021 during which time you act as servicer of my loans, and during which time I continue to make my monthly payments while serving on active duty military orders.

3.f If, after I have made 17 additional otherwise qualifying payments and applied for loan forgiveness, any of the 103 above-described payments is questioned or rejected as a qualifying payment for purposes of PSLF, you will make as many additional payments on my behalf as is equal to the number of payments from the 103 payments that have been questioned, rejected, or otherwise caused delay to forgiveness of my loans. For example, if 10 of the 103 payments is rejected, you will make 10 payments. You need not make any payments if none of the 103 payments is rejected, but other payments are rejected.

Please contact me at ███████████████ at your earliest convenience to discuss the specific time-frame and manner for your compliance with the above requests.

             Sincerely,

             Christian Wellisch

EXHIBIT F

PSLF & Temporary Expanded PSLF Certification Form dtd.
November 16, 2021

Case 5:22-cv-06897-SVK   Document 1-1   Filed 11/04/22   Page 48 of 123



**PSLF**

# PUBLIC SERVICE LOAN FORGIVENESS (PSLF) & TEMPORARY EXPANDED PSLF (TEPSLF) CERTIFICATION & APPLICATION
### William D. Ford Federal Direct Loan (Direct Loan) Program

EXHIBIT 1

OMB No. 1845-0110
Form Approved
Exp. Date 08/31/2023
PSFAP - XBCR

**WARNING**: Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: BORROWER INFORMATION

Please enter or correct the following information.
☒ **Check this box if any of your information has changed.**

| | |
|---|---|
| SSN | ▮▮▮▮▮▮▮ |
| Date of Birth | ▮▮▮▮▮▮ |
| Name | Christian Wellisch |
| Address | ▮▮▮▮▮▮ |
| City | ▮▮▮▮▮ State CA Zip Code ▮▮▮ |
| Telephone - Primary | ▮▮▮▮▮▮ |
| Telephone - Alternate | |
| Email | ▮▮▮▮▮▮ |

For more information on PSLF, visit StudentAid.gov/publicservice. To apply online, visit StudentAid.gov/PSLF.

## SECTION 2: BORROWER REQUEST, UNDERSTANDINGS, AND CERTIFICATION

**I request (1)** that the U.S. Department of Education (the Department) determine whether I qualify for PSLF or TESPLF, and discharge any qualifying loans that I have, and **(2)** if none of my loans qualify for PSLF or TEPSLF when I submit this form, determine how many qualifying payments I have made towards PSLF and TEMSLF.

☒ I just want to find out how many qualifying payments I have made or if my employer is a qualified employer.

☐ I believe I qualify for forgiveness under PSLF or TEPSLF right now.

☐ If I indicated that I believe I qualify for forgiveness now, I want a forbearance while my application is being processed, but understand that periods of forbearance do not count towards forgiveness.

**I understand** that:

1. To qualify for forgiveness, I must have made 120 qualifying payments on my Direct Loans while employed full-time by a qualifying employer. Neither the 120 qualifying payments nor employment have to be consecutive.

2. To qualify for forgiveness, I must be employed full-time by a qualifying employer when I apply for and get forgiveness.

3. By submitting this form, my student loans held by the Department may be transferred to FedLoan Servicing.

4. If the Department determines that I appear to be eligible for forgiveness, the Department may contact my employer before granting forgiveness to ensure that I continue to work for the employer.

5. If I am eligible for forgiveness, the amount forgiven will be the principal and interest that was due on my eligible Direct Loans when I made my final qualifying payment. Any amount that I pay on those loans after I have made my final qualifying payment will be treated as an overpayment. I must continue to make payments on any of my other loans.

6. If I am not eligible for forgiveness, I will be notified of the determination, why it was made, and how many qualifying payments I have made towards PSLF and TEPSLF.

**I certify** that all of the information I have provided on this form and in any accompanying document is true, complete, and correct to the best of my knowledge and belief and that if I cease to be employed by a qualifying employer after I submit this application, but before forgiveness is granted, I will notify the Department (see Section 7) immediately.

☐ Check this box if you cannot obtain certification from your employer because the organization is closed or because the organization has refused to certify your employment. The Department will follow up to assist you in getting documentation of your employment. **Complete Section 3, but do not complete Section 4.**

**Borrower's Signature** WELLISCH.CHRISTIAN.14 61653800
Digitally signed by
WELLISCH.CHRISTIAN.1461653800
Date: 2021.11.15 14:23:04 -10'00'

**Date** 11-15-2021

**Borrower Name** Christian Wellisch    EXHIBIT F    **Borrower SSN** _____

## SECTION 3: EMPLOYER INFORMATION (TO BE COMPLETED BY THE BORROWER OR EMPLOYER)

**1.** Employer Name:

U.S. Army

**2.** Federal Employer Identification Number (FEIN)
35-9990000

**3.** Employer Address:

DFAS ATTN: DFASIN/JAREA
8899 East 56th Street
Indianapolis IN 46429-2410

**4.** Employer Website (if any):
www.goarmy.com

**5.** Employment Begin Date:
08-01-2017

**6.** Employment End Date:

**OR**

☑ Still Employed

**7.** Employment Status:  ☑ Full-Time   ☐ Part-Time

**8.** Hours Per Week (Average)   40

Include vacation, leave time, or any leave taken under the Family Medical Leave Act of 1993.

**9.** Is your employer a **governmental** organization?

A governmental organization is a Federal, State, local, or Tribal government organization, agency, or entity, a public child or family service agency, a Tribal college or university, or the Peace Corps or AmeriCorps. Federal service includes military service.

☑ Yes - Skip to Section 4.

☐ No - Continue to Item 10.

**10.** Is your employer tax-exempt under Section **501(c)(3)** of the Internal Revenue Code (IRC)?

If your employer is tax-exempt under another subsection of 501(c) of the IRC, such as 501(c)(4) or 501(c)(6), check "No" to this question.

☐ Yes - Skip to Section 4.

☐ No - Continue to Item 11.

**11.** Is your employer a **not-for-profit** organization that is **not** tax-exempt under Section 501(c)(3) of the Internal Revenue Code?

☐ Yes - Continue to Item 12.

☐ No - Your employer does not qualify.

**12.** Is your employer a partisan political organization or a labor union?

☐ Yes - Your employer does not qualify.

☐ No - Continue to Item 13.

**13.** Which of the following services does your employer provide? Check all that apply and then continue to Section 4. If you check "None of the above", do not submit this form.

☐ Emergency management

☐ Military service (See Section 6)

☐ Public safety

☐ Law enforcement

☐ Public interest legal services (See Section 6)

☐ Early childhood education (See Section 6)

☐ Public service for individuals with disabilities

☐ Public service for the elderly

☐ Public health (See Section 6)

☐ Public education

☐ Public library services

☐ School library services

☐ Other school-based services

☐ None of the above - the employer does not qualify.

## SECTION 4: EMPLOYER CERTIFICATION (TO BE COMPLETED BY THE EMPLOYER)

By signing, **I certify (1)** that the information in Section 3 is true, complete, and correct to the best of my knowledge and belief, **(2)** that I am an authorized official (see Section 6) of the organization named in Section 3, and **(3)** that the borrower named in Section 1 is or was an employee of the organization named in Section 3.

*Note*: If any of the information is crossed out or altered in Section 3, you must initial those changes.

Official's Name  Lee F. Carney                    Official's Phone  315-437-1108

Official's Title  G-1 Manpower NCOIC              Official's Email  _____

**Authorized Official's Signature**  CARNEY.LEE.FONTEY.12397
76597
*Digitally signed by CARNEY.LEE.FONTEY.1239776597 Date: 2021.11.15 14.05.31 -10'00'*

**Date** 11-15-2021

EXHIBIT G
Press Release dtd. October 2021

EXHIBIT G

| Search... | |
|-----------|--|

**ARCHIVED INFORMATION**

# U.S. Department of Education Announces Transformational Changes to the Public Service Loan Forgiveness Program, Will Put Over 550,000 Public Service Workers Closer to Loan Forgiveness

OCTOBER 6, 2021

**Contact:**  Press Office, (202) 401-1576, press@ed.gov (mailto: press@ed.gov)

Today, the U.S. Department of Education announced an overhaul of the Public Service Loan Forgiveness (PSLF) Program that it will implement over the next year to make the program live up to its promise. This policy will result in 22,000 borrowers who have consolidated loans—including previously ineligible loans—being immediately eligible for $1.74 billion in forgiveness without the need for further action on their part. Another 27,000 borrowers could potentially qualify for an additional $2.82 billion in forgiveness if they certify additional periods of employment. All told, the Department estimates that over 550,000 borrowers who have previously consolidated will see an increase in qualifying payments with the average borrower receiving another two years of progress toward forgiveness. Many more will also see progress as borrowers consolidate into the Direct Loan program and apply for PSLF, and as the Department rolls out other changes in the weeks and months ahead.

"Borrowers who devote a decade of their lives to public service should be able to rely on the promise of Public Service Loan Forgiveness. The system has not delivered on that promise to date, but that is about to change for many borrowers who have served their communities and their country," said U.S. Secretary of Education Miguel Cardona. "Teachers, nurses, first responders, servicemembers, and so many public service workers have had our backs especially amid the challenges of the pandemic. Today, the Biden Administration is showing that we have their backs, too."

The changes announced today include:

**A limited PSLF waiver that allows all payments by student borrowers to count toward PSLF, regardless of loan program or payment plan.** This waiver will allow student borrowers to count all payments made on loans from the Federal Family Education Loan (FFEL) Program or Perkins Loan Program. It will also waive restrictions on the type of repayment plan and the requirement that payments be made in the full amount and on time for all borrowers. To receive these benefits, borrowers will have to submit a PSLF form by October 31, 2022, which is a single application used to certify employment and evaluate a borrower for forgiveness.

Borrowers who currently have FFEL, Perkins, or other non-Direct Loans, will get the benefit of this limited waiver if they apply to consolidate into the Direct Loan program and submit a PSLF form by October 31, 2022. The waiver applies to loans taken out by students.

Allowing active duty service members to count deferments and forbearances toward PSLF. This solves a problem for service members who have paused payments while on active duty but were not getting credit toward PSLF.

**Automatically providing credit toward PSLF for military service members and federal employees using federal data matches**. The Department will implement data matches next year to give these borrowers credit toward PSLF without an application.

**Reviewing denied PSLF applications for errors and giving borrowers the ability to have their PSLF determinations reconsidered**. These actions will help identify and address servicing errors or other issues that have prevented borrowers from getting the PSLF credit they deserve.

On Wednesday afternoon, Secretary Cardona and Under Secretary James Kvaal will meet with a group of public servants who stand to benefit from these changes, including a member of the Army National Guard, a math teacher, and an epidemiologist, among others.

These changes represent a significant step in the Department's efforts to transform the PSLF Program. The Department is exploring additional steps, such as partnerships with employers, to continue to make this process easier for borrowers. Last week, the Department released materials for the first session of negotiated rulemaking, including proposals to make lasting changes to make it easier for borrowers to make progress toward PSLF.

Federal Student Aid will make more information available to borrowers at StudentAid.gov/PSLFWaiver (http://studentaid.gov/PSLFWaiver? utm_content=&utm_medium=email&utm_name=&utm_source=govdelivery&utm_term=). In the coming weeks and months, the Department will communicate directly with borrowers about these changes to PSLF to help borrowers understand how they may benefit and any actions they may need to take. Borrowers should ensure that they have accounts on StudentAid.gov and that their contact information there is up to date.

Including the borrowers eligible for immediate forgiveness under these actions, the Biden-Harris Administration has now approved more than $11.5 billion in loan cancellation for over 580,000 borrowers.

Tags    Public Service Loan Forgivene   (PSLF) (/category/keyword/public   ervice loan forgivene    p lf)
Pre    Relea e  (/new /pre   relea e )

# How Do I Find…?

- Student loans, forgiveness (https://www2.ed.gov/fund/grants-college.html?src=rn)
- Higher Education Rulemaking (https://www2.ed.gov/policy/highered/reg/hearulemaking/2021/index.html? src=rn)
- College accreditation (https://www.ed.gov/accreditation?src=rn)
- Every Student Succeeds Act (ESSA) (https://www.ed.gov/essa?src=rn)
- FERPA (https://studentprivacy.ed.gov?src=rn)
- FAFSA (https://fafsa.gov/?src=edgov-rn)
- 1098, tax forms (https://www.ed.gov/1098-e?src=rn)
- More... (https://www2.ed.gov/about/top-tasks.html?src=rn)

# Information About…

- Elevating Teaching (http   //www ed gov/teaching?  rc  rn)

EXHIBIT H
PSLF Waiver Online Description

🇺🇸 An official website of the United States government.

Help Center    Submit a Complaint    **English** | Español

Federal **Student** Aid
*An Office of the U.S. DEPARTMENT OF EDUCATION*

UNDERSTAND AID    APPLY FOR AID    COMPLETE AID PROCESS    MANAGE LOANS    Log In | Create Account 🔍

Home › Announcements & Events › PSLF Waiver Offers Way to Get Closer to Loan Forgiveness

⎯⎯⎯⎯ Key Points: PSLF Summary of Changes ⎯⎯⎯⎯                    |

# PSLF Waiver Offers Way to Get Closer to Loan Forgiveness

On Oct. 6, 2021, the U.S. Department of Education (ED) announced a change to Public Service Loan Forgiveness (PSLF) program rules for a limited time as a result of the COVID-19 emergency. Throughout the emergency, ED has provided a variety of benefits to borrowers.

**Now, for a limited time, borrowers may receive credit for past periods of repayment that would otherwise not qualify for PSLF.**

Note: If you are new to PSLF and want some background about the program, please visit our PSLF information page information page.

**A Pledge for PSLF Borrowers**

Our announcement about the limited PSLF waiver has generated great interest and many questions, including how it affects you. We are hard at work reviewing and updating student loan accounts to address these major changes. Some borrowers have already received forgiveness. A message from Richard Cordray, Chief of Federal Student Aid, describes our progress on PSLF and how to check on your status.

## Key Points: PSLF Summary of Changes

- For a limited time, you may receive credit for past periods of repayment on loans that would otherwise not qualify for PSLF.

- If you have Federal Family Education (FFEL) Program loans, Perkins, or other federal student loans, you'll need to consolidate your loans into a Direct Consolidation Loan to qualify for PSLF, both in general and under the waiver. Before consolidating, make sure to check to see if you work for a qualifying employer.

- Past periods of repayment will now count whether or not you made a payment, made that payment on time, for the full amount due, or on a qualifying repayment plan.

- Forbearance periods of 12 consecutive months or greater, or 36 cumulative months or greater will count under the waiver. In fall 2022, ED will begin making account adjustments to include these periods. Forbearance periods provided by the COVID-19 Emergency Relief Flexibilities are not included toward these months.

- Months spent in deferment before 2013 will count under the waiver. Additionally, ED will include Economic Hardship Deferment on or after January 1, 2013. These periods of deferment will also be applied to your account in fall 2022.

- Periods of default and in-school deferment, still do not qualify.

Note: The qualifying employment requirement has **not** changed. To determine if your employer qualifies for PSLF, use our employer search tool.

## New Rules for Qualifying Payments

Under the new temporary rules, any prior period of repayment will count as a qualifying payment, regardless of loan program, repayment plan, or whether the payment was made in full or on time. But you do continue to need qualifying employment.



EXHIBIT H

This change will apply to borrowers with Direct Loans, those who have already consolidated into the Direct Loan Program, and those who consolidate into the Direct Loan Program by Oct. 31, 2022.

Periods of repayment on parent PLUS loans are not eligible under the limited PSLF waiver. See below for more information about how this might (or might not) affect you.

Requirements to receive additional qualifying payments:

---

**Full-time Employment**

You must have worked full time for a qualifying employer during the calendar month you were also in repayment on your loan. You can receive credit only for periods of repayment after Oct. 1, 2007, when the PSLF Program began. If you haven't done so already, you must file a *Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification & Application* (PSLF form) for any period where you are seeking additional credit toward PSLF.

---

**Loan Consolidation**

If you have Federal Family Education Loan (FFEL) Program loans, Federal Perkins Loans, or other types of federal student loans that are not Direct Loans (for example, those from older loan programs, such as Federally Insured Student Loans [FISL] or National Defense Student Loans [NDSL]), you must consolidate those loans into the Direct Loan program by Oct. 31, 2022. **Pro tip:** You can log in to Aid Summary to find out how many and what types of loans you have.

---

## Which PSLF Requirements Are Waived

Here's what's changed and what's unchanged as of Oct. 6, 2021.

| Normal PSLF Requirements | Changes Until Oct. 31, 2022 |
|---|---|
| • Receive credit only on Direct Loans<br>• Repay under the 10-year Standard Plan or an income-driven repayment plan<br>• Make on-time payments<br>• Need to be employed fulltime for a qualifying employer in order to receive credit<br>• Must work for a qualifying employer at the time of application and forgiveness<br>• If you got Teacher Loan Forgiveness, the period of service that led to your eligibility cannot also count toward PSLF | • Receive credit for periods of repayment on Direct, FFEL, or Perkins Loans<br>• Periods of repayment under any plan count<br>• Periods of repayment on loans before consolidation count, even if on the wrong repayment plan<br>• Periods of repayment where payments were late or for less than the amount due also count<br>• Periods of repayment on loans before consolidation count, even if paid late or for less than the amount due<br>• Can get forgiveness even if not employed or not employed by a qualifying employer at the time of application and forgiveness<br>• If you got Teacher Loan Forgiveness, the period of service that led to your eligibility can count toward PSLF if you certify PSLF employment for that period |

---

**Unchanged Requirements**

- Making 120 qualifying payments or the equivalent

- Being employed by government, 501(c)(3) not-for-profit, or other not-for-profit organization that provides a qualifying service*

- Working full time

- Having Direct Loans or consolidating into Direct Consolidation Loans

- Certifying qualifying employment for the periods you seek credit toward PSLF

*Employment at a for-profit organization does not qualify

## How to Find Out If You Qualify for Additional Payments

The action you need to take will depend on the types of loans you have outstanding. Find out what types of loans you have.

- **Visit Aid Summary** (you'll be asked to log in to your account in order to view the page).

- Scroll down to the Loan Breakdown section.

  In the Loan Breakdown section, you'll see a list of each loan you took out, even those you paid off or consolidated into a new loan.

  If you expand View Loans, then select the View Loan Details arrow next to a loan, you'll see a more detailed name for that loan. Direct Loans begin with the word "Direct." Federal Family Education Loan Program loans start with "FFEL." Perkins Loans include the word "Perkins" in the name. Parent PLUS loans are not eligible under the limited PSLF waiver.

- Once you know what types of loans you have, read on to see what you can do to get additional qualifying payments.

## Next Steps: How to See If You Qualify

Once you know the type of loans you have, read on to see what you can do to get additional qualifying payments.

| I have at least one outstanding FFEL Program loan, Federal Perkins Loan, or uncommon older federal student loan. | ⌄ |
|---|---|

| I have a Direct Loan but have not submitted an Employment Certification Form (ECF) or PSLF form. | ⌄ |
|---|---|

| I have a Direct Loan and have already submitted an ECF or PSLF form. | ⌄ |
|---|---|

## Q&As

Please read the following question and answer section to help you understand this limited PSLF opportunity.

| Why can I get credit for payments now even though I was ineligible before? | ⌄ |
|---|---|

| Why do I have to consolidate my loans or file a PSLF form by Oct. 31, 2022? | ⌄ |
|---|---|

| I got a letter from MOHELA with updated qualifying payment counts. Does this include those related to the limited PSLF waiver? | ⌄ |
|---|---|

| How does ED know that I want to get PSLF credit under the waiver? What prompts ED to review my account? | ⌄ |
|---|---|

| When can I expect to see a change in my qualifying payment count? | ⌄ |
|---|---|

| My consolidation loan was just disbursed and the employment certification on my PSLF form was just approved. How long will it take for my payment counts to be updated? |  |
|---|---|

EXHIBIT I
Letter, dtd. December 2021

December 21, 2021

To whom it may concern;

I am a military service member and also a borrower working in public service. I am and have at all relevant times been eligible for the Public Service Loan Forgiveness (PSLF) program and for Income-Based Repayment (IBR), which is a subset of Income-Driven Repayment (IDR) plans. You (PHEAA and its subsidiaries, employees, or agents acting on behalf of PHEA) have violated applicable federal and state laws and substantially interfered with my right as a borrower to alternative payment arrangements, loan forgiveness, and other financial benefits, as described in more detail below. **I demand that you:**

1. **Credit my account in the amount of $32,398.54** ($9,495.80 + $22,902.74):

   a) The amount of $9,495.80 reflects the payments and interest capitalization you charged to my account between July and October 2016, which you were legally required to credit back to my account;

   b) The $22,902.74 reflects the difference between the payment you charged for January 2020 ($1,583.84) and the monthly payment amount due under IBR ($162.26), plus the amount you added to the principal balance on my account in January 2020, noted as interest capitalization ($21,481.16). These charges resulted from your failure to timely process the IBR paperwork I submitted in September 2019. You contacted me regarding my IBR plan on or about December 4 2019, stating "Your payments could increase! Act now." In response to my immediate reply you stated: "We received your complete request for an Income-Driven Repayment (IDR) plan on September 20, 2019. Once your request is processed, we will send you a notice with the results." Although I acted immediately in response to your messages to me, you failed to timely compete processing of my paperwork and as a result I was charged the higher monthly payment amount, and the additional amount you charged, which you noted as interest capitalization, increasing my total outstanding balance.

2. **Update all credit reporting agencies and verify that the outstanding balance reflected on credit reports is lowered by $32,398.54; and pay me a lump sum of $25,000**:

   a) The $32,398.4 reflects the total amount you are to credit to my account.

   b) The $25,000 reflects compensation in the amount of $5,000 for each of the five years beginning in 2017 and ending in 2021 during which you incorrectly reported the outstanding balance on my accounts to credit reporting agencies.

3. **Guarantee at least 103 payments will count as qualifying payments for PSLF through December 2021; and agree to make any payments due as a result of any delay, rejection, or question as to the qualification for PSLF of any qualifying payments I make until the expiration of your extended contract with the Department of Education in December 2022** (48+3+37+15=103; + 12 (contract extension) = 115):

   a) You have previously stated that through July 2017 I have made 48 qualifying payments on loans 1, 2, 3, 4, and 9; and 49 qualifying payments on loans 5, 6, 7, 9, 10, and 11. For the sake of simplicity, this is rounded down to 48.

   b) You deemed three payments ineligible (December 2019, November 2016, and April 2014) because no bill was due for the payment period, and one payment (January 2015) ineligible because payment was received outside the payment window. However, I was on active duty military service during each of these months, except November 2016. Therefore, under the updated PSLF rules, at least three of these payments qualify for PSLF.

c)  In September 2020, I submitted paperwork verifying my active duty military service for the months listed below, but you have not yet accounted for the months from August 2017 – September 2020 (37 months):

    i  Previously certified periods of active duty military service:
        (1)  June – October 2013
        (2)  March – December 2014
        (3)  February – September 2015
        (4)  February – October 2016
    ii  Employment certification forms I submitted, but you have failed to process:
        (1)  August 2017 – September 2020 (37 months)

d)  I continue to serve on active duty and will remain on active duty through December 2021. I have submitted employment certification forms to certify the months since September 2020, and I will continue to submit certification forms to make sure that I document my eligibility for each month of qualifying employment for purposes of PSLF. Through December 2021, that is an additional 15 months beyond September 2020. This brings the total qualifying payments during the time you act as my loan servicer to 103. (48+3+37+15=103)

e)  You will no longer be servicing my student loans after expiration of your contract with the Department of Education (DoE) in December 2021; which according to a press release you published on November 10, 2021, has been extended for another year. Consequently, I may not be able to seek redress from you after expiration of the extended term of your contract with DoE in December 2022. Loan forgiveness under PSLF occurs after 120 qualifying payments. Therefore, I will be eligible for loan forgiveness after making 17 otherwise qualifying payments beyond the 103 qualifying payments through December 2021 during which time you act as servicer of my loans, and during which time I continue to make my monthly payments while serving on active duty military orders. That will be approximately 6 months after your extended contract with DoE expires.

f)  If, after I have made 17 additional otherwise qualifying payments (beyond the December 2021 payment) and applied for loan forgiveness, any of the qualifying payments I made while you were my loan servicer is questioned or rejected as a qualifying payment for purposes of PSLF, you will make as many additional payments on my behalf as is equal to the number of payments that have been questioned, rejected, or otherwise caused delay to forgiveness of my loans. You need not make any payments if none of the 103 payments is rejected, but other payments are rejected.

Please contact me at ▮▮▮▮▮▮▮▮▮▮ at your earliest convenience to discuss the specific time-frame and manner for your compliance with the above requests.

Sincerely,

Christian Wellisch

EXHIBIT J

Email from FedLoan's Counsel dtd. March 8, 2022

EXHIBIT J



## PHEAA/FLS

1 me age

**Bradley, Donald** <D.Bradley@musickpeeler.com>                    Tue, Mar 8, 2022 at 8:16 AM
To: Chris ██████████

Captain Wellisch—as you may recall, I was the attorney for PHEAA in connection with your prior litigation against PHEAA. PHEAA ha learned that you filed  and hortly thereafter di mi ed  a new law uit again t PHEAA o our knowledge the complaint was never served, but I have reviewed it and PHEAA has asked me to reach out to you to inquire whether there are any issues with your student loans with which you would like assistance.

If so, please feel free to email or call me and I can put you directly in touch with the appropriate PHEAA representative(s). I hope you are well.

**Donald E. Bradley**
*Partner*



Mus ck, Pee er & Garrett LLP
650 Town Center Dr ve Su te 1200
osta Mesa, a fo n a 92626 1925

Down oad V-Card
d brad ey@mus ckpee er com
www mus c pee e com

T (714) 668-2447
(714) 668 2490

**Los Angeles   Orange County   San Diego   San Francisco   Ventura County**

Th s e-ma s confident a and may conta n attorney c ent or otherw se pr v eged or pr vate nformat on Un ess you are an ntended or author zed rec p ent, you may not use, copy or d sc ose th s message or any nformat on conta ned here n f you have rece ved th s message n error, p ease adv se us by rep y ema to adm n strator@mus ckpee er com and de ete the message and any attachments Thank you

EXHIBIT K
Decl'n of Shannon Wurmb

EXHIBIT K

1

**MUSICK, PEELER & GARRETT LLP**

2
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626-1925
Telephone (714) 668-2400

3
Facsimile (714) 668-2490

Donald E. Bradley (State Bar No. 145037)

4
*d.bradley@musickpeeler.com*

5

Attorneys for Defendant PENNSYLVANIA HIGHER
EDUCATION ASSISTANCE AGENCY

6

ELECTRONICALLY FILED BY
Superior Court of California,
County of Monterey
On 7/1/2022 5:05 PM
By: Breean Boatwright, Deputy

7

8

9
**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10
**COUNTY OF LOS ANGELES, CENTRAL DISTRICT**

11

| | |
|---|---|
| Christian Wellisch, | Case No. 22CV001497 |
| Petitioner, | Hon. Julie R. Culver, Department 13 |
| vs. | **DECLARATION OF SHANNON WURMB IN SUPPORT OF RESPONSE OF PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY TO PETITION FOR RELIEF FROM FINANCIAL OBLIGATION DURING MILITARY SERVICE** |
| Pennsylvania Higher Education Assistance Agency, | |
| Respondent. | |
| | **Date: July 8, 2022** |
| | **Time: 8:30 a.m.** |
| | **Dept.: 13** |
| | Action Filed: May 31, 2022 |

22
I, Shannon Wurmb, hereby declare as follows:

23
1.      I am a Production Support Analyst at PHEAA.

24
2.      I have reviewed Wellisch's Petition for Relief from Financial Obligation During

25
Military service.  I have also reviewed Wellisch's Complaint he filed and dismissed in December,

26
2020.  The allegations in these documents are similar.

27
3.      I have analyzed PHEAA's internal records regarding Wellisch's account and have

28
personal knowledge of PHEAA's interactions with Wellisch regarding his account.

**MUSICK, PEELER**
**& GARRETT LLP**

DECLARATION OF SHANNON WURMB IN SUPPORT OF RESPONSE OF PHEAA TO PETITION FOR
RELIEF FROM FINANCIAL OBLIGATION DURING MILITARY SERVICE

EXHIBIT K

4.      PHEAA complied with the Court's Order to refund Wellisch $9,495.80. Specifically, PHEAA reversed capitalized interest on Wellisch's account in the amount of $5,295.08.  Further, PHEAA issued Wellisch three checks on January 30, 2018 in the amounts of $1,400.92, $1,400.92, and $1,400.93, for a total of $4,202.77.  These checks, combined with the $5,295.08, total $9,497.85, slightly above the amount required to be paid pursuant to the Court Order.

5.      The capitalization of $22,902.74 in interest was due to Wellisch's failure in 2019 to submit a completed Income-Driven Repayment recertification request.  The actual amount of recapitalized interest was $21,481.16.  In any event, the majority of this amount was discharged via a limited waiver with effective dates of May and July 2018.  The adjusted amount of interest that capitalized on January 1, 2020 is $2,669.27.

I declare under penalty of perjury pursuant to the laws of the States of California and Pennsylvania that the foregoing is true and correct.  Executed this  1     day of July, 2022, at Harrisburg, Pennsylvania.

Shannon Wurmb

MUSICK, PEELER
& GARRETT LLP

2000407.1

1

DECLARATION OF SHANNON WURMB IN SUPPORT OF RESPONSE OF PHEAA TO PETITION FOR
RELIEF FROM FINANCIAL OBLIGATION DURING MILITARY SERVICE

EXHIBIT L
FedLoan's Record of Loan Transactions
L-1: dtd. December 27, 2020
L-2: dtd. July 14, 2022

EXHIBIT L-1

(return to chart)

**FedLoan Servicing (A Department of Education Servicer) Transaction History as of 10/27/2020.**

Note: When importing this document to other software please remove the first two rows.

| Effective Date | Loan Type | Transaction Type | Amount | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| 03/10/2020 | All Loans | Payment | $25.20 | $25.20 | $0.00 | $176,210.41 |
| 03/10/2020 | All Loans | Payment | $57.19 | $57.19 | $0.00 | $176,210.41 |
| 02/10/2020 | All Loans | Payment | $57.19 | $57.19 | $0.00 | $176,210.41 |
| 02/10/2020 | All Loans | Payment | $25.20 | $25.20 | $0.00 | $176,210.41 |
| 01/10/2020 | All Loans | Payment | $468.38 | $54.98 | $413.40 | $176,210.41 |
| 01/10/2020 | All Loans | Payment | $1,115.46 | $173.81 | $941.65 | $176,623.81 |
| 01/01/2020 | All Loans | Interest Capitalizatio | $0.00 | $21,481.16 | +$21,481.16 | $177,565.46 |
| 11/10/2019 | All Loans | Payment | $112.64 | $112.64 | $0.00 | $156,084.30 |
| 11/10/2019 | All Loans | Payment | $49.62 | $49.62 | $0.00 | $156,084.30 |
| 10/10/2019 | All Loans | Payment | $112.64 | $112.64 | $0.00 | $156,084.30 |
| 10/10/2019 | All Loans | Payment | $49.62 | $49.62 | $0.00 | $156,084.30 |
| 09/10/2019 | All Loans | Payment | $112.64 | $112.64 | $0.00 | $156,084.30 |
| 09/10/2019 | All Loans | Payment | $49.62 | $49.62 | $0.00 | $156,084.30 |
| 08/10/2019 | All Loans | Payment | $162.26 | $162.26 | $0.00 | $156,084.30 |
| 07/10/2019 | All Loans | Payment | $162.26 | $162.26 | $0.00 | $156,084.30 |
| 06/10/2019 | All Loans | Payment | $162.26 | $162.26 | $0.00 | $156,084.30 |
| 05/10/2019 | All Loans | Payment | $162.26 | $162.26 | $0.00 | $156,084.30 |
| 04/10/2019 | All Loans | Payment | $162.26 | $162.26 | $0.00 | $156,084.30 |
| 03/10/2019 | All Loans | Payment | $162.26 | $162.26 | $0.00 | $156,084.30 |
| 02/10/2019 | All Loans | Payment | $162.26 | $162.26 | $0.00 | $156,084.30 |
| 01/10/2019 | All Loans | Payment | $162.26 | $162.26 | $0.00 | $156,084.30 |
| 12/10/2018 | All Loans | Payment | $90.21 | $90.21 | $0.00 | $156,084.30 |
| 11/10/2018 | All Loans | Payment | $90.21 | $90.21 | $0.00 | $156,084.30 |
| 10/10/2018 | All Loans | Payment | $90.21 | $90.21 | $0.00 | $156,084.30 |
| 09/10/2018 | All Loans | Payment | $90.21 | $90.21 | $0.00 | $156,084.30 |
| 08/10/2018 | All Loans | Payment | $90.21 | $90.21 | $0.00 | $156,084.30 |
| 07/10/2018 | All Loans | Payment | $90.21 | $90.21 | $0.00 | $156,084.30 |
| 06/10/2018 | All Loans | Payment | $90.21 | $90.21 | $0.00 | $156,084.30 |
| 05/10/2018 | All Loans | Payment | $90.21 | $90.21 | $0.00 | $156,084.30 |
| 04/10/2018 | All Loans | Payment | $90.21 | $90.21 | $0.00 | $156,084.30 |
| 03/10/2018 | All Loans | Payment | $90.21 | $90.21 | $0.00 | $156,084.30 |
| 02/10/2018 | All Loans | Payment | $90.21 | $90.21 | $0.00 | $156,084.30 |
| 01/10/2018 | All Loans | Payment | $90.21 | $90.21 | $0.00 | $156,084.30 |
| 12/10/2017 | All Loans | Payment | $90.21 | $90.21 | $0.00 | $156,084.30 |
| 11/10/2017 | All Loans | Payment | $131.87 | $131.87 | $0.00 | $156,084.30 |
| 10/10/2017 | All Loans | Payment | $131.87 | $131.87 | $0.00 | $156,084.30 |
| 09/10/2017 | All Loans | Payment | $131.87 | $131.87 | $0.00 | $156,084.30 |
| 08/10/2017 | All Loans | Payment | $131.87 | $131.87 | $0.00 | $156,084.30 |
| 07/10/2017 | All Loans | Payment | $131.87 | $131.87 | $0.00 | $156,084.30 |
| 06/10/2017 | All Loans | Payment | $131.87 | $131.87 | $0.00 | $156,084.30 |
| 05/10/2017 | All Loans | Payment | $131.87 | $131.87 | $0.00 | $156,084.30 |

EXHIBIT L-1

| Effective Date | Loan Type | Transaction Type | Amount | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| 04/10/2017 | All Loans | Payment | $131.87 | $131.87 | $0.00 | $156,084.30 |
| 03/10/2017 | All Loans | Payment | $131.87 | $131.87 | $0.00 | $156,084.30 |
| 02/10/2017 | All Loans | Payment | $131.87 | $131.87 | $0.00 | $156,084.30 |
| 01/10/2017 | All Loans | Payment | $131.87 | $131.87 | $0.00 | $156,084.30 |
| 12/10/2016 | All Loans | Payment | $131.87 | $131.87 | $0.00 | $156,084.30 |
| 12/01/2016 | All Loans | Interest Capitalizatio | $0.00 | $4,260.92 | +$4,260.92 | $156,084.30 |
| 10/10/2016 | All Loans | Payment | $1,400.93 | $1,094.91 | $306.02 | $151,823.38 |
| 10/10/2016 | All Loans | Payment | $182.91 | $182.41 | $0.50 | $152,129.40 |
| 09/10/2016 | All Loans | Payment | $1,400.92 | $1,301.99 | $98.93 | $152,129.90 |
| 09/10/2016 | All Loans | Payment | $182.92 | $182.53 | $0.39 | $152,228.83 |
| 08/10/2016 | All Loans | Payment | $1,400.92 | $1,380.53 | $20.39 | $152,229.22 |
| 08/10/2016 | All Loans | Payment | $182.92 | $182.54 | $0.38 | $152,249.61 |
| 07/10/2016 | All Loans | Payment | $182.92 | $182.46 | $0.46 | $152,249.99 |
| 06/10/2016 | All Loans | Payment | $182.92 | $182.55 | $0.37 | $152,250.45 |
| 05/10/2016 | All Loans | Payment | $182.92 | $182.46 | $0.46 | $152,250.82 |
| 04/10/2016 | All Loans | Payment | $182.92 | $182.55 | $0.37 | $152,251.28 |
| 04/01/2016 | All Loans | Interest Subsidy | $139.32 | $139.32 | $0.00 | $152,251.65 |
| 03/10/2016 | All Loans | Payment | $182.92 | $182.37 | $0.55 | $152,251.65 |
| 03/10/2016 | All Loans | Interest Subsidy | $5.92 | $5.92 | $0.00 | $152,252.20 |
| 03/01/2016 | All Loans | Interest Subsidy | $126.39 | $126.39 | $0.00 | $152,252.20 |
| 02/10/2016 | All Loans | Payment | $182.92 | $182.55 | $0.37 | $152,252.20 |
| 02/10/2016 | All Loans | Interest Subsidy | $7.88 | $7.88 | $0.00 | $152,252.57 |
| 02/01/2016 | All Loans | Interest Subsidy | $150.09 | $150.09 | $0.00 | $152,252.57 |
| 01/10/2016 | All Loans | Payment | $182.92 | $182.55 | $0.37 | $152,252.57 |
| 01/10/2016 | All Loans | Interest Subsidy | $10.32 | $10.32 | $0.00 | $152,252.94 |
| 01/01/2016 | All Loans | Interest Subsidy | $150.55 | $150.55 | $0.00 | $152,252.94 |
| 12/10/2015 | All Loans | Payment | $182.92 | $182.47 | $0.45 | $152,252.94 |
| 12/10/2015 | All Loans | Interest Subsidy | $10.45 | $10.45 | $0.00 | $152,253.39 |
| 12/01/2015 | All Loans | Interest Subsidy | $143.59 | $143.59 | $0.00 | $152,253.39 |
| 11/10/2015 | All Loans | Payment | $182.92 | $182.56 | $0.36 | $152,253.39 |
| 11/10/2015 | All Loans | Interest Subsidy | $10.45 | $10.45 | $0.00 | $152,253.75 |
| 11/01/2015 | All Loans | Interest Subsidy | $150.55 | $150.55 | $0.00 | $152,253.75 |
| 10/10/2015 | All Loans | Payment | $182.92 | $182.47 | $0.45 | $152,253.75 |
| 10/10/2015 | All Loans | Interest Subsidy | $10.45 | $10.45 | $0.00 | $152,254.20 |
| 10/01/2015 | All Loans | Interest Subsidy | $133.28 | $133.28 | $0.00 | $152,254.20 |
| 09/10/2015 | All Loans | Payment | $182.92 | $182.56 | $0.36 | $152,254.20 |
| 09/10/2015 | All Loans | Interest Subsidy | $6.03 | $6.03 | $0.00 | $152,254.56 |
| 09/01/2015 | All Loans | Interest Subsidy | $139.75 | $139.75 | $0.00 | $152,254.56 |
| 08/10/2015 | All Loans | Payment | $182.92 | $182.56 | $0.36 | $152,254.56 |
| 08/10/2015 | All Loans | Interest Subsidy | $6.03 | $6.03 | $0.00 | $152,254.92 |
| 08/01/2015 | All Loans | Interest Subsidy | $139.75 | $139.75 | $0.00 | $152,254.92 |
| 07/10/2015 | All Loans | Payment | $182.92 | $182.48 | $0.44 | $152,254.92 |
| 07/10/2015 | All Loans | Interest Subsidy | $6.03 | $6.03 | $0.00 | $152,255.36 |

EXHIBIT L-1

| Effective Date | Loan Type | Transaction Type | Amount | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| 07/01/2015 | All Loans | Interest Subsidy | $0.00 | $0.00 | $0.00 | $152,255.36 |
| 06/10/2015 | All Loans | Payment | $1,580.15 | $677.25 | $902.90 | $152,255.36 |
| 05/17/2015 | All Loans | Rebate Adjustment | +$73.00 | $0.00 | +$73.00 | $153,158.26 |
| 05/10/2015 | All Loans | Payment | $1,583.84 | $308.92 | $1,274.92 | $153,085.26 |
| 05/01/2015 | All Loans | Interest Capitalizatio | $0.00 | $6,886.94 | +$6,886.94 | $154,360.18 |
| 05/01/2015 | All Loans | Interest Subsidy | $138.97 | $138.97 | $0.00 | $147,473.24 |
| 04/10/2015 | All Loans | Payment | $19.78 | $19.78 | $0.00 | $147,473.24 |
| 04/10/2015 | All Loans | Interest Subsidy | $52.72 | $52.72 | $0.00 | $147,473.24 |
| 04/01/2015 | All Loans | Interest Subsidy | $99.60 | $99.60 | $0.00 | $147,473.24 |
| 03/17/2015 | All Loans | Payment | $19.78 | $19.78 | $0.00 | $147,473.24 |
| 03/17/2015 | All Loans | Interest Subsidy | $104.39 | $104.39 | $0.00 | $147,473.24 |
| 03/01/2015 | All Loans | Interest Subsidy | $180.58 | $180.58 | $0.00 | $147,473.24 |
| 02/03/2015 | All Loans | Payment | $39.56 | $39.56 | $0.00 | $147,473.24 |
| 02/03/2015 | All Loans | Interest Subsidy | $7.22 | $7.22 | $0.00 | $147,473.24 |
| 02/01/2015 | All Loans | Interest Subsidy | $223.97 | $223.97 | $0.00 | $147,473.24 |
| 01/01/2015 | All Loans | Interest Subsidy | $223.97 | $223.97 | $0.00 | $147,473.24 |
| 12/01/2014 | All Loans | Interest Subsidy | $74.44 | $74.44 | $0.00 | $147,473.24 |
| 11/21/2014 | All Loans | Payment | $28.24 | $28.24 | $0.00 | $147,473.24 |
| 11/21/2014 | All Loans | Interest Subsidy | $142.09 | $142.09 | $0.00 | $147,473.24 |
| 11/01/2014 | All Loans | Interest Subsidy | $223.97 | $223.97 | $0.00 | $147,473.24 |
| 10/01/2014 | All Loans | Interest Subsidy | $14.86 | $14.86 | $0.00 | $147,473.24 |
| 09/29/2014 | All Loans | Payment | $30.00 | $30.00 | $0.00 | $147,473.24 |
| 09/29/2014 | All Loans | Interest Subsidy | $201.66 | $201.66 | $0.00 | $147,473.24 |
| 09/01/2014 | All Loans | Interest Subsidy | $223.97 | $223.97 | $0.00 | $147,473.24 |
| 08/01/2014 | All Loans | Interest Subsidy | $223.97 | $223.97 | $0.00 | $147,473.24 |
| 07/01/2014 | All Loans | Interest Subsidy | $216.55 | $216.55 | $0.00 | $147,473.24 |
| 06/01/2014 | All Loans | Interest Subsidy | $156.99 | $156.99 | $0.00 | $147,473.24 |
| 05/07/2014 | All Loans | Payment | $100.00 | $100.00 | $0.00 | $147,473.24 |
| 04/01/2014 | All Loans | Interest Capitalizatio | $0.00 | $6,072.93 | +$6,072.93 | $147,473.24 |
| 04/01/2014 | All Loans | Interest Subsidy | $230.79 | $230.79 | $0.00 | $141,400.31 |
| 03/01/2014 | All Loans | Interest Subsidy | $208.48 | $208.48 | $0.00 | $141,400.31 |
| 02/01/2014 | All Loans | Interest Subsidy | $230.79 | $230.79 | $0.00 | $141,400.31 |
| 01/01/2014 | All Loans | Interest Subsidy | $230.79 | $230.79 | $0.00 | $141,400.31 |
| 12/01/2013 | All Loans | Interest Subsidy | $223.37 | $223.37 | $0.00 | $141,400.31 |
| 11/01/2013 | All Loans | Interest Subsidy | $230.79 | $230.79 | $0.00 | $141,400.31 |
| 10/01/2013 | All Loans | Interest Subsidy | $223.37 | $223.37 | $0.00 | $141,400.31 |
| 09/01/2013 | All Loans | Interest Subsidy | $230.79 | $230.79 | $0.00 | $141,400.31 |
| 08/01/2013 | All Loans | Interest Subsidy | $230.79 | $230.79 | $0.00 | $141,400.31 |
| 07/01/2013 | All Loans | Interest Subsidy | $223.37 | $223.37 | $0.00 | $141,400.31 |
| 06/01/2013 | All Loans | Interest Subsidy | $230.79 | $230.79 | $0.00 | $141,400.31 |
| 05/01/2013 | All Loans | Interest Subsidy | $223.37 | $223.37 | $0.00 | $141,400.31 |
| 04/01/2013 | All Loans | Interest Capitalizatio | $0.00 | $5,052.80 | +$5,052.80 | $141,400.31 |
| 04/01/2013 | All Loans | Interest Subsidy | $0.00 | $0.00 | $0.00 | $136,347.51 |

EXHIBIT L-1

| Effective Date | Loan Type | Transaction Type | Amount | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| 11/09/2012 | All Loans | Payment | $528.98 | $522.49 | $6.49 | $136,347.51 |
| 09/28/2012 | All Loans | Interest Capitalizatio | $0.00 | $3,618.71 | +$3,618.71 | $136,354.00 |
| 09/14/2012 | All Loans | Balance Adjustment | $119.10 | $119.10 | $0.00 | $132,735.29 |
| 09/14/2012 | All Loans | Disbursement | +$27,100.16 | +$799.01 | +$26,301.15 | $132,735.29 |
| 07/27/2012 | All Loans | Balance Adjustment | $6.66 | $6.66 | $0.00 | $106,434.14 |
| 07/27/2012 | All Loans | Disbursement | +$30,843.75 | +$1,272.88 | +$29,570.87 | $106,434.14 |
| 06/27/2012 | All Loans | Balance Adjustment | $6.67 | $6.67 | $0.00 | $76,863.27 |
| 06/27/2012 | All Loans | Balance Adjustment | $7.41 | $7.41 | $0.00 | $76,863.27 |
| 06/27/2012 | All Loans | Balance Adjustment | $4.67 | $4.67 | $0.00 | $76,863.27 |
| 06/27/2012 | All Loans | Balance Adjustment | $5.24 | $5.24 | $0.00 | $76,863.27 |
| 06/27/2012 | All Loans | Disbursement | +$62,879.17 | +$972.08 | +$61,907.09 | $76,863.27 |
| 02/13/2012 | All Loans | Disbursement | +$5,025.00 | $0.00 | +$5,000.00 | $14,956.18 |
| 06/10/2011 | All Loans | Interest Capitalizatio | $0.00 | $298.18 | +$298.18 | $9,956.18 |
| 08/18/2010 | All Loans | Disbursement | +$9,706.00 | $0.00 | +$9,658.00 | $9,658.00 |

EXHIBIT L-2

(return to chart)



A Department of
Education Servicer

**FedLoan Servicing (A Department of Education Servicer) Transaction History as of 07/14/2022.**

Note: When importing this document to other software please remove the first five rows.

Name: **CHRISTIAN D WELLISCH**

Account Number: **4803567678**

Re: **CHRISTIAN D WELLISCH**

| Effective Date | Loan Type | Transaction Type | Amount | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| 03/10/2020 | All Loans | Payment | $9.16 | $9.16 | $0.00 | $19,872.07 |
| 02/10/2020 | All Loans | Payment | $9.16 | $9.16 | $0.00 | $19,872.07 |
| 01/10/2020 | All Loans | Payment | $186.64 | $28.31 | $158.33 | $19,872.07 |
| 01/01/2020 | All Loans | Interest Capitalizatio | $0.00 | $2,669.27 | +$2,669.27 | $20,030.40 |
| 11/10/2019 | All Loans | Payment | $18.05 | $18.05 | $0.00 | $17,361.13 |
| 10/10/2019 | All Loans | Payment | $18.05 | $18.05 | $0.00 | $17,361.13 |
| 09/10/2019 | All Loans | Payment | $18.05 | $18.05 | $0.00 | $17,361.13 |
| 08/10/2019 | All Loans | Payment | $18.05 | $18.05 | $0.00 | $17,361.13 |
| 07/10/2019 | All Loans | Payment | $18.05 | $18.05 | $0.00 | $17,361.13 |
| 06/10/2019 | All Loans | Payment | $18.05 | $18.05 | $0.00 | $17,361.13 |
| 05/10/2019 | All Loans | Payment | $18.05 | $18.05 | $0.00 | $17,361.13 |
| 04/10/2019 | All Loans | Payment | $18.05 | $18.05 | $0.00 | $17,361.13 |
| 03/10/2019 | All Loans | Payment | $18.05 | $18.05 | $0.00 | $17,361.13 |
| 02/10/2019 | All Loans | Payment | $18.05 | $18.05 | $0.00 | $17,361.13 |
| 01/10/2019 | All Loans | Payment | $18.05 | $18.05 | $0.00 | $17,361.13 |
| 12/10/2018 | All Loans | Payment | $10.05 | $10.05 | $0.00 | $17,361.13 |
| 11/10/2018 | All Loans | Payment | $10.05 | $10.05 | $0.00 | $17,361.13 |
| 10/10/2018 | All Loans | Payment | $10.05 | $10.05 | $0.00 | $17,361.13 |
| 09/10/2018 | All Loans | Payment | $10.05 | $10.05 | $0.00 | $17,361.13 |
| 08/10/2018 | All Loans | Payment | $10.05 | $10.05 | $0.00 | $17,361.13 |
| 07/31/2018 | All Loans | Write-Off | $25,192.18 | $1,962.10 | $23,230.08 | $17,361.13 |
| 07/10/2018 | All Loans | Payment | $23.56 | $23.56 | $0.00 | $40,591.21 |
| 06/10/2018 | All Loans | Payment | $23.56 | $23.56 | $0.00 | $40,591.21 |
| 05/31/2018 | All Loans | Write-Off | $123,300.57 | $7,807.48 | $115,493.09 | $40,591.21 |
| 05/10/2018 | All Loans | Payment | $90.21 | $90.21 | $0.00 | $156,084.30 |
| 04/10/2018 | All Loans | Payment | $90.21 | $90.21 | $0.00 | $156,084.30 |
| 03/10/2018 | All Loans | Payment | $90.21 | $90.21 | $0.00 | $156,084.30 |
| 02/10/2018 | All Loans | Payment | $90.21 | $90.21 | $0.00 | $156,084.30 |
| 01/10/2018 | All Loans | Payment | $90.21 | $90.21 | $0.00 | $156,084.30 |
| 12/10/2017 | All Loans | Payment | $90.21 | $90.21 | $0.00 | $156,084.30 |
| 11/10/2017 | All Loans | Payment | $131.87 | $131.87 | $0.00 | $156,084.30 |
| 10/10/2017 | All Loans | Payment | $131.87 | $131.87 | $0.00 | $156,084.30 |
| 09/10/2017 | All Loans | Payment | $131.87 | $131.87 | $0.00 | $156,084.30 |
| 08/10/2017 | All Loans | Payment | $131.87 | $131.87 | $0.00 | $156,084.30 |
| 07/10/2017 | All Loans | Payment | $131.87 | $131.87 | $0.00 | $156,084.30 |
| 06/10/2017 | All Loans | Payment | $131.87 | $131.87 | $0.00 | $156,084.30 |
| 05/10/2017 | All Loans | Payment | $131.87 | $131.87 | $0.00 | $156,084.30 |
| 04/10/2017 | All Loans | Payment | $131.87 | $131.87 | $0.00 | $156,084.30 |

EXHIBIT L-2

| Effective Date | Loan Type | Transaction Type | Amount | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| 03/10/2017 | All Loans | Payment | $131.87 | $131.87 | $0.00 | $156,084.30 |
| 02/10/2017 | All Loans | Payment | $131.87 | $131.87 | $0.00 | $156,084.30 |
| 01/10/2017 | All Loans | Payment | $131.87 | $131.87 | $0.00 | $156,084.30 |
| 12/10/2016 | All Loans | Payment | $131.87 | $131.87 | $0.00 | $156,084.30 |
| 12/01/2016 | All Loans | Interest Capitalizatio | $0.00 | $4,260.92 | +$4,260.92 | $156,084.30 |
| 10/10/2016 | All Loans | Payment | $1,400.93 | $1,094.91 | $306.02 | $151,823.38 |
| 10/10/2016 | All Loans | Payment | $182.91 | $182.41 | $0.50 | $152,129.40 |
| 09/10/2016 | All Loans | Payment | $1,400.92 | $1,301.99 | $98.93 | $152,129.90 |
| 09/10/2016 | All Loans | Payment | $182.92 | $182.53 | $0.39 | $152,228.83 |
| 08/10/2016 | All Loans | Payment | $1,400.92 | $1,380.53 | $20.39 | $152,229.22 |
| 08/10/2016 | All Loans | Payment | $182.92 | $182.54 | $0.38 | $152,249.61 |
| 07/10/2016 | All Loans | Payment | $182.92 | $182.46 | $0.46 | $152,249.99 |
| 06/10/2016 | All Loans | Payment | $182.92 | $182.55 | $0.37 | $152,250.45 |
| 05/10/2016 | All Loans | Payment | $182.92 | $182.46 | $0.46 | $152,250.82 |
| 04/10/2016 | All Loans | Payment | $182.92 | $182.55 | $0.37 | $152,251.28 |
| 04/01/2016 | All Loans | Interest Subsidy | $139.32 | $139.32 | $0.00 | $152,251.65 |
| 03/10/2016 | All Loans | Payment | $182.92 | $182.37 | $0.55 | $152,251.65 |
| 03/10/2016 | All Loans | Interest Subsidy | $5.92 | $5.92 | $0.00 | $152,252.20 |
| 03/01/2016 | All Loans | Interest Subsidy | $126.39 | $126.39 | $0.00 | $152,252.20 |
| 02/10/2016 | All Loans | Payment | $182.92 | $182.55 | $0.37 | $152,252.20 |
| 02/10/2016 | All Loans | Interest Subsidy | $7.88 | $7.88 | $0.00 | $152,252.57 |
| 02/01/2016 | All Loans | Interest Subsidy | $150.09 | $150.09 | $0.00 | $152,252.57 |
| 01/10/2016 | All Loans | Payment | $182.92 | $182.55 | $0.37 | $152,252.57 |
| 01/10/2016 | All Loans | Interest Subsidy | $10.32 | $10.32 | $0.00 | $152,252.94 |
| 01/01/2016 | All Loans | Interest Subsidy | $150.55 | $150.55 | $0.00 | $152,252.94 |
| 12/10/2015 | All Loans | Payment | $182.92 | $182.47 | $0.45 | $152,252.94 |
| 12/10/2015 | All Loans | Interest Subsidy | $10.45 | $10.45 | $0.00 | $152,253.39 |
| 12/01/2015 | All Loans | Interest Subsidy | $143.59 | $143.59 | $0.00 | $152,253.39 |
| 11/10/2015 | All Loans | Payment | $182.92 | $182.56 | $0.36 | $152,253.39 |
| 11/10/2015 | All Loans | Interest Subsidy | $10.45 | $10.45 | $0.00 | $152,253.75 |
| 11/01/2015 | All Loans | Interest Subsidy | $150.55 | $150.55 | $0.00 | $152,253.75 |
| 10/10/2015 | All Loans | Payment | $182.92 | $182.47 | $0.45 | $152,253.75 |
| 10/10/2015 | All Loans | Interest Subsidy | $10.45 | $10.45 | $0.00 | $152,254.20 |
| 10/01/2015 | All Loans | Interest Subsidy | $133.28 | $133.28 | $0.00 | $152,254.20 |
| 09/10/2015 | All Loans | Payment | $182.92 | $182.56 | $0.36 | $152,254.20 |
| 09/10/2015 | All Loans | Interest Subsidy | $6.03 | $6.03 | $0.00 | $152,254.56 |
| 09/01/2015 | All Loans | Interest Subsidy | $139.75 | $139.75 | $0.00 | $152,254.56 |
| 08/10/2015 | All Loans | Payment | $182.92 | $182.56 | $0.36 | $152,254.56 |
| 08/10/2015 | All Loans | Interest Subsidy | $6.03 | $6.03 | $0.00 | $152,254.92 |
| 08/01/2015 | All Loans | Interest Subsidy | $139.75 | $139.75 | $0.00 | $152,254.92 |
| 07/10/2015 | All Loans | Payment | $182.92 | $182.48 | $0.44 | $152,254.92 |
| 07/10/2015 | All Loans | Interest Subsidy | $6.03 | $6.03 | $0.00 | $152,255.36 |
| 07/01/2015 | All Loans | Interest Subsidy | $0.00 | $0.00 | $0.00 | $152,255.36 |

EXHIBIT L-2

| Effective Date | Loan Type | Transaction Type | Amount | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| 06/10/2015 | All Loans | Payment | $1,580.15 | $677.25 | $902.90 | $152,255.36 |
| 05/17/2015 | All Loans | Rebate Adjustment | +$73.00 | $0.00 | +$73.00 | $153,158.26 |
| 05/10/2015 | All Loans | Payment | $1,583.84 | $308.92 | $1,274.92 | $153,085.26 |
| 05/01/2015 | All Loans | Interest Capitalizatio | $0.00 | $6,886.94 | +$6,886.94 | $154,360.18 |
| 05/01/2015 | All Loans | Interest Subsidy | $138.97 | $138.97 | $0.00 | $147,473.24 |
| 04/10/2015 | All Loans | Interest Subsidy | $52.72 | $52.72 | $0.00 | $147,473.24 |
| 04/10/2015 | All Loans | Payment | $19.78 | $19.78 | $0.00 | $147,473.24 |
| 04/01/2015 | All Loans | Interest Subsidy | $99.60 | $99.60 | $0.00 | $147,473.24 |
| 03/17/2015 | All Loans | Payment | $19.78 | $19.78 | $0.00 | $147,473.24 |
| 03/17/2015 | All Loans | Interest Subsidy | $104.39 | $104.39 | $0.00 | $147,473.24 |
| 03/01/2015 | All Loans | Interest Subsidy | $180.58 | $180.58 | $0.00 | $147,473.24 |
| 02/03/2015 | All Loans | Payment | $39.56 | $39.56 | $0.00 | $147,473.24 |
| 02/03/2015 | All Loans | Interest Subsidy | $7.22 | $7.22 | $0.00 | $147,473.24 |
| 02/01/2015 | All Loans | Interest Subsidy | $223.97 | $223.97 | $0.00 | $147,473.24 |
| 01/01/2015 | All Loans | Interest Subsidy | $223.97 | $223.97 | $0.00 | $147,473.24 |
| 12/01/2014 | All Loans | Interest Subsidy | $74.44 | $74.44 | $0.00 | $147,473.24 |
| 11/21/2014 | All Loans | Interest Subsidy | $142.09 | $142.09 | $0.00 | $147,473.24 |
| 11/21/2014 | All Loans | Payment | $28.24 | $28.24 | $0.00 | $147,473.24 |
| 11/01/2014 | All Loans | Interest Subsidy | $223.97 | $223.97 | $0.00 | $147,473.24 |
| 10/01/2014 | All Loans | Interest Subsidy | $14.86 | $14.86 | $0.00 | $147,473.24 |
| 09/29/2014 | All Loans | Payment | $30.00 | $30.00 | $0.00 | $147,473.24 |
| 09/29/2014 | All Loans | Interest Subsidy | $201.66 | $201.66 | $0.00 | $147,473.24 |
| 09/01/2014 | All Loans | Interest Subsidy | $223.97 | $223.97 | $0.00 | $147,473.24 |
| 08/01/2014 | All Loans | Interest Subsidy | $223.97 | $223.97 | $0.00 | $147,473.24 |
| 07/01/2014 | All Loans | Interest Subsidy | $216.55 | $216.55 | $0.00 | $147,473.24 |
| 06/01/2014 | All Loans | Interest Subsidy | $156.99 | $156.99 | $0.00 | $147,473.24 |
| 05/07/2014 | All Loans | Payment | $100.00 | $100.00 | $0.00 | $147,473.24 |
| 04/01/2014 | All Loans | Interest Capitalizatio | $0.00 | $6,072.93 | +$6,072.93 | $147,473.24 |
| 04/01/2014 | All Loans | Interest Subsidy | $230.79 | $230.79 | $0.00 | $141,400.31 |
| 03/01/2014 | All Loans | Interest Subsidy | $208.48 | $208.48 | $0.00 | $141,400.31 |
| 02/01/2014 | All Loans | Interest Subsidy | $230.79 | $230.79 | $0.00 | $141,400.31 |
| 01/01/2014 | All Loans | Interest Subsidy | $230.79 | $230.79 | $902.90 | $141,400.31 |
| 12/01/2013 | All Loans | Interest Subsidy | $223.37 | $223.37 | $0.00 | $141,400.31 |
| 11/01/2013 | All Loans | Interest Subsidy | $230.79 | $230.79 | $0.00 | $141,400.31 |
| 10/01/2013 | All Loans | Interest Subsidy | $223.37 | $223.37 | $0.00 | $141,400.31 |
| 09/01/2013 | All Loans | Interest Subsidy | $230.79 | $230.79 | $0.00 | $141,400.31 |
| 08/01/2013 | All Loans | Interest Subsidy | $230.79 | $230.79 | $0.00 | $141,400.31 |
| 07/01/2013 | All Loans | Interest Subsidy | $223.37 | $223.37 | $0.00 | $141,400.31 |
| 06/01/2013 | All Loans | Interest Subsidy | $230.79 | $230.79 | $0.00 | $141,400.31 |
| 05/01/2013 | All Loans | Interest Subsidy | $223.37 | $223.37 | $0.00 | $141,400.31 |
| 04/01/2013 | All Loans | Interest Capitalizatio | $0.00 | $5,052.80 | +$5,052.80 | $141,400.31 |
| 04/01/2013 | All Loans | Interest Subsidy | $0.00 | $0.00 | $0.00 | $136,347.51 |
| 11/09/2012 | All Loans | Payment | $528.98 | $522.49 | $6.49 | $136,347.51 |

EXHIBIT L-2

| Effective Date | Loan Type | Transaction Type | Amount | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| 09/28/2012 | All Loans | Interest Capitalizatio | $0.00 | $3,618.71 | +$3,618.71 | $136,354.00 |
| 09/14/2012 | All Loans | Balance Adjustment | $119.10 | $119.10 | $0.00 | $132,735.29 |
| 09/14/2012 | All Loans | Disbursement | +$27,100.16 | +$799.01 | +$26,301.15 | $132,735.29 |
| 07/27/2012 | All Loans | Balance Adjustment | $6.66 | $6.66 | $0.00 | $106,434.14 |
| 07/27/2012 | All Loans | Disbursement | +$30,843.75 | +$1,272.88 | +$29,570.87 | $106,434.14 |
| 06/27/2012 | All Loans | Balance Adjustment | $6.67 | $6.67 | $0.00 | $76,863.27 |
| 06/27/2012 | All Loans | Balance Adjustment | $7.41 | $7.41 | $0.00 | $76,863.27 |
| 06/27/2012 | All Loans | Balance Adjustment | $4.67 | $4.67 | $0.00 | $76,863.27 |
| 06/27/2012 | All Loans | Balance Adjustment | $5.24 | $5.24 | $0.00 | $76,863.27 |
| 06/27/2012 | All Loans | Disbursement | +$62,879.17 | +$972.08 | +$61,907.09 | $76,863.27 |
| 02/13/2012 | All Loans | Disbursement | +$5,025.00 | $0.00 | +$5,000.00 | $14,956.18 |
| 06/10/2011 | All Loans | Interest Capitalizatio | $0.00 | $298.18 | +$298.18 | $9,956.18 |
| 08/18/2010 | All Loans | Disbursement | +$9,706.00 | $0.00 | +$9,658.00 | $9,658.00 |

EXHIBIT M

Letter with Loan Balances, dtd. November 17, 2021

EXHIBIT M

 

**U.S. Department of Education**
Information about your federal student loan

| **WE RECEIVED YOUR PSLF FORM** |
| --- |
| **Account Number: 48 0356 7678** |

11/16/2021

```
#BWBBCFT
#B301 7684 0011 17L2#
```



NOTE: The information contained in this communication is based on the current PSLF program regulations. FedLoan Servicing will implement all PSLF Limited Waiver Program (LWP) regulation changes as directed by the U.S. Department of Education (ED) when detailed instructions are provided specific to your account. Individual borrower account adjustments must be provided by Federal Student Aid (FSA); we are working expeditiously to make adjustments as we receive the required information. This means changes to your loans, if affected by the waiver, may not be reflected in this correspondence. Please visit StudentAid.gov/pslfwaiver for more information including an estimated timeline for execution of the LWP.

We received your Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification & Application (PSLF Form). We will review to make sure your PSLF Form is complete and to confirm you meet the following criteria:

- You have been employed full-time by a public service organization or have served in a full-time AmeriCorps or Peace Corps position

If you have eligible loans and qualifying employment, we will evaluate how many qualifying payments you have made on your Direct Loans while working full-time at a qualifying employer.

**Important Information:** In order to receive PSLF or TEPSLF, you must continue to work full-time for a PSLF qualifying employer until the time your forgiveness is granted. We may contact your employer directly to confirm your employment before granting forgiveness.

**Do I need to continue to make payments?** It depends. Generally, we recommend that you continue making payments while your PSLF Form is being reviewed. If you specifically selected the option on your PSLF Form indicating you want a forbearance* while your PSLF Form is being processed, **AND** if we determine that you have made 120 qualifying payments, we will place the forbearance on your loans and send you confirmation. Please note the process of confirming your eligibility and qualifying payments may take approximately 30-90 days.

If you requested a forbearance, we will suspend your obligation to make payments on these loans until we have time to review all necessary documentation and determine your eligibility for forgiveness. Otherwise, you should continue to make your payments until you receive confirmation that your payments have been suspended. **Note:** If you have other Direct Loans that still require additional qualifying payments or have other non-Direct Loan types, you are still obligated to continue making payments on these loans while applying for and after the forgiveness is granted. Any payment you make after the

TLXH7TH FS06BPSARC     4803567678          ENOTIFY                    83000000638185655              20211116093828 20211117011401

P.O. Box 69184, Harrisburg, PA 17106-9184 | M-F 8AM to 9PM (ET) | 📞 855-265-4038 | International 717-720-1985 | ☎ 711
**MyFedLoan.org**

EXHIBIT M  (return to chart)

effective date of forgiveness will be refunded to you or applied toward the balance of any remaining loans held by the U.S. Department of Education.

*A forbearance temporarily suspends your obligation to make payments. If we make a final determination that you are not eligible for forgiveness, any outstanding interest due on your loans may be capitalized (added to your principal balance) at the end of the forbearance period. You have the option to cancel the forbearance on your loans at any time. If you cancel, any outstanding interest may be capitalized and payments will resume.

**Will I have to pay income tax on the forgiveness amount?** No. According to the Internal Revenue Service (IRS), student loan amounts forgiven under the PSLF Program are not presently considered income for tax purposes. Please contact the IRS or a tax advisor for more information.

**Have additional questions about PSLF?** Visit [MyFedLoan.org/PSLF](MyFedLoan.org/PSLF) or contact one of our PSLF loan counselors.

**Direct Loan Details**

| Loan Sequence | Disbursement Date | Loan Program | Outstanding Balance |
|---|---|---|---|
| 0001 | 08/18/2010 | DLSTFD | $5,401.34 |
| 0002 | 08/18/2010 | DLUNST | $8,732.88 |
| 0003 | 02/13/2012 | DLSTFD | $5,916.14 |
| 0004 | 06/27/2012 | DLSCST | $10,729.98 |
| 0005 | 06/27/2012 | DLSCSC | $19,231.14 |
| 0006 | 06/27/2012 | DLSCST | $10,498.66 |
| 0007 | 06/27/2012 | DLSCUN | $19,641.17 |
| 0008 | 06/27/2012 | DLSCST | $2,521.82 |
| 0009 | 06/27/2012 | DLSCUN | $16,067.41 |
| 0010 | 07/27/2012 | DLSCPG | $45,592.86 |
| 0011 | 09/14/2012 | DLSCUC | $33,301.78 |

EXHIBIT N

Letters Showing PSLF Forgiveness on Loans 4 - 11,
dtd. February 16, 2022

EXHIBIT N
(return to chart)

 

**PUBLIC SERVICE LOAN
FORGIVENESS UPDATE!**

**Account Number: 48 0356 7678**



February 16, 2022

#BWBBCFT
#B301 7684 0002 16L4#
          SCH

Congratulations! On Oct. 6, 2021, the Department of Education announced a change to the Public Service Loan Forgiveness (PSLF) program rules for a limited time that allows you to get credit for payments you've made on loans that wouldn't normally qualify for PSLF. As a result of this limited PSLF waiver (StudentAid.gov/pslfwaiver), we conducted another review of your *Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification & Application* (PSLF Form) and payment history. We have determined that you have successfully made the required 120 monthly payments in order to have all or a portion of your loans listed below forgiven.

**Loans Details**

| Loan Sequence | Loan Program | Disbursement Date | Amount Forgiven (Principal and Interest) | Outstanding Balance |
|---|---|---|---|---|
| 0004 | DLSCST | 06/27/2012 | 10,096.29 | $0.00 |
| 0005 | DLSCSC | 06/27/2012 | 18,359.99 | $0.00 |
| 0006 | DLSCST | 06/27/2012 | 9,801.64 | $0.00 |
| 0007 | DLSCUN | 06/27/2012 | 18,309.03 | $0.00 |
| 0008 | DLSCST | 06/27/2012 | 2,529.96 | $0.00 |
| 0009 | DLSCUN | 06/27/2012 | 15,095.89 | $0.00 |
| 0010 | DLSCPG | 07/27/2012 | 42,539.40 | $0.00 |
| 0011 | DLSCUC | 09/14/2012 | 31,760.55 | $0.00 |

You have satisfied your obligation and no additional payments are required on these loans.

TXXJH   FS06BPSD2D   4803567678   ENOTIFY   83000000655583636   20220216010026 20220216011926

P.O. Box 69184, Harrisburg, PA 17106-9184 | M-F 8AM to 9PM (ET) | 855-265-4038 | International 717-720-1985 | 711
MyFedLoan.org

EXHIBIT N

**Will I have to pay income tax on the forgiveness amount?** No. According to the Internal Revenue Service (IRS), student loan amounts forgiven under PSLF or TEPSLF are not considered income for tax purposes. Please contact the IRS or a tax advisor for more information.

EXHIBIT O
Letters Showing 98-99 PSLF-Qualifying Payments
dtd. January 7, 2022

 

January 6, 2022

#BWBBCFT
#B301 7684 0001 06L7#
.SCH

**WE HAVE REVIEWED YOUR REQUEST FOR PUBLIC SERVICE LOAN FORGIVENESS (PSLF)**

**Account Number: 48 0356 7678**



**IMPORTANT UPDATE:** On October 6, 2021, the Department of Education announced a change to the Public Service Loan Forgiveness (PSLF) program rules that, for a limited time, may allow you to get credit for payments you've made on loans that wouldn't normally qualify for PSLF. This waiver period is temporary and will end on October 31, 2022. To gain more information on this limited waiver period, including any actions you may need to take to gain access to these benefits, visit StudentAid.gov/pslfwaiver.

We reviewed your Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification & Application (PSLF Form) you submitted and determined that you do not qualify for forgiveness at this time, as explained below.

**NOT ELIGIBLE YET:** You have not yet made the required 120 qualifying payments necessary to be eligible for PSLF. To qualify for PSLF, you must make 120 qualifying payments. In addition to making 120 qualifying payments, you must also be working full-time for a qualifying employer at the time you apply for and receive forgiveness under PSLF.

We have updated your account with the confirmed qualifying employment periods based on the employment information provided and will continue to track your eligibility for PSLF and TEPSLF. The following chart details your progression toward PSLF so far.

**PSLF Qualifying Payment Details**

| Loan Sequence | Disbursement Date | Loan Program | PSLF Eligible Payments | PSLF Qualifying Payments (Total) | PSLF Qualifying Payments (Remaining) | Estimated Eligibility Date for PSLF |
|---|---|---|---|---|---|---|
| 0001 | 08/18/2010 | DLSTFD | 102 | 98 | 22 | 03/2024 |
| 0002 | 08/18/2010 | DLUNST | 102 | 98 | 22 | 03/2024 |
| 0003 | 02/13/2012 | DLSTFD | 102 | 98 | 22 | 03/2024 |
| 0004 | 06/27/2012 | DLSCST | 102 | 98 | 22 | 03/2024 |
| 0005 | 06/27/2012 | DLSCSC | 103 | 99 | 21 | 01/2024 |
| 0006 | 06/27/2012 | DLSCST | 103 | 99 | 21 | 01/2024 |
| 0007 | 06/27/2012 | DLSCUN | 103 | 99 | 21 | 01/2024 |

TLXH7TH FS06BPSAID      4803567678      ENOTIFY          83000000647518949          20220106101830 20220106102658

P.O. Box 69184, Harrisburg, PA 17106-9184 | M-F 8AM to 9PM (ET) | ☎855-265-4038 | International 717-720-1985 | ☎ 711
MyFedLoan.org

EXHIBIT O-1

| Loan Sequence | Disbursement Date | Loan Program | PSLF Eligible Payments | PSLF Qualifying Payments (Total) | PSLF Qualifying Payments (Remaining) | Estimated Eligibility Date for PSLF |
|---|---|---|---|---|---|---|
| 0008 | 06/27/2012 | DLSCST | 103 | 99 | 21 | 01/2024 |
| 0009 | 06/27/2012 | DLSCUN | 102 | 98 | 22 | 03/2024 |
| 0010 | 07/27/2012 | DLSCPG | 103 | 99 | 21 | 01/2024 |
| 0011 | 09/14/2012 | DLSCUC | 103 | 99 | 21 | 01/2024 |

**TEPSLF Candidates:** We will send you separate correspondence with additional details, if you are eligible for reconsideration under TEPSLF.

**Good to Know!** The charts above display the total number of eligible and qualifying payments you have made (out of the required 120) on your eligible loans for PSLF and TEPSLF, **including any periods we have assessed as eligible or qualifying under the Limited PSLF Waiver. Please ensure that you have certified all periods of eligible employment. If you believe you may have additional eligible employment, please submit a PSLF Form for the appropriate period.** For more details regarding your payments made towards both PSLF and TEPSLF, please visit us on the web at MyFedLoan.org/PSLF.

**Employment Information**

| Employer Name | Approved Employment Begin Date | Approved Employment End Date |
|---|---|---|
| CALIFORNIA ARMY NATIONAL GUARD | 06/16/2013 | 10/03/2013 |
| US ARMY | 06/16/2013 | 10/05/2013 |
| US ARMY | 06/16/2013 | 10/05/2013 |
| US ARMY | 03/06/2014 | 12/31/2014 |
| US ARMY | 02/05/2015 | 09/30/2015 |
| US ARMY | 05/02/2016 | 10/23/2016 |
| CALIFORNIA ARMY NATIONAL GUARD | 02/04/2016 | 10/26/2016 |
| STATE OF LEGISLATURE OF HAWAII | 01/03/2017 | 03/31/2017 |
| SECRETARY OF STATE | 02/01/2007 | 05/24/2017 |
| US ARMY | 08/01/2017 | 09/09/2020 |
| US ARMY | 09/10/2020 | 11/15/2021 |

Note: This chart displays the periods of eligible employment approved to date. If the dates of employment that you submitted on the form differ from those listed above, it may be due to overlapping employment periods, dates certified into the future, or periods of employment on or before October 1, 2007 (which do not qualify for PSLF or TEPSLF). You may access your online account at MyFedLoan.org for specific details regarding your loans and payments.

If you have any U.S. Department of Education owned student loans that are not already serviced by FedLoan Servicing, we will contact your current servicers to request a transfer of all of your loans to us. This transfer will allow you to manage all of your loans in one location and closely track your progression toward PSLF and TEPSLF. Please allow a few weeks for the entire transfer process to be completed.

**Qualifying Payment Tracking for Public Service Loan Forgiveness**

Keeping track of your progression toward PSLF or TEPSLF is easy.

- Log in to Account Access at MyFedLoan.org
- Check your monthly bill
- Review the communication that we send you each time you submit a new PSLF Form

EXHIBIT O-1

We will update your qualifying payment count each time you submit new certified employment if you made additional qualifying payments during the new certified employment period. We recommend that you submit a Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification & Application (PSLF Form) annually. When it is time to certify your employment, you can log in to StudentAid.gov/PSLF to get started.

Although we will maintain copies of any documents that we receive, we recommend that you keep copies of all forms that you submit and any supporting documentation regarding your employment and the PSLF Program.

**What is a qualifying payment?** A qualifying payment for PSLF or TEPSLF is a payment that is made:

- After October 1, 2007
- Each month
- For the "total due" or the "installment amount" shown on your bill, unless your amount due is $0, in which case you must pay the "installment amount"
- On-time (received within 15 days of the payment due date)
- Under one of the eligible repayment plans for PSLF or TEPSLF, as appropriate
- While you are employed full-time at a qualifying employer (or serving in a full-time AmeriCorps or Peace Corps position)

For more information about specific details on TEPSLF please visit StudentAid.gov/TEPSLF.

**Prepayments:** You may prepay your loans (make lump sum payments) and have those payments count towards forgiveness. Each prepayment will only count for up to 12 qualifying payments. In order for the prepayment to qualify for subsequent months you must:

- Have paid an amount to fully satisfy future billed amounts for each month you wish to prepay
- Have qualifying employment that covers the due date for each month you prepay
- Multiple prepayments made within the same year will not afford you more than 12 months of qualifying payments

    **Note:** If on an Income-Driven Repayment (IDR) plan, you may not prepay past your next annual recertification date. Your annual recertification period is the 12 month time period when your payments are based on your income.

**How are eligible and qualifying payments different?** A payment period is tracked as eligible when your payment meets all of the following payment eligibility requirements:

- Your payment is made under a qualifying repayment plan
- For the full amount due as shown on your bill
- Received no later than 15 days after your due date

An eligible payment becomes a qualifying payment when you certify your employment and all or part of your employment period is approved. Eligible payment periods that correspond to approved employment periods are also tracked as qualifying. These payments count toward the 120 required for loan forgiveness.

**What is a qualifying repayment plan?** In order to receive forgiveness under the PSLF Program, you must make most of your payments under one of the following plans:

- Pay As You Earn (PAYE)
- Revised Pay As You Earn (REPAYE)
- Income-Based Repayment (IBR)
- Income-Contingent Repayment (ICR)

Visit MyFedLoan.org/PSLF for the Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification & Application (PSLF Form) and more information on the program. You can also contact our PSLF loan counselors at the number provided.

If you have additional information for consideration or disagree with this information, you may contact FedLoan Servicing at 1-855-265-4038 from 8 AM - 9 PM Eastern time, Monday through Friday. Additionally, if you disagree with the results, or wish to file a complaint, submit a request to the U.S. Department of Education through the Feedback Center

EXHIBIT O-1

at Studentaid.gov/feedback-center/ or 1-844-651-0077 or contact the Federal Student Aid Ombudsman Group at Studentaid.gov/feedback-ombudsman/disputes/prepare or at 1-877-557-2575.

**Eligibility Criteria for Participation in the Public Service Loan Forgiveness Program**

**Participant Eligibility**
You must have made 120 qualifying payments for PSLF. A qualifying payment for PSLF or TEPSLF is a payment that is made:

- After October 1, 2007
- Each month
- For the "total due" or the "installment amount" shown on your bill, unless your amount due is $0, in which case you must pay the "installment amount"
- On-time (received within 15 days of the payment due date)
- Under one of the eligible repayment plans for PSLF or TEPSLF, as appropriate
- While you are employed full-time at a qualifying employer (or serving in a full-time AmeriCorps or Peace Corps position)

**For PSLF**, the 120 required payments must be made under one or more of the following Direct Loan Program repayment plans:

- Pay As You Earn (PAYE) plan (not available for parent Direct PLUS Loans or Direct Consolidation Loans that repaid a parent PLUS Loan)
- Revised Pay As You Earn (REPAYE) plan (not available for parent Direct PLUS Loans or Direct Consolidation Loans that repaid a parent PLUS Loan) NOTE: If you do not recertify on time annually you will be placed on an alternative repayment plan. The payments made while on the alternative repayment plan are not eligible for PSLF or TEPSLF.
- Income-Based Repayment (IBR) plan (not available for parent Direct PLUS Loans or Direct Consolidation Loans that repaid a parent PLUS Loan)
- Income-Contingent Repayment (ICR) plan (not available for parent Direct PLUS Loans or Direct PLUS Consolidation Loans)
- Standard Repayment plan with a 10-year repayment period
- Any other Direct Loan Program repayment plan; but only payments that are at least equal to the monthly payment amount that would have been required under the Standard Repayment plan with a 10-year repayment period may be counted toward the required 120 payments.

**For TEPSLF**, if your PSLF Form was denied because some or all of your payments were not made on a qualifying repayment plan for PSLF, you may be able to receive loan forgiveness under TEPSLF.

To qualify for loan forgiveness under the TEPSLF opportunity, you must have

- Met the TEPSLF requirement for the amount you paid 12 months prior to applying for TEPSLF and the last payment you made before applying for TEPSLF to be at least as much as you would have paid under an income-driven repayment plan;
- Had at least 10 years of approved, full-time employment certified by a qualifying employer
- Made 120 qualifying payments under the new requirements for TEPSLF while working full-time for your qualifying employer or employers

**Please be aware that the TEPSLF opportunity is temporary, has limited funding, and must be evaluated on a first come, first served basis.**

**Employment Eligibility**
You must be employed full-time (in any position) by a public service organization, or must be serving in a full-time AmeriCorps or Peace Corps position at the time you make each qualifying payment. Organizations that meet the definition of "public service organization" for purposes of the PSLF Program are listed below.

- A government organization (including a federal, state, local or tribal organization, agency, or entity; a public child or family service agency; or a Tribal college or university);
- A not-for-profit, tax-exempt organization* under Section 501(c)(3) of the Internal Revenue Code (includes most not-for-profit private schools, colleges, and universities);

EXHIBIT O-1

- A private, not-for-profit organization* (that is not a labor union or a partisan political organization) that provides one or more of the following public services:
  - Emergency management
  - Military service
  - Public safety
  - Law enforcement
  - Public interest legal services
  - Early childhood education (including licensed or regulated child care, Head Start, and State-funded pre-kindergarten)
  - Public service for individuals with disabilities and the elderly
  - Public health (including nurses, nurse practitioners, nurses in a clinical setting, and full-time professionals engaged in health care practitioner occupations and health support occupations)
  - Public education
  - Public library services
  - School library services, or other school-based services

 

| | WE HAVE REVIEWED YOUR REQUEST FOR PUBLIC SERVICE LOAN FORGIVENESS (PSLF) |
|---|---|
| | **Account Number: 48 0356 7678** |

January 6, 2022

```
#BWBBCFT
#B301 7684 0001 06L7#
          SCH
```



**IMPORTANT UPDATE:** On October 6, 2021, the Department of Education announced a change to the Public Service Loan Forgiveness (PSLF) program rules that, for a limited time, may allow you to get credit for payments you've made on loans that wouldn't normally qualify for PSLF. This waiver period is temporary and will end on October 31, 2022. To gain more information on this limited waiver period, including any actions you may need to take to gain access to these benefits, visit StudentAid.gov/pslfwaiver.

We reviewed your Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification & Application (PSLF Form) you submitted and determined that you do not qualify for forgiveness at this time, as explained below.

**NOT ELIGIBLE YET:** You have not yet made the required 120 qualifying payments necessary to be eligible for PSLF. To qualify for PSLF, you must make 120 qualifying payments. In addition to making 120 qualifying payments, you must also be working full-time for a qualifying employer at the time you apply for and receive forgiveness under PSLF.

We have updated your account with the confirmed qualifying employment periods based on the employment information provided and will continue to track your eligibility for PSLF and TEPSLF. The following chart details your progression toward PSLF so far.

**PSLF Qualifying Payment Details**

| Loan Sequence | Disbursement Date | Loan Program | PSLF Eligible Payments | PSLF Qualifying Payments (Total) | PSLF Qualifying Payments (Remaining) | Estimated Eligibility Date for PSLF |
|---|---|---|---|---|---|---|
| 0001 | 08/18/2010 | DLSTFD | 102 | 98 | 22 | 03/2024 |
| 0002 | 08/18/2010 | DLUNST | 102 | 98 | 22 | 03/2024 |
| 0003 | 02/13/2012 | DLSTFD | 102 | 98 | 22 | 03/2024 |
| 0004 | 06/27/2012 | DLSCST | 102 | 98 | 22 | 03/2024 |
| 0005 | 06/27/2012 | DLSCSC | 103 | 99 | 21 | 01/2024 |
| 0006 | 06/27/2012 | DLSCST | 103 | 99 | 21 | 01/2024 |
| 0007 | 06/27/2012 | DLSCUN | 103 | 99 | 21 | 01/2024 |

TLXH7TH FS06BPSAID      4803567678      ENOTIFY          83000000647518951          20220106101830 20220106102658

P.O. Box 69184, Harrisburg, PA 17106-9184 | M-F 8AM to 9PM (ET) | ☎855-265-4038 | International 717-720-1985 | 🖷 711
MyFedLoan.org

EXHIBIT O-2

| Loan Sequence | Disbursement Date | Loan Program | PSLF Eligible Payments | PSLF Qualifying Payments (Total) | PSLF Qualifying Payments (Remaining) | Estimated Eligibility Date for PSLF |
|---|---|---|---|---|---|---|
| 0008 | 06/27/2012 | DLSCST | 103 | 99 | 21 | 01/2024 |
| 0009 | 06/27/2012 | DLSCUN | 102 | 98 | 22 | 03/2024 |
| 0010 | 07/27/2012 | DLSCPG | 103 | 99 | 21 | 01/2024 |
| 0011 | 09/14/2012 | DLSCUC | 103 | 99 | 21 | 01/2024 |

**TEPSLF Candidates:** We will send you separate correspondence with additional details, if you are eligible for reconsideration under TEPSLF.

**Good to Know!** The charts above display the total number of eligible and qualifying payments you have made (out of the required 120) on your eligible loans for PSLF and TEPSLF, **including any periods we have assessed as eligible or qualifying under the Limited PSLF Waiver. Please ensure that you have certified all periods of eligible employment. If you believe you may have additional eligible employment, please submit a PSLF Form for the appropriate period.** For more details regarding your payments made towards both PSLF and TEPSLF, please visit us on the web at MyFedLoan.org/PSLF.

**Employment Information**

| Employer Name | Approved Employment Begin Date | Approved Employment End Date |
|---|---|---|
| CALIFORNIA ARMY NATIONAL GUARD | 06/16/2013 | 10/03/2013 |
| US ARMY | 06/16/2013 | 10/05/2013 |
| US ARMY | 06/16/2013 | 10/05/2013 |
| US ARMY | 03/06/2014 | 12/31/2014 |
| US ARMY | 02/05/2015 | 09/30/2015 |
| US ARMY | 05/02/2016 | 10/23/2016 |
| CALIFORNIA ARMY NATIONAL GUARD | 02/04/2016 | 10/26/2016 |
| STATE OF LEGISLATURE OF HAWAII | 01/03/2017 | 03/31/2017 |
| SECRETARY OF STATE | 02/01/2007 | 05/24/2017 |
| US ARMY | 08/01/2017 | 09/09/2020 |
| US ARMY | 09/10/2020 | 11/15/2021 |

Note: This chart displays the periods of eligible employment approved to date. If the dates of employment that you submitted on the form differ from those listed above, it may be due to overlapping employment periods, dates certified into the future, or periods of employment on or before October 1, 2007 (which do not qualify for PSLF or TEPSLF). You may access your online account at MyFedLoan.org for specific details regarding your loans and payments.

If you have any U.S. Department of Education owned student loans that are not already serviced by FedLoan Servicing, we will contact your current servicers to request a transfer of all of your loans to us. This transfer will allow you to manage all of your loans in one location and closely track your progression toward PSLF and TEPSLF. Please allow a few weeks for the entire transfer process to be completed.

**Qualifying Payment Tracking for Public Service Loan Forgiveness**

Keeping track of your progression toward PSLF or TEPSLF is easy.

- Log in to Account Access at MyFedLoan.org
- Check your monthly bill
- Review the communication that we send you each time you submit a new PSLF Form

EXHIBIT O-2

We will update your qualifying payment count each time you submit new certified employment if you made additional qualifying payments during the new certified employment period. We recommend that you submit a Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification & Application (PSLF Form) annually. When it is time to certify your employment, you can log in to StudentAid.gov/PSLF to get started.

Although we will maintain copies of any documents that we receive, we recommend that you keep copies of all forms that you submit and any supporting documentation regarding your employment and the PSLF Program.

**What is a qualifying payment?** A qualifying payment for PSLF or TEPSLF is a payment that is made:

- After October 1, 2007
- Each month
- For the "total due" or the "installment amount" shown on your bill, unless your amount due is $0, in which case you must pay the "installment amount"
- On-time (received within 15 days of the payment due date)
- Under one of the eligible repayment plans for PSLF or TEPSLF, as appropriate
- While you are employed full-time at a qualifying employer (or serving in a full-time AmeriCorps or Peace Corps position)

For more information about specific details on TEPSLF please visit StudentAid.gov/TEPSLF.

**Prepayments:** You may prepay your loans (make lump sum payments) and have those payments count towards forgiveness. Each prepayment will only count for up to 12 qualifying payments. In order for the prepayment to qualify for subsequent months you must:

- Have paid an amount to fully satisfy future billed amounts for each month you wish to prepay
- Have qualifying employment that covers the due date for each month you prepay
- Multiple prepayments made within the same year will not afford you more than 12 months of qualifying payments

    **Note:** If on an Income-Driven Repayment (IDR) plan, you may not prepay past your next annual recertification date. Your annual recertification period is the 12 month time period when your payments are based on your income.

**How are eligible and qualifying payments different?** A payment period is tracked as eligible when your payment meets all of the following payment eligibility requirements:

- Your payment is made under a qualifying repayment plan
- For the full amount due as shown on your bill
- Received no later than 15 days after your due date

An eligible payment becomes a qualifying payment when you certify your employment and all or part of your employment period is approved. Eligible payment periods that correspond to approved employment periods are also tracked as qualifying. These payments count toward the 120 required for loan forgiveness.

**What is a qualifying repayment plan?** In order to receive forgiveness under the PSLF Program, you must make most of your payments under one of the following plans:

- Pay As You Earn (PAYE)
- Revised Pay As You Earn (REPAYE)
- Income-Based Repayment (IBR)
- Income-Contingent Repayment (ICR)

Visit MyFedLoan.org/PSLF for the Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification & Application (PSLF Form) and more information on the program. You can also contact our PSLF loan counselors at the number provided.

If you have additional information for consideration or disagree with this information, you may contact FedLoan Servicing at 1-855-265-4038 from 8 AM - 9 PM Eastern time, Monday through Friday. Additionally, if you disagree with the results, or wish to file a complaint, submit a request to the U.S. Department of Education through the Feedback Center

EXHIBIT O-2

at Studentaid.gov/feedback-center/ or 1-844-651-0077 or contact the Federal Student Aid Ombudsman Group at Studentaid.gov/feedback-ombudsman/disputes/prepare or at 1-877-557-2575.

**Eligibility Criteria for Participation in the Public Service Loan Forgiveness Program**

**Participant Eligibility**
You must have made 120 qualifying payments for PSLF. A qualifying payment for PSLF or TEPSLF is a payment that is made:

- After October 1, 2007
- Each month
- For the "total due" or the "installment amount" shown on your bill, unless your amount due is $0, in which case you must pay the "installment amount"
- On-time (received within 15 days of the payment due date)
- Under one of the eligible repayment plans for PSLF or TEPSLF, as appropriate
- While you are employed full-time at a qualifying employer (or serving in a full-time AmeriCorps or Peace Corps position)

**For PSLF**, the 120 required payments must be made under one or more of the following Direct Loan Program repayment plans:

- Pay As You Earn (PAYE) plan (not available for parent Direct PLUS Loans or Direct Consolidation Loans that repaid a parent PLUS Loan)
- Revised Pay As You Earn (REPAYE) plan (not available for parent Direct PLUS Loans or Direct Consolidation Loans that repaid a parent PLUS Loan) NOTE: If you do not recertify on time annually you will be placed on an alternative repayment plan. The payments made while on the alternative repayment plan are not eligible for PSLF or TEPSLF.
- Income-Based Repayment (IBR) plan (not available for parent Direct PLUS Loans or Direct Consolidation Loans that repaid a parent PLUS Loan)
- Income-Contingent Repayment (ICR) plan (not available for parent Direct PLUS Loans or Direct PLUS Consolidation Loans)
- Standard Repayment plan with a 10-year repayment period
- Any other Direct Loan Program repayment plan; but only payments that are at least equal to the monthly payment amount that would have been required under the Standard Repayment plan with a 10-year repayment period may be counted toward the required 120 payments.

**For TEPSLF**, if your PSLF Form was denied because some or all of your payments were not made on a qualifying repayment plan for PSLF, you may be able to receive loan forgiveness under TEPSLF.

To qualify for loan forgiveness under the TEPSLF opportunity, you must have
- Met the TEPSLF requirement for the amount you paid 12 months prior to applying for TEPSLF and the last payment you made before applying for TEPSLF to be at least as much as you would have paid under an income-driven repayment plan;
- Had at least 10 years of approved, full-time employment certified by a qualifying employer
- Made 120 qualifying payments under the new requirements for TEPSLF while working full-time for your qualifying employer or employers

**Please be aware that the TEPSLF opportunity is temporary, has limited funding, and must be evaluated on a first come, first served basis.**

**Employment Eligibility**
You must be employed full-time (in any position) by a public service organization, or must be serving in a full-time AmeriCorps or Peace Corps position at the time you make each qualifying payment. Organizations that meet the definition of "public service organization" for purposes of the PSLF Program are listed below.

- A government organization (including a federal, state, local or tribal organization, agency, or entity; a public child or family service agency; or a Tribal college or university);
- A not-for-profit, tax-exempt organization* under Section 501(c)(3) of the Internal Revenue Code (includes most not-for-profit private schools, colleges, and universities);

EXHIBIT O-2

- A private, not-for-profit organization* (that is not a labor union or a partisan political organization) that provides one or more of the following public services:
  - Emergency management
  - Military service
  - Public safety
  - Law enforcement
  - Public interest legal services
  - Early childhood education (including licensed or regulated child care, Head Start, and State-funded pre-kindergarten)
  - Public service for individuals with disabilities and the elderly
  - Public health (including nurses, nurse practitioners, nurses in a clinical setting, and full-time professionals engaged in health care practitioner occupations and health support occupations)
  - Public education
  - Public library services
  - School library services, or other school-based services

EXHIBIT P

2nd Set of Letters Showing PSFL-Qualifying Payments,
dtd. January 7, 2022

 

| | |
|---|---|
| | **INFORMATION REGARDING YOUR ELIGIBILITY FOR PUBLIC SERVICE LOAN FORGIVENESS** |
| | **Account Number: 48 0356 7678** |

**January 6, 2022**

```
#BWBBCFT
#B301 7684 0001 06L7#
              SCH
```



**IMPORTANT UPDATE:** On October 6, 2021, the Department of Education announced a change to the Public Service Loan Forgiveness (PSLF) program rules that, for a limited time, may allow you to get credit for payments you've made on loans that wouldn't normally qualify for PSLF. This waiver period is temporary and will end on October 31, 2022. To gain more information on this limited waiver period, including any actions you may need to take to gain access to these benefits, visit StudentAid.gov/pslfwaiver.

We have reviewed your Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification & Application (PSLF Form) and have counted the number of qualifying payments you made during each period of qualifying employment. Note: Only payments made after October 1, 2007 qualify for PSLF.

Please review the enclosed information for details regarding the most recent PSLF Form you submitted and the corresponding qualifying payment information for each period of certified employment. The following information is provided for each loan.

- The number of eligible payments you made toward your loans that are eligible for PSLF and TEPSLF
- The total number of qualifying payments for PSLF and TEPSLF that you made during all periods of eligible employment approved to date
- The estimated number of payments that are still required for PSLF and TEPSLF
- The date you are or were expected to be eligible to apply for forgiveness under PSLF and TEPSLF
  ○ Note: If the total number of qualifying payments you have made for PSLF is identical to the number you have made for TEPSLF, only those periods for PSLF are shown

**Good to Know:** Keeping track of your progression toward PSLF and TEPSLF is easy.

- Sign in to Account Access at MyFedLoan.org
- Check your monthly bill
- Review the communication that we send you each time you submit new PSLF Form

Use the following resources for additional information about PSLF and TEPSLF, including program requirements, help with the PSLF form, FAQs, and more!

TLXH7TH FS06BPSTKF        4803567678        ENOTIFY        83000000647515862        20220106101710 20220106102518

P.O. Box 69184, Harrisburg, PA 17106-9184 | M-F 8AM to 9PM (ET) | ☏ 855-265-4038 | International 717-720-1985 | ☏ 711
**MyFedLoan.org**

EXHIBIT P-1

- StudentAid.gov/PSLF - Complete the PSLF Form electronically
- StudentAid.gov/publicservice - Information on PSLF and TEPSLF
- MyFedLoan.org/PSLF - Upload your completed document after your employer certifies your employment.

**PSLF Qualifying Payment Details**

| Loan Sequence | Disbursement Date | Loan Program | PSLF Eligible Payments | PSLF Qualifying Payments (Total) | PSLF Qualifying Payments (Remaining) | Estimated Eligibility Date for PSLF |
|---|---|---|---|---|---|---|
| 0001 | 08/18/2010 | DLSTFD | 102 | 98 | 22 | 03/2024 |
| 0002 | 08/18/2010 | DLUNST | 102 | 98 | 22 | 03/2024 |
| 0003 | 02/13/2012 | DLSTFD | 102 | 98 | 22 | 03/2024 |
| 0004 | 06/27/2012 | DLSCST | 102 | 98 | 22 | 03/2024 |

**Good to Know!** The charts above display the total number of eligible and qualifying payments you have made (out of the required 120) on your eligible loans for PSLF and TEPSLF, **including any periods we have assessed as eligible or qualifying under the Limited PSLF Waiver. Please ensure that you have certified all periods of eligible employment. If you believe you may have additional eligible employment, please submit a PSLF Form for the appropriate period.** For more details regarding your payments made towards both PSLF and TEPSLF, please visit us on the web at MyFedLoan.org/PSLF.

We will update your qualifying payment count each time you submit new certified employment if you made additional qualifying payments during the new certified employment period. Although we will maintain copies of any documents that we receive, we recommend that you keep copies of all forms you submit and any supporting documentation regarding your employment and the PSLF Program.

We recommend that you submit a PSLF Form annually. When it is time to certify your employment, you can log in to MyFedLoan.org to get started.

**When am I eligible for forgiveness?** You may be eligible for loan forgiveness after you have made 120 qualifying payments. You must be working full-time for a qualifying employer at the time you apply for and receive forgiveness. We will provide you with a final determination of your eligibility for forgiveness after we receive your form.

**What is a qualifying repayment plan for PSLF?** In order to receive forgiveness under the PSLF Program, you must make most of your payments under one of the following plans:

- Revised Pay As You Earn (REPAYE)
- Pay As You Earn (PAYE)
- Income-Based Repayment (IBR)
- Income-Contingent Repayment (ICR)

These plans may also provide you with a lower payment amount. However, you will pay more interest over time under these repayment plans if you are not ultimately eligible for PSLF. You can review all eligible repayment plans and other eligibility information at MyFedLoan.org/PSLF.

**What is a qualifying payment?** A qualifying payment for PSLF or TEPSLF is a payment that is made:

- After October 1, 2007
- Each month
- For the "total due" or the "installment amount" shown on your bill, unless your amount due is $0, in which case you must pay the "installment amount"
- On-time (received within 15 days of the payment due date)
- Under one of the eligible repayment plans for PSLF or TEPSLF, as appropriate
- While you are employed full-time at a qualifying employer (or serving in a full-time AmeriCorps or Peace Corps position)

For more information about specific details on TEPSLF please visit StudentAid.gov/TEPSLF.

EXHIBIT P-1

**Prepayments:** You <u>may</u> prepay your loans (make lump sum payments) and have those payments count towards forgiveness. Each prepayment will only count for up to 12 qualifying payments. In order for the prepayment to qualify for subsequent months you must:

- Have paid an amount to fully satisfy future billed amounts for each month you wish to prepay
- Have qualifying employment that covers the <u>due date</u> for each month you prepay
- Multiple prepayments made within the same year will not afford you more than 12 months of qualifying payments

    **Note:** If on an Income-Driven Repayment (IDR) plan, you may not prepay past your next annual recertification date. Your annual recertification period is the 12 month time period when your payments are based on your income.

**How are eligible and qualifying payments different?** A payment period is tracked as eligible when your payment meets all of the following payment eligibility requirements:

- Your payment is made under a qualifying repayment plan
- For the full amount due as shown on your bill
- Received no later than 15 days after your due date

An eligible payment becomes a qualifying payment when you certify your employment and all or part of your employment period is approved. Eligible payment periods that correspond to approved employment periods are also tracked as qualifying. These payments count toward the 120 required for loan forgiveness.

For more details regarding eligible and qualifying payments you have made towards both PSLF and TEPSLF, please visit us on the web at **MyFedLoan.org/PSLF**.

**Public Service Loan Forgiveness (PSLF) Qualifying Payments - To Be Continued**
You still have details to review! We weren't able to fit your PSLF qualifying payment details for all of your loans on one letter. Don't worry! You should see another letter from us that includes information for your other loans.

 

January 6, 2022



#BWBBCFT
#B301 7684 0001 06L7#
SCH

| | INFORMATION REGARDING<br>YOUR ELIGIBILITY<br>FOR PUBLIC SERVICE<br>LOAN FORGIVENESS |
| --- | --- |
| | **Account Number: 48 0356 7678** |



**IMPORTANT UPDATE:** On October 6, 2021, the Department of Education announced a change to the Public Service Loan Forgiveness (PSLF) program rules that, for a limited time, may allow you to get credit for payments you've made on loans that wouldn't normally qualify for PSLF. This waiver period is temporary and will end on October 31, 2022. To gain more information on this limited waiver period, including any actions you may need to take to gain access to these benefits, visit StudentAid.gov/pslfwaiver.

**Public Service Loan Forgiveness (PSLF) Qualifying Payments Continued**
We weren't able to fit your PSLF qualifying payment details for all of your loans on one letter so we are sending this letter to you to provide you with your remaining PSLF information. You should see another letter from us that includes information for your other loans.

We have reviewed your Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification & Application (PSLF Form) and have counted the number of qualifying payments you made during each period of qualifying employment. Note: Only payments made after October 1, 2007 qualify for PSLF.

Please review the enclosed information for details regarding the most recent PSLF Form you submitted and the corresponding qualifying payment information for each period of certified employment. The following information is provided for each loan.

- The number of eligible payments you made toward your loans that are eligible for PSLF and TEPSLF
- The total number of qualifying payments for PSLF and TEPSLF that you made during all periods of eligible employment approved to date
- The estimated number of payments that are still required for PSLF and TEPSLF
- The date you are or were expected to be eligible to apply for forgiveness under PSLF and TEPSLF
  - Note: If the total number of qualifying payments you have made for PSLF is identical to the number you have made for TEPSLF, only those periods for PSLF are shown

**Good to Know:** Keeping track of your progression toward PSLF and TEPSLF is easy.

- Sign in to Account Access at MyFedLoan.org
- Check your monthly bill

TLXH7TH FS06BPSTKF    4803567678    ENOTIFY    83000000647515863    20220106101710 20220106102518

P.O. Box 69184, Harrisburg, PA 17106-9184 | M-F 8AM to 9PM (ET) | ☎ 855-265-4038 | International 717-720-1985 | ☎ 711
MyFedLoan.org

EXHIBIT P-2

- Review the communication that we send you each time you submit new PSLF Form

Use the following resources for additional information about PSLF and TEPSLF, including program requirements, help with the PSLF form, FAQs, and more!

- StudentAid.gov/PSLF - Complete the PSLF Form electronically
- StudentAid.gov/publicservice - Information on PSLF and TEPSLF
- MyFedLoan.org/PSLF - Upload your completed document after your employer certifies your employment.

**PSLF Qualifying Payment Details**

| Loan Sequence | Disbursement Date | Loan Program | PSLF Eligible Payments | PSLF Qualifying Payments (Total) | PSLF Qualifying Payments (Remaining) | Estimated Eligibility Date for PSLF |
|---|---|---|---|---|---|---|
| 0005 | 06/27/2012 | DLSCSC | 103 | 99 | 21 | 01/2024 |
| 0006 | 06/27/2012 | DLSCST | 103 | 99 | 21 | 01/2024 |
| 0007 | 06/27/2012 | DLSCUN | 103 | 99 | 21 | 01/2024 |
| 0008 | 06/27/2012 | DLSCST | 103 | 99 | 21 | 01/2024 |

**Good to Know!** The charts above display the total number of eligible and qualifying payments you have made (out of the required 120) on your eligible loans for PSLF and TEPSLF, **including any periods we have assessed as eligible or qualifying under the Limited PSLF Waiver. Please ensure that you have certified all periods of eligible employment. If you believe you may have additional eligible employment, please submit a PSLF Form for the appropriate period.** For more details regarding your payments made towards both PSLF and TEPSLF, please visit us on the web at MyFedLoan.org/PSLF.

We will update your qualifying payment count each time you submit new certified employment if you made additional qualifying payments during the new certified employment period. Although we will maintain copies of any documents that we receive, we recommend that you keep copies of all forms you submit and any supporting documentation regarding your employment and the PSLF Program.

We recommend that you submit a PSLF Form annually. When it is time to certify your employment, you can log in to MyFedLoan.org to get started.

**When am I eligible for forgiveness?** You may be eligible for loan forgiveness after you have made 120 qualifying payments. You must be working full-time for a qualifying employer at the time you apply for and receive forgiveness. We will provide you with a final determination of your eligibility for forgiveness after we receive your form.

**What is a qualifying repayment plan for PSLF?** In order to receive forgiveness under the PSLF Program, you must make most of your payments under one of the following plans:

- Revised Pay As You Earn (REPAYE)
- Pay As You Earn (PAYE)
- Income-Based Repayment (IBR)
- Income-Contingent Repayment (ICR)

These plans may also provide you with a lower payment amount. However, you will pay more interest over time under these repayment plans if you are not ultimately eligible for PSLF. You can review all eligible repayment plans and other eligibility information at MyFedLoan.org/PSLF.

**What is a qualifying payment?** A qualifying payment for PSLF or TEPSLF is a payment that is made:

- After October 1, 2007
- Each month
- For the "total due" or the "installment amount" shown on your bill, unless your amount due is $0, in which case you must pay the "installment amount"
- On-time (received within 15 days of the payment due date)
- Under one of the eligible repayment plans for PSLF or TEPSLF, as appropriate

EXHIBIT P-2

- While you are employed full-time at a qualifying employer (or serving in a full-time AmeriCorps or Peace Corps position)

For more information about specific details on TEPSLF please visit StudentAid.gov/TEPSLF.

**Prepayments:** You may prepay your loans (make lump sum payments) and have those payments count towards forgiveness. Each prepayment will only count for up to 12 qualifying payments. In order for the prepayment to qualify for subsequent months you must:

- Have paid an amount to fully satisfy future billed amounts for each month you wish to prepay
- Have qualifying employment that covers the due date for each month you prepay
- Multiple prepayments made within the same year will not afford you more than 12 months of qualifying payments

    **Note:** If on an Income-Driven Repayment (IDR) plan, you may not prepay past your next annual recertification date. Your annual recertification period is the 12 month time period when your payments are based on your income.

**How are eligible and qualifying payments different?** A payment period is tracked as eligible when your payment meets all of the following payment eligibility requirements:

- Your payment is made under a qualifying repayment plan
- For the full amount due as shown on your bill
- Received no later than 15 days after your due date

An eligible payment becomes a qualifying payment when you certify your employment and all or part of your employment period is approved. Eligible payment periods that correspond to approved employment periods are also tracked as qualifying. These payments count toward the 120 required for loan forgiveness.

For more details regarding eligible and qualifying payments you have made towards both PSLF and TEPSLF, please visit us on the web at **MyFedLoan.org/PSLF**.

**Public Service Loan Forgiveness (PSLF) Qualifying Payments - To Be Continued**
You still have details to review! We weren't able to fit your PSLF qualifying payment details for all of your loans on one letter. Don't worry! You should see another letter from us that includes information for your other loans.

 

**U.S. Department of Education**
Information about your federal student loan

| | INFORMATION REGARDING YOUR ELIGIBILITY FOR PUBLIC SERVICE LOAN FORGIVENESS |
|---|---|
| | **Account Number: 48 0356 7678** |

January 6, 2022

```
#BWBBCFT
#B301 7684 0001 06L7#
        SCH
```



**IMPORTANT UPDATE:** On October 6, 2021, the Department of Education announced a change to the Public Service Loan Forgiveness (PSLF) program rules that, for a limited time, may allow you to get credit for payments you've made on loans that wouldn't normally qualify for PSLF. This waiver period is temporary and will end on October 31, 2022. To gain more information on this limited waiver period, including any actions you may need to take to gain access to these benefits, visit StudentAid.gov/pslfwaiver.

**Public Service Loan Forgiveness (PSLF) Qualifying Payments Continued**
We weren't able to fit your PSLF qualifying payment details for all of your loans on one letter so we are sending this letter to you to provide you with your remaining PSLF information. You should see another letter from us that includes information for your other loans.

We have reviewed your Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification & Application (PSLF Form) and have counted the number of qualifying payments you made during each period of qualifying employment. Note: Only payments made after October 1, 2007 qualify for PSLF.

Please review the enclosed information for details regarding the most recent PSLF Form you submitted and the corresponding qualifying payment information for each period of certified employment. The following information is provided for each loan.

- The number of eligible payments you made toward your loans that are eligible for PSLF and TEPSLF
- The total number of qualifying payments for PSLF and TEPSLF that you made during all periods of eligible employment approved to date
- The estimated number of payments that are still required for PSLF and TEPSLF
- The date you are or were expected to be eligible to apply for forgiveness under PSLF and TEPSLF
    - Note: If the total number of qualifying payments you have made for PSLF is identical to the number you have made for TEPSLF, only those periods for PSLF are shown

**Good to Know:** Keeping track of your progression toward PSLF and TEPSLF is easy.

- Sign in to Account Access at MyFedLoan.org
- Check your monthly bill

TLXH7TH FS06BPSTKF    4803567678    ENOTIFY    83000000647515864    20220106101710 20220106102518

P.O. Box 69184, Harrisburg, PA 17106-9184 | M-F 8AM to 9PM (ET) | ☎ 855-265-4038 | International 717-720-1985 | ☎ 711
MyFedLoan.org

- Review the communication that we send you each time you submit new PSLF Form

Use the following resources for additional information about PSLF and TEPSLF, including program requirements, help with the PSLF form, FAQs, and more!

- StudentAid.gov/PSLF - Complete the PSLF Form electronically
- StudentAid.gov/publicservice - Information on PSLF and TEPSLF
- MyFedLoan.org/PSLF - Upload your completed document after your employer certifies your employment.

**PSLF Qualifying Payment Details**

| Loan Sequence | Disbursement Date | Loan Program | PSLF Eligible Payments | PSLF Qualifying Payments (Total) | PSLF Qualifying Payments (Remaining) | Estimated Eligibility Date for PSLF |
|---|---|---|---|---|---|---|
| 0009 | 06/27/2012 | DLSCUN | 102 | 98 | 22 | 03/2024 |
| 0010 | 07/27/2012 | DLSCPG | 103 | 99 | 21 | 01/2024 |
| 0011 | 09/14/2012 | DLSCUC | 103 | 99 | 21 | 01/2024 |

**Good to Know!** The charts above display the total number of eligible and qualifying payments you have made (out of the required 120) on your eligible loans for PSLF and TEPSLF, **including any periods we have assessed as eligible or qualifying under the Limited PSLF Waiver. Please ensure that you have certified all periods of eligible employment. If you believe you may have additional eligible employment, please submit a PSLF Form for the appropriate period.** For more details regarding your payments made towards both PSLF and TEPSLF, please visit us on the web at MyFedLoan.org/PSLF.

We will update your qualifying payment count each time you submit new certified employment if you made additional qualifying payments during the new certified employment period. Although we will maintain copies of any documents that we receive, we recommend that you keep copies of all forms you submit and any supporting documentation regarding your employment and the PSLF Program.

We recommend that you submit a PSLF Form annually. When it is time to certify your employment, you can log in to MyFedLoan.org to get started.

**When am I eligible for forgiveness?** You may be eligible for loan forgiveness after you have made 120 qualifying payments. You must be working full-time for a qualifying employer at the time you apply for and receive forgiveness. We will provide you with a final determination of your eligibility for forgiveness after we receive your form.

**What is a qualifying repayment plan for PSLF?** In order to receive forgiveness under the PSLF Program, you must make most of your payments under one of the following plans:

- Revised Pay As You Earn (REPAYE)
- Pay As You Earn (PAYE)
- Income-Based Repayment (IBR)
- Income-Contingent Repayment (ICR)

These plans may also provide you with a lower payment amount. However, you will pay more interest over time under these repayment plans if you are not ultimately eligible for PSLF. You can review all eligible repayment plans and other eligibility information at MyFedLoan.org/PSLF.

**What is a qualifying payment?** A qualifying payment for PSLF or TEPSLF is a payment that is made:

- After October 1, 2007
- Each month
- For the "total due" or the "installment amount" shown on your bill, unless your amount due is $0, in which case you must pay the "installment amount"
- On-time (received within 15 days of the payment due date)
- Under one of the eligible repayment plans for PSLF or TEPSLF, as appropriate

EXHIBIT P-3

- While you are employed full-time at a qualifying employer (or serving in a full-time AmeriCorps or Peace Corps position)

For more information about specific details on TEPSLF please visit StudentAid.gov/TEPSLF.

**Prepayments:** You may prepay your loans (make lump sum payments) and have those payments count towards forgiveness. Each prepayment will only count for up to 12 qualifying payments. In order for the prepayment to qualify for subsequent months you must:

- Have paid an amount to fully satisfy future billed amounts for each month you wish to prepay
- Have qualifying employment that covers the due date for each month you prepay
- Multiple prepayments made within the same year will not afford you more than 12 months of qualifying payments

  **Note:** If on an Income-Driven Repayment (IDR) plan, you may not prepay past your next annual recertification date. Your annual recertification period is the 12 month time period when your payments are based on your income.

**How are eligible and qualifying payments different?** A payment period is tracked as eligible when your payment meets all of the following payment eligibility requirements:

- Your payment is made under a qualifying repayment plan
- For the full amount due as shown on your bill
- Received no later than 15 days after your due date

An eligible payment becomes a qualifying payment when you certify your employment and all or part of your employment period is approved. Eligible payment periods that correspond to approved employment periods are also tracked as qualifying. These payments count toward the 120 required for loan forgiveness.

For more details regarding eligible and qualifying payments you have made towards both PSLF and TEPSLF, please visit us on the web at **MyFedLoan.org/PSLF**.

EXHIBIT Q
Letter Showing 84-85 PSLF-Qualifying Payments
dtd. January 15, 2022

 

<table>
<tr><td><strong>INFORMATION REGARDING<br>YOUR ELIGIBILITY<br>FOR PUBLIC SERVICE<br>LOAN FORGIVENESS</strong></td></tr>
<tr><td><strong>Account Number: 48 0356 7678</strong></td></tr>
</table>

January 14, 2022

```
#BWBBCFT
#B301 7684 0001 14L7#
          SCH
```



**IMPORTANT UPDATE:** On October 6, 2021, the Department of Education announced a change to the Public Service Loan Forgiveness (PSLF) program rules that, for a limited time, may allow you to get credit for payments you've made on loans that wouldn't normally qualify for PSLF. This waiver period is temporary and will end on October 31, 2022. To gain more information on this limited waiver period, including any actions you may need to take to gain access to these benefits, visit StudentAid.gov/pslfwaiver.

We have reviewed your Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification & Application (PSLF Form) and have counted the number of qualifying payments you made during each period of qualifying employment. Note: Only payments made after October 1, 2007 qualify for PSLF.

Please review the enclosed information for details regarding the most recent PSLF Form you submitted and the corresponding qualifying payment information for each period of certified employment. The following information is provided for each loan.

- The number of eligible payments you made toward your loans that are eligible for PSLF and TEPSLF
- The total number of qualifying payments for PSLF and TEPSLF that you made during all periods of eligible employment approved to date
- The estimated number of payments that are still required for PSLF and TEPSLF
- The date you are or were expected to be eligible to apply for forgiveness under PSLF and TEPSLF
  - Note: If the total number of qualifying payments you have made for PSLF is identical to the number you have made for TEPSLF, only those periods for PSLF are shown

**Good to Know:** Keeping track of your progression toward PSLF and TEPSLF is easy.

- Sign in to Account Access at MyFedLoan.org
- Check your monthly bill
- Review the communication that we send you each time you submit new PSLF Form

Use the following resources for additional information about PSLF and TEPSLF, including program requirements, help with the PSLF form, FAQs, and more!

TLXH7TH FS06BPSTKF        4803567678        ENOTIFY                83000000649261853                20220114103830 20220114104844

P.O. Box 69184, Harrisburg, PA 17106-9184 | M-F 8AM to 9PM (ET) | ☎ 855-265-4038 | International 717-720-1985 | ☎ 711
**MyFedLoan.org**

EXHIBIT Q-1

- StudentAid.gov/PSLF - Complete the PSLF Form electronically
- StudentAid.gov/publicservice - Information on PSLF and TEPSLF
- MyFedLoan.org/PSLF - Upload your completed document after your employer certifies your employment.

**PSLF Qualifying Payment Details**

| Loan Sequence | Disbursement Date | Loan Program | PSLF Eligible Payments | PSLF Qualifying Payments (Total) | PSLF Qualifying Payments (Remaining) | Estimated Eligibility Date for PSLF |
|---|---|---|---|---|---|---|
| 0001 | 08/18/2010 | DLSTFD | 102 | 84 | 36 | 05/2025 |
| 0002 | 08/18/2010 | DLUNST | 102 | 84 | 36 | 05/2025 |
| 0003 | 02/13/2012 | DLSTFD | 102 | 84 | 36 | 05/2025 |
| 0004 | 06/27/2012 | DLSCST | 102 | 84 | 36 | 05/2025 |

**Good to Know!** The charts above display the total number of eligible and qualifying payments you have made (out of the required 120) on your eligible loans for PSLF and TEPSLF, **including any periods we have assessed as eligible or qualifying under the Limited PSLF Waiver. Please ensure that you have certified all periods of eligible employment. If you believe you may have additional eligible employment, please submit a PSLF Form for the appropriate period.** For more details regarding your payments made towards both PSLF and TEPSLF, please visit us on the web at MyFedLoan.org/PSLF.

We will update your qualifying payment count each time you submit new certified employment if you made additional qualifying payments during the new certified employment period. Although we will maintain copies of any documents that we receive, we recommend that you keep copies of all forms you submit and any supporting documentation regarding your employment and the PSLF Program.

We recommend that you submit a PSLF Form annually. When it is time to certify your employment, you can log in to MyFedLoan.org to get started.

**When am I eligible for forgiveness?** You may be eligible for loan forgiveness after you have made 120 qualifying payments. You must be working full-time for a qualifying employer at the time you apply for and receive forgiveness. We will provide you with a final determination of your eligibility for forgiveness after we receive your form.

**What is a qualifying repayment plan for PSLF?** In order to receive forgiveness under the PSLF Program, you must make most of your payments under one of the following plans:

- Revised Pay As You Earn (REPAYE)
- Pay As You Earn (PAYE)
- Income-Based Repayment (IBR)
- Income-Contingent Repayment (ICR)

These plans may also provide you with a lower payment amount. However, you will pay more interest over time under these repayment plans if you are not ultimately eligible for PSLF. You can review all eligible repayment plans and other eligibility information at MyFedLoan.org/PSLF.

**What is a qualifying payment?** A qualifying payment for PSLF or TEPSLF is a payment that is made:

- After October 1, 2007
- Each month
- For the "total due" or the "installment amount" shown on your bill, unless your amount due is $0, in which case you must pay the "installment amount"
- On-time (received within 15 days of the payment due date)
- Under one of the eligible repayment plans for PSLF or TEPSLF, as appropriate
- While you are employed full-time at a qualifying employer (or serving in a full-time AmeriCorps or Peace Corps position)

For more information about specific details on TEPSLF please visit StudentAid.gov/TEPSLF.

EXHIBIT Q-1

**Prepayments:** You <u>may</u> prepay your loans (make lump sum payments) and have those payments count towards forgiveness. Each prepayment will only count for up to 12 qualifying payments. In order for the prepayment to qualify for subsequent months you must:

- Have paid an amount to fully satisfy future billed amounts for each month you wish to prepay
- Have qualifying employment that covers the <u>due date</u> for each month you prepay
- Multiple prepayments made within the same year will not afford you more than 12 months of qualifying payments

    **Note:** If on an Income-Driven Repayment (IDR) plan, you may not prepay past your next annual recertification date. Your annual recertification period is the 12 month time period when your payments are based on your income.

**How are eligible and qualifying payments different?** A payment period is tracked as eligible when your payment meets all of the following payment eligibility requirements:

- Your payment is made under a qualifying repayment plan
- For the full amount due as shown on your bill
- Received no later than 15 days after your due date

An eligible payment becomes a qualifying payment when you certify your employment and all or part of your employment period is approved. Eligible payment periods that correspond to approved employment periods are also tracked as qualifying. These payments count toward the 120 required for loan forgiveness.

For more details regarding eligible and qualifying payments you have made towards both PSLF and TEPSLF, please visit us on the web at **MyFedLoan.org/PSLF**.

**Public Service Loan Forgiveness (PSLF) Qualifying Payments - To Be Continued**
You still have details to review! We weren't able to fit your PSLF qualifying payment details for all of your loans on one letter. Don't worry! You should see another letter from us that includes information for your other loans.

 

<table>
<tr><td>INFORMATION REGARDING<br>YOUR ELIGIBILITY<br>FOR PUBLIC SERVICE<br>LOAN FORGIVENESS</td></tr>
<tr><td>Account Number: 48 0356 7678</td></tr>
</table>

January 14, 2022

```
#BWBBCFT
#B301 7684 0001 14L7#
          SCH
```



**IMPORTANT UPDATE:** On October 6, 2021, the Department of Education announced a change to the Public Service Loan Forgiveness (PSLF) program rules that, for a limited time, may allow you to get credit for payments you've made on loans that wouldn't normally qualify for PSLF. This waiver period is temporary and will end on October 31, 2022. To gain more information on this limited waiver period, including any actions you may need to take to gain access to these benefits, visit StudentAid.gov/pslfwaiver.

**Public Service Loan Forgiveness (PSLF) Qualifying Payments Continued**
We weren't able to fit your PSLF qualifying payment details for all of your loans on one letter so we are sending this letter to you to provide you with your remaining PSLF information. You should see another letter from us that includes information for your other loans.

We have reviewed your Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification & Application (PSLF Form) and have counted the number of qualifying payments you made during each period of qualifying employment. Note: Only payments made after October 1, 2007 qualify for PSLF.

Please review the enclosed information for details regarding the most recent PSLF Form you submitted and the corresponding qualifying payment information for each period of certified employment. The following information is provided for each loan.

- The number of eligible payments you made toward your loans that are eligible for PSLF and TEPSLF
- The total number of qualifying payments for PSLF and TEPSLF that you made during all periods of eligible employment approved to date
- The estimated number of payments that are still required for PSLF and TEPSLF
- The date you are or were expected to be eligible to apply for forgiveness under PSLF and TEPSLF
  - Note: If the total number of qualifying payments you have made for PSLF is identical to the number you have made for TEPSLF, only those periods for PSLF are shown

**Good to Know:** Keeping track of your progression toward PSLF and TEPSLF is easy.

- Sign in to Account Access at MyFedLoan.org
- Check your monthly bill

TLXH7TH FS06BPSTKF     4803567678     ENOTIFY          83000000649261854          20220114103830 20220114104843

EXHIBIT Q-2

- Review the communication that we send you each time you submit new PSLF Form

Use the following resources for additional information about PSLF and TEPSLF, including program requirements, help with the PSLF form, FAQs, and more!

- StudentAid.gov/PSLF - Complete the PSLF Form electronically
- StudentAid.gov/publicservice - Information on PSLF and TEPSLF
- MyFedLoan.org/PSLF - Upload your completed document after your employer certifies your employment.

**PSLF Qualifying Payment Details**

| Loan Sequence | Disbursement Date | Loan Program | PSLF Eligible Payments | PSLF Qualifying Payments (Total) | PSLF Qualifying Payments (Remaining) | Estimated Eligibility Date for PSLF |
|---|---|---|---|---|---|---|
| 0005 | 06/27/2012 | DLSCSC | 103 | 85 | 35 | 03/2025 |
| 0006 | 06/27/2012 | DLSCST | 103 | 85 | 35 | 03/2025 |
| 0007 | 06/27/2012 | DLSCUN | 103 | 85 | 35 | 03/2025 |
| 0008 | 06/27/2012 | DLSCST | 103 | 85 | 35 | 03/2025 |

**Good to Know!** The charts above display the total number of eligible and qualifying payments you have made (out of the required 120) on your eligible loans for PSLF and TEPSLF, **including any periods we have assessed as eligible or qualifying under the Limited PSLF Waiver. Please ensure that you have certified all periods of eligible employment. If you believe you may have additional eligible employment, please submit a PSLF Form for the appropriate period.** For more details regarding your payments made towards both PSLF and TEPSLF, please visit us on the web at MyFedLoan.org/PSLF.

We will update your qualifying payment count each time you submit new certified employment if you made additional qualifying payments during the new certified employment period. Although we will maintain copies of any documents that we receive, we recommend that you keep copies of all forms you submit and any supporting documentation regarding your employment and the PSLF Program.

We recommend that you submit a PSLF Form annually. When it is time to certify your employment, you can log in to MyFedLoan.org to get started.

**When am I eligible for forgiveness?** You may be eligible for loan forgiveness after you have made 120 qualifying payments. You must be working full-time for a qualifying employer at the time you apply for and receive forgiveness. We will provide you with a final determination of your eligibility for forgiveness after we receive your form.

**What is a qualifying repayment plan for PSLF?** In order to receive forgiveness under the PSLF Program, you must make most of your payments under one of the following plans:

- Revised Pay As You Earn (REPAYE)
- Pay As You Earn (PAYE)
- Income-Based Repayment (IBR)
- Income-Contingent Repayment (ICR)

These plans may also provide you with a lower payment amount. However, you will pay more interest over time under these repayment plans if you are not ultimately eligible for PSLF. You can review all eligible repayment plans and other eligibility information at MyFedLoan.org/PSLF.

**What is a qualifying payment?** A qualifying payment for PSLF or TEPSLF is a payment that is made:

- After October 1, 2007
- Each month
- For the "total due" or the "installment amount" shown on your bill, unless your amount due is $0, in which case you must pay the "installment amount"
- On-time (received within 15 days of the payment due date)
- Under one of the eligible repayment plans for PSLF or TEPSLF, as appropriate

EXHIBIT Q-2

- While you are employed full-time at a qualifying employer (or serving in a full-time AmeriCorps or Peace Corps position)

For more information about specific details on TEPSLF please visit StudentAid.gov/TEPSLF.

**Prepayments:** You may prepay your loans (make lump sum payments) and have those payments count towards forgiveness. Each prepayment will only count for up to 12 qualifying payments. In order for the prepayment to qualify for subsequent months you must:

- Have paid an amount to fully satisfy future billed amounts for each month you wish to prepay
- Have qualifying employment that covers the due date for each month you prepay
- Multiple prepayments made within the same year will not afford you more than 12 months of qualifying payments

    **Note:** If on an Income-Driven Repayment (IDR) plan, you may not prepay past your next annual recertification date. Your annual recertification period is the 12 month time period when your payments are based on your income.

**How are eligible and qualifying payments different?** A payment period is tracked as eligible when your payment meets all of the following payment eligibility requirements:

- Your payment is made under a qualifying repayment plan
- For the full amount due as shown on your bill
- Received no later than 15 days after your due date

An eligible payment becomes a qualifying payment when you certify your employment and all or part of your employment period is approved. Eligible payment periods that correspond to approved employment periods are also tracked as qualifying. These payments count toward the 120 required for loan forgiveness.

For more details regarding eligible and qualifying payments you have made towards both PSLF and TEPSLF, please visit us on the web at **MyFedLoan.org/PSLF**.

**Public Service Loan Forgiveness (PSLF) Qualifying Payments - To Be Continued**
You still have details to review! We weren't able to fit your PSLF qualifying payment details for all of your loans on one letter. Don't worry! You should see another letter from us that includes information for your other loans.

 

**U.S. Department of Education**
Information about your federal student loan

| INFORMATION REGARDING YOUR ELIGIBILITY FOR PUBLIC SERVICE LOAN FORGIVENESS |
|---|
| **Account Number: 48 0356 7678** |



January 14, 2022

```
#BWBBCFT
#B301 7684 0001 14L7#
         SCH
```

**IMPORTANT UPDATE:** On October 6, 2021, the Department of Education announced a change to the Public Service Loan Forgiveness (PSLF) program rules that, for a limited time, may allow you to get credit for payments you've made on loans that wouldn't normally qualify for PSLF. This waiver period is temporary and will end on October 31, 2022. To gain more information on this limited waiver period, including any actions you may need to take to gain access to these benefits, visit StudentAid.gov/pslfwaiver.

**Public Service Loan Forgiveness (PSLF) Qualifying Payments Continued**
We weren't able to fit your PSLF qualifying payment details for all of your loans on one letter so we are sending this letter to you to provide you with your remaining PSLF information. You should see another letter from us that includes information for your other loans.

We have reviewed your Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification & Application (PSLF Form) and have counted the number of qualifying payments you made during each period of qualifying employment. Note: Only payments made after October 1, 2007 qualify for PSLF.

Please review the enclosed information for details regarding the most recent PSLF Form you submitted and the corresponding qualifying payment information for each period of certified employment. The following information is provided for each loan.

- The number of eligible payments you made toward your loans that are eligible for PSLF and TEPSLF
- The total number of qualifying payments for PSLF and TEPSLF that you made during all periods of eligible employment approved to date
- The estimated number of payments that are still required for PSLF and TEPSLF
- The date you are or were expected to be eligible to apply for forgiveness under PSLF and TEPSLF
  - Note: If the total number of qualifying payments you have made for PSLF is identical to the number you have made for TEPSLF, only those periods for PSLF are shown

**Good to Know:** Keeping track of your progression toward PSLF and TEPSLF is easy.

- Sign in to Account Access at MyFedLoan.org
- Check your monthly bill

| TLXH7TH FS06BPSTKF | 4803567678 | ENOTIFY | 83000000649261855 | 20220114103830 20220114104844 |
|---|---|---|---|---|

EXHIBIT Q-3

- Review the communication that we send you each time you submit new PSLF Form

Use the following resources for additional information about PSLF and TEPSLF, including program requirements, help with the PSLF form, FAQs, and more!

- StudentAid.gov/PSLF - Complete the PSLF Form electronically
- StudentAid.gov/publicservice - Information on PSLF and TEPSLF
- MyFedLoan.org/PSLF - Upload your completed document after your employer certifies your employment.

**PSLF Qualifying Payment Details**

| Loan Sequence | Disbursement Date | Loan Program | PSLF Eligible Payments | PSLF Qualifying Payments (Total) | PSLF Qualifying Payments (Remaining) | Estimated Eligibility Date for PSLF |
|---|---|---|---|---|---|---|
| 0009 | 06/27/2012 | DLSCUN | 102 | 84 | 36 | 05/2025 |
| 0010 | 07/27/2012 | DLSCPG | 103 | 85 | 35 | 03/2025 |
| 0011 | 09/14/2012 | DLSCUC | 103 | 85 | 35 | 03/2025 |

**Good to Know!** The charts above display the total number of eligible and qualifying payments you have made (out of the required 120) on your eligible loans for PSLF and TEPSLF, **including any periods we have assessed as eligible or qualifying under the Limited PSLF Waiver. Please ensure that you have certified all periods of eligible employment. If you believe you may have additional eligible employment, please submit a PSLF Form for the appropriate period.** For more details regarding your payments made towards both PSLF and TEPSLF, please visit us on the web at MyFedLoan.org/PSLF.

We will update your qualifying payment count each time you submit new certified employment if you made additional qualifying payments during the new certified employment period. Although we will maintain copies of any documents that we receive, we recommend that you keep copies of all forms you submit and any supporting documentation regarding your employment and the PSLF Program.

We recommend that you submit a PSLF Form annually. When it is time to certify your employment, you can log in to MyFedLoan.org to get started.

**When am I eligible for forgiveness?** You may be eligible for loan forgiveness after you have made 120 qualifying payments. You must be working full-time for a qualifying employer at the time you apply for and receive forgiveness. We will provide you with a final determination of your eligibility for forgiveness after we receive your form.

**What is a qualifying repayment plan for PSLF?** In order to receive forgiveness under the PSLF Program, you must make most of your payments under one of the following plans:

- Revised Pay As You Earn (REPAYE)
- Pay As You Earn (PAYE)
- Income-Based Repayment (IBR)
- Income-Contingent Repayment (ICR)

These plans may also provide you with a lower payment amount. However, you will pay more interest over time under these repayment plans if you are not ultimately eligible for PSLF. You can review all eligible repayment plans and other eligibility information at MyFedLoan.org/PSLF.

**What is a qualifying payment?** A qualifying payment for PSLF or TEPSLF is a payment that is made:

- After October 1, 2007
- Each month
- For the "total due" or the "installment amount" shown on your bill, unless your amount due is $0, in which case you must pay the "installment amount"
- On-time (received within 15 days of the payment due date)
- Under one of the eligible repayment plans for PSLF or TEPSLF, as appropriate

EXHIBIT Q-3

- While you are employed full-time at a qualifying employer (or serving in a full-time AmeriCorps or Peace Corps position)

For more information about specific details on TEPSLF please visit StudentAid.gov/TEPSLF.

**Prepayments:** You may prepay your loans (make lump sum payments) and have those payments count towards forgiveness. Each prepayment will only count for up to 12 qualifying payments. In order for the prepayment to qualify for subsequent months you must:

- Have paid an amount to fully satisfy future billed amounts for each month you wish to prepay
- Have qualifying employment that covers the due date for each month you prepay
- Multiple prepayments made within the same year will not afford you more than 12 months of qualifying payments

  **Note:** If on an Income-Driven Repayment (IDR) plan, you may not prepay past your next annual recertification date. Your annual recertification period is the 12 month time period when your payments are based on your income.

**How are eligible and qualifying payments different?** A payment period is tracked as eligible when your payment meets all of the following payment eligibility requirements:

- Your payment is made under a qualifying repayment plan
- For the full amount due as shown on your bill
- Received no later than 15 days after your due date

An eligible payment becomes a qualifying payment when you certify your employment and all or part of your employment period is approved. Eligible payment periods that correspond to approved employment periods are also tracked as qualifying. These payments count toward the 120 required for loan forgiveness.

For more details regarding eligible and qualifying payments you have made towards both PSLF and TEPSLF, please visit us on the web at **MyFedLoan.org/PSLF**.

EXHIBIT R
Letter Showing 84 PSLF-Qualifying
Payments dtd. March 16, 2022

 

**U.S. Department of Education**
Information about your federal student loan

| INFORMATION REGARDING YOUR ELIGIBILITY FOR PUBLIC SERVICE LOAN FORGIVENESS |
|---|
| **Account Number: 48 0356 7678** |



March 15, 2022

```
#BWBBCFT
#B301 7684 0003 15L4#
              SCH
```

**IMPORTANT UPDATE:** On October 6, 2021, the Department of Education announced a change to the Public Service Loan Forgiveness (PSLF) program rules that, for a limited time, may allow you to get credit for payments you've made on loans that wouldn't normally qualify for PSLF. This waiver period is temporary and will end on October 31, 2022. To gain more information on this limited waiver period, including any actions you may need to take to gain access to these benefits, visit StudentAid.gov/pslfwaiver.

We have reviewed your Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification & Application (PSLF Form) and have counted the number of qualifying payments you made during each period of qualifying employment. Note: Only payments made after October 1, 2007 qualify for PSLF.

Please review the enclosed information for details regarding the most recent PSLF Form you submitted and the corresponding qualifying payment information for each period of certified employment. The following information is provided for each loan.

- The number of eligible payments you made toward your loans that are eligible for PSLF and TEPSLF
- The total number of qualifying payments for PSLF and TEPSLF that you made during all periods of eligible employment approved to date
- The estimated number of payments that are still required for PSLF and TEPSLF
- The date you are or were expected to be eligible to apply for forgiveness under PSLF and TEPSLF
  - Note: If the total number of qualifying payments you have made for PSLF is identical to the number you have made for TEPSLF, only those periods for PSLF are shown

**Good to Know:** Keeping track of your progression toward PSLF and TEPSLF is easy.

- Sign in to Account Access at MyFedLoan.org
- Check your monthly bill
- Review the communication that we send you each time you submit new PSLF Form

Use the following resources for additional information about PSLF and TEPSLF, including program requirements, help with the PSLF form, FAQs, and more!

| TLXH7TH FS06BPSTKF | 4803567678 | ENOTIFY | 83000000659764061 | 20220315114008 20220315114852 |
|---|---|---|---|---|

EXHIBIT R

- StudentAid.gov/PSLF - Complete the PSLF Form electronically
- StudentAid.gov/publicservice - Information on PSLF and TEPSLF
- MyFedLoan.org/PSLF - Upload your completed document after your employer certifies your employment.

**PSLF Qualifying Payment Details**

| Loan Sequence | Disbursement Date | Loan Program | PSLF Eligible Payments | PSLF Qualifying Payments (Total) | PSLF Qualifying Payments (Remaining) | Estimated Eligibility Date for PSLF |
|---|---|---|---|---|---|---|
| 0001 | 08/18/2010 | DLSTFD | 104 | 84 | 36 | 05/2025 |
| 0002 | 08/18/2010 | DLUNST | 104 | 84 | 36 | 05/2025 |
| 0003 | 02/13/2012 | DLSTFD | 104 | 84 | 36 | 05/2025 |

**Good to Know!** The charts above display the total number of eligible and qualifying payments you have made (out of the required 120) on your eligible loans for PSLF and TEPSLF, **including any periods we have assessed as eligible or qualifying under the Limited PSLF Waiver. Please ensure that you have certified all periods of eligible employment. If you believe you may have additional eligible employment, please submit a PSLF Form for the appropriate period.** For more details regarding your payments made towards both PSLF and TEPSLF, please visit us on the web at MyFedLoan.org/PSLF.

We will update your qualifying payment count each time you submit new certified employment if you made additional qualifying payments during the new certified employment period. Although we will maintain copies of any documents that we receive, we recommend that you keep copies of all forms you submit and any supporting documentation regarding your employment and the PSLF Program.

We recommend that you submit a PSLF Form annually. When it is time to certify your employment, you can log in to MyFedLoan.org to get started.

**When am I eligible for forgiveness?** You may be eligible for loan forgiveness after you have made 120 qualifying payments. You must be working full-time for a qualifying employer at the time you apply for and receive forgiveness. We will provide you with a final determination of your eligibility for forgiveness after we receive your form.

**What is a qualifying repayment plan for PSLF?** In order to receive forgiveness under the PSLF Program, you must make most of your payments under one of the following plans:

- Revised Pay As You Earn (REPAYE)
- Pay As You Earn (PAYE)
- Income-Based Repayment (IBR)
- Income-Contingent Repayment (ICR)

These plans may also provide you with a lower payment amount. However, you will pay more interest over time under these repayment plans if you are not ultimately eligible for PSLF. You can review all eligible repayment plans and other eligibility information at MyFedLoan.org/PSLF.

**What is a qualifying payment?** A qualifying payment for PSLF or TEPSLF is a payment that is made:

- After October 1, 2007
- Each month
- For the "total due" or the "installment amount" shown on your bill, unless your amount due is $0, in which case you must pay the "installment amount"
- On-time (received within 15 days of the payment due date)
- Under one of the eligible repayment plans for PSLF or TEPSLF, as appropriate
- While you are employed full-time at a qualifying employer (or serving in a full-time AmeriCorps or Peace Corps position)

For more information about specific details on TEPSLF please visit StudentAid.gov/TEPSLF.

EXHIBIT R

**Prepayments:** You <u>may</u> prepay your loans (make lump sum payments) and have those payments count towards forgiveness. Each prepayment will only count for up to 12 qualifying payments. In order for the prepayment to qualify for subsequent months you must:

- Have paid an amount to fully satisfy future billed amounts for each month you wish to prepay
- Have qualifying employment that covers the <u>due date</u> for each month you prepay
- Multiple prepayments made within the same year will not afford you more than 12 months of qualifying payments

    **Note:** If on an Income-Driven Repayment (IDR) plan, you may not prepay past your next annual recertification date. Your annual recertification period is the 12 month time period when your payments are based on your income.

**How are eligible and qualifying payments different?** A payment period is tracked as eligible when your payment meets all of the following payment eligibility requirements:

- Your payment is made under a qualifying repayment plan
- For the full amount due as shown on your bill
- Received no later than 15 days after your due date

An eligible payment becomes a qualifying payment when you certify your employment and all or part of your employment period is approved. Eligible payment periods that correspond to approved employment periods are also tracked as qualifying. These payments count toward the 120 required for loan forgiveness.

For more details regarding eligible and qualifying payments you have made towards both PSLF and TEPSLF, please visit us on the web at **MyFedLoan.org/PSLF**.

EXHIBIT S
Letter Showing 89-91 PSLF-Qualifying
Payments dtd. March 18, 2022

 

**INFORMATION REGARDING YOUR ELIGIBILITY FOR PUBLIC SERVICE LOAN FORGIVENESS**

**Account Number: 48 0356 7678**



March 17, 2022

```
#BWBBCFT
#B301 7684 0003 17L2#
          SCH
```

**IMPORTANT UPDATE:** On October 6, 2021, the Department of Education announced a change to the Public Service Loan Forgiveness (PSLF) program rules that, for a limited time, may allow you to get credit for payments you've made on loans that wouldn't normally qualify for PSLF. This waiver period is temporary and will end on October 31, 2022. To gain more information on this limited waiver period, including any actions you may need to take to gain access to these benefits, visit StudentAid.gov/pslfwaiver.

We have reviewed your Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification & Application (PSLF Form) and have counted the number of qualifying payments you made during each period of qualifying employment. Note: Only payments made after October 1, 2007 qualify for PSLF.

Please review the enclosed information for details regarding the most recent PSLF Form you submitted and the corresponding qualifying payment information for each period of certified employment. The following information is provided for each loan.

- The number of eligible payments you made toward your loans that are eligible for PSLF and TEPSLF
- The total number of qualifying payments for PSLF and TEPSLF that you made during all periods of eligible employment approved to date
- The estimated number of payments that are still required for PSLF and TEPSLF
- The date you are or were expected to be eligible to apply for forgiveness under PSLF and TEPSLF
  - Note: If the total number of qualifying payments you have made for PSLF is identical to the number you have made for TEPSLF, only those periods for PSLF are shown

**Good to Know:** Keeping track of your progression toward PSLF and TEPSLF is easy.

- Sign in to Account Access at MyFedLoan.org
- Check your monthly bill
- Review the communication that we send you each time you submit new PSLF Form

Use the following resources for additional information about PSLF and TEPSLF, including program requirements, help with the PSLF form, FAQs, and more!

| TLXH7TH FS06BPSTKF | 4803567678 | ENOTIFY | 83000000660039485 | 20220317110158 20220317111240 |

EXHIBIT S

- StudentAid.gov/PSLF - Complete the PSLF Form electronically
- StudentAid.gov/publicservice - Information on PSLF and TEPSLF
- MyFedLoan.org/PSLF - Upload your completed document after your employer certifies your employment.

**PSLF Qualifying Payment Details**

| Loan Sequence | Disbursement Date | Loan Program | PSLF Eligible Payments | PSLF Qualifying Payments (Total) | PSLF Qualifying Payments (Remaining) | Estimated Eligibility Date for PSLF |
|---|---|---|---|---|---|---|
| 0001 | 08/18/2010 | DLSTFD | 111 | 91 | 29 | 10/2024 |
| 0002 | 08/18/2010 | DLUNST | 111 | 91 | 29 | 10/2024 |
| 0003 | 02/13/2012 | DLSTFD | 109 | 89 | 31 | 11/2024 |

**Good to Know!** The charts above display the total number of eligible and qualifying payments you have made (out of the required 120) on your eligible loans for PSLF and TEPSLF, **including any periods we have assessed as eligible or qualifying under the Limited PSLF Waiver. Please ensure that you have certified all periods of eligible employment. If you believe you may have additional eligible employment, please submit a PSLF Form for the appropriate period.** For more details regarding your payments made towards both PSLF and TEPSLF, please visit us on the web at MyFedLoan.org/PSLF.

We will update your qualifying payment count each time you submit new certified employment if you made additional qualifying payments during the new certified employment period. Although we will maintain copies of any documents that we receive, we recommend that you keep copies of all forms you submit and any supporting documentation regarding your employment and the PSLF Program.

We recommend that you submit a PSLF Form annually. When it is time to certify your employment, you can log in to MyFedLoan.org to get started.

**When am I eligible for forgiveness?** You may be eligible for loan forgiveness after you have made 120 qualifying payments. You must be working full-time for a qualifying employer at the time you apply for and receive forgiveness. We will provide you with a final determination of your eligibility for forgiveness after we receive your form.

**What is a qualifying repayment plan for PSLF?** In order to receive forgiveness under the PSLF Program, you must make most of your payments under one of the following plans:

- Revised Pay As You Earn (REPAYE)
- Pay As You Earn (PAYE)
- Income-Based Repayment (IBR)
- Income-Contingent Repayment (ICR)

These plans may also provide you with a lower payment amount. However, you will pay more interest over time under these repayment plans if you are not ultimately eligible for PSLF. You can review all eligible repayment plans and other eligibility information at MyFedLoan.org/PSLF.

**What is a qualifying payment?** A qualifying payment for PSLF or TEPSLF is a payment that is made:

- After October 1, 2007
- Each month
- For the "total due" or the "installment amount" shown on your bill, unless your amount due is $0, in which case you must pay the "installment amount"
- On-time (received within 15 days of the payment due date)
- Under one of the eligible repayment plans for PSLF or TEPSLF, as appropriate
- While you are employed full-time at a qualifying employer (or serving in a full-time AmeriCorps or Peace Corps position)

For more information about specific details on TEPSLF please visit StudentAid.gov/TEPSLF.

EXHIBIT S

**Prepayments:** You <u>may</u> prepay your loans (make lump sum payments) and have those payments count towards forgiveness. Each prepayment will only count for up to 12 qualifying payments. In order for the prepayment to qualify for subsequent months you must:

- Have paid an amount to fully satisfy future billed amounts for each month you wish to prepay
- Have qualifying employment that covers the <u>due date</u> for each month you prepay
- Multiple prepayments made within the same year will not afford you more than 12 months of qualifying payments

   **Note:** If on an Income-Driven Repayment (IDR) plan, you may not prepay past your next annual recertification date. Your annual recertification period is the 12 month time period when your payments are based on your income.

**How are eligible and qualifying payments different?** A payment period is tracked as eligible when your payment meets all of the following payment eligibility requirements:

- Your payment is made under a qualifying repayment plan
- For the full amount due as shown on your bill
- Received no later than 15 days after your due date

An eligible payment becomes a qualifying payment when you certify your employment and all or part of your employment period is approved. Eligible payment periods that correspond to approved employment periods are also tracked as qualifying. These payments count toward the 120 required for loan forgiveness.

For more details regarding eligible and qualifying payments you have made towards both PSLF and TEPSLF, please visit us on the web at **MyFedLoan.org/PSLF**.

EXHIBIT T

Letter dtd. February 7, 2022

"Both Federal Student Aid and your PSLF servicer are working hard to monitor your accounts and make sure you get credit for your progress."

EXHIBIT T



February 7, 2022

Dear Fellow Public Service Worker,

In November, I emailed to tell you about big changes to the Public Service Loan Forgiveness (PSLF) Program. We're grateful for your public service. Our changes will help you get the credit you deserve in return.

I am reaching out now to update you on our progress.

More than a million student loan borrowers could benefit from recent changes to the PSLF program. You're one of them. At this time a year ago, PSLF had helped forgive some or all loans for fewer than 7,000 people. That number is now close to 70,000. We have heard from these people and see how our loan relief is transforming their lives.

Starting this month, many borrowers will begin to see updated payment counts. Both Federal Student Aid and your PSLF servicer are working hard to monitor your accounts and make sure you get credit for your progress. The work is massive. We must do it in phases. To make all the adjustments may take a few months. Please let us focus on helping you. Give us time and try not to flood our phone lines.

If your payment count increases, FedLoan Servicing will send you an account update. You will get an email or letter. It will tell you what actions, if any, you need to take. You can log in to FedLoan's borrower portal to track your payment counts. This is the best way to check on your status.

We are also adding new information about the changes on StudentAid.gov/pslfwaiver. It has answers to frequently asked questions.

We are determined to deliver for you on the promise of public service loan forgiveness. Thank you for your service and your patience. We will send more updates soon.

Sincerely,

Richard Cordray
Chief Operating Officer
Federal Student Aid

EXHIBIT U
Current loan balance as of July 14, 2022

EXHIBIT U
(return to chart)

# Loan Details

---

## Main Content

---

## Loan Details

### Balance Overview

| Type of Loan Balance | Loan Balance Amount | Loan Balance Questions |
|---|---|---|
| Principal Balance: | $19,872.07 | The principal balance includes the original amount you borrowed, plus any applicable loan fees, minus any principal payments. This amount does not include accrued interest but may include interest that was capitalized (added to the principal balance) when the loan(s) entered repayment. |
| Unpaid Interest: | $178.29 | The amount of unpaid interest that is currently outstanding on your account. |
| Total Balance | $20,050.36 | When you're ready to pay your loan(s) in full, just go to the Loan Payoff section to request your calculated payoff amount. You can then submit your payoff to us electronically. |

### Loan Details

Print All Loan Details

| Loan Number | Date | Loan Program | Status | Principal Balance | Action |
|---|---|---|---|---|---|
| 11 | 09/14/2012 | DL SPECIAL CONSOL UNCNS LOAN | Paid In Full | $0.00 | |
| 10 | 07/27/2012 | DL SPECIAL CONSOL GRAD PLUS LN | Paid In Full | $0.00 | |
| 4 | 06/27/2012 | DL SPECIAL CONSOL STAFFORD | Paid In Full | $0 00 | |

EXHIBIT U

| Loan Number | Date | Loan Program | Status | Principal Balance | Action |
|---|---|---|---|---|---|
| 5 | 06/27/2012 | DL SPEC CONSOL SUBCNS LOAN | Paid In Full | $0.00 | |
| 6 | 06/27/2012 | DL SPECIAL CONSOL STAFFORD | Paid In Full | $0 00 | |
| 7 | 06/27/2012 | DL SPECIAL CONSOL UNSUB LOAN | Paid In Full | $0.00 | |
| 8 | 06/27/2012 | DL SPECIAL CONSOL STAFFORD | Paid In Full | $0.00 | |
| 9 | 06/27/2012 | DL SPECIAL CONSOL UNSUB LOAN | Paid In Full | $0.00 | |
| 3 | 02/13/2012 | DIRECT SUB STAFFORD LOAN | Forbearance | $5,863.54 | |
| 1 | 08/18/2010 | DIRECT SUB STAFFORD LOAN | Forbearance | $5,353.30 | |
| 2 | 08/18/2010 | DIRECT UNSUB STAFFORD LOAN | Forbearance | $8,655.23 | |

# Loan Verification Letter

If you are applying for a mortgage, or other financing, your lender may ask you to provide a letter verifying your student loan debt and status

- 
- [Learn More](#)

# **Do You Work In Public Service?**

You may qualify for the Public Service Loan Forgiveness program.

PSLF